UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. BRIAN BURKE, Relator<br>c/o Davis, Cowell & Bowe, LLP<br>1701 K Street NW, Suite 210<br>Washington, DC 20006,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RECORD PRESS, INC.<br>229 West 36th Street, 8th Floor<br>New York, NY 10018,<br><br>　　　　Defendant. | Case No.:<br><br>**VERIFIED COMPLAINT**<br><br>**Filed Under Seal**<br>pursuant to 31 U.S.C. § 3730(b)(2)<br><br>**JURY TRIAL DEMANDED** |

Mark Hanna, Esq.
Joni S. Jacobs, Esq.
Keira M. McNett, Esq.
DAVIS COWELL & BOWE, LLP
1701 K Street, NW, Suite 210
Washington, DC 20006
Phone: (202) 223-2620
Fax:(202) 223-8651
*mhanna@dcbwash.com*
*jjacobs@dcbwash.com*
*kmcnett@dcbwash.com*

Attorneys for Relator

## NATURE OF THE ACTION

1. Qui Tam Relator Brian Burke ("Relator" or "Mr. Burke") brings this action in the name of the United States Government for false claims that were submitted or caused to be submitted to the United States Government by Defendant Record Press, Inc. ("Record Press" or "Defendant").

2. This case is brought pursuant to the qui tam provisions of the Federal False Claims Act, 31 U.S.C. § 3729 *et seq.*, to recover treble damages and civil penalties on behalf of the United States of America, arising from false or fraudulent claims for printing and binding services provided by Record Press to the Government Printing Office ("GPO").

## PARTIES

3. Relator Brian Burke is a resident of New York. He became aware of Record Press's submission of false or fraudulent claims when the U.S. Attorneys' Office served him with an Itemized and Verified Bill of Costs pursuant to an action in which he was a *pro se* litigant before the U.S. Court of Appeals for the Second Circuit. Upon receiving this bill, which summarized charges to the Government for printing and binding appellate briefs and appendices, Mr. Burke investigated and discovered that Defendant was overcharging the Government nearly 10 times the rate specified by its contract with GPO.

4. Defendant Record Press is a privately-held New York corporation specializing in printing and production of legal briefs and appendices for submission to state and federal courts. Its annual sales revenue is approximately $4.7 million.

## JURISDICTION AND VENUE

5. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and 31 U.S.C. § 3732(a), which specifically confer jurisdiction to this Court over actions brought pursuant to 31 U.S.C. §§ 3729 and 3730.

6. This Court has personal jurisdiction over the Defendant pursuant to 31 U.S.C. § 3732(a) because Record Press has submitted and continues to submit bills to the GPO office in this jurisdiction, and acts prohibited by 31 U.S.C. § 3729 occurred in this judicial district.

7. Venue is proper in this district pursuant to 31 U.S.C. § 3732(a) because at least one act proscribed by 31 U.S.C. § 3729 occurred in this district.

8. In accordance with 31 U.S.C. § 3730(b)(2), this Complaint has been filed under seal and will remain under seal for a period of at least 60 days from its filing date, and shall not be served upon the Defendant until after the Court so orders.

9. The Court has jurisdiction over this action pursuant to 31 U.S.C. § 3730(e)(4)(A), because, to the extent that there has been a public disclosure of the information upon which the allegations of this Complaint are based, Relator is an original source of this information as defined in 31 U.S.C. § 3730(e)(4)(B). Relator possesses direct and independent knowledge of the information in this Complaint. Relator voluntarily provided the Government with his information prior to filing this action and prior to any amendments thereto, pursuant to 31 U.S.C. § 3730(e)(4).

## FACTS

10. Record Press has a contract with the Government Printing Office ("GPO") ("the GPO contract") whereby it prints and binds appellate briefs and appendices filed by the U.S. Attorneys' Office in all criminal and civil appeals arising out of the U.S. District Court for the Southern District of New York.

11. Record Press obtained its contract with GPO pursuant to a request for proposal (Program 2231-S) that sets forth maximum rates contractors could charge GPO for various printing and document preparation services. Under this program, the maximum price that could be charged for "collating, trimming to size and binding" briefs and appendices is $14.00 per 100 pages for a 10-copy run of the document being prepared.

3

12. Record Press's contract with GPO incorporated the terms, conditions and specifications set forth in the request for proposal ("RFP"), and sets the cost for binding a 10-copy run of a brief or appendix at $12.50 per 100 pages.

13. In violation of the GPO contract, Record Press has billed and continues to bill the Government the binding charge for each copy of each brief or appendix that it prepares, rather than for a 10-copy run of the document being prepared.

14. Relator discovered Record Press's violation of the GPO contract when he was ordered to pay the U.S. Attorneys' costs for printing the Government's appendix and brief in a *pro se* action he brought against the Secretary of Commerce in the U.S. District Court for the Southern District of New York (Case No. 04-cv-7593).

15. In that action, the U.S. Attorneys' Office filed a bill of costs that itemized the fees Record Press charged for printing the appendix and the brief. Record Press billed the Government $1,483.77 for "collating and trimming" 20 copies of a 566-page appendix. Record Press billed the Government $398.47 for "collating and trimming" 40 copies of a 76-page brief. The high charges for "collating and trimming" listed in the U.S. Attorneys' Itemized and Verified Bill of Costs prompted Mr. Burke to investigate.

16. During his investigation, on July 5, 2007, Relator spoke on the telephone with someone at Record Press who identified himself as "Hugh" and described himself as the contract and billing contact for Record Express. Relator alleges this person was Hugh Wilmot, who is the President of Record Press.

17. During the conversation with Relator, Mr. Wilmot explained that Record Press had been doing business with the Government for 50 years. Relator had subsequent conversations with GPO employees who likewise referred to Record Press as a long-time Government contractor.

18. Mr. Wilmot stated to Relator that the bills Record Press submitted to GPO in Relator's litigation with the Government were in accordance with the GPO contract,

indicating that this was not an isolated incident or mistaken overbilling, but rather, that it was Defendant's standard practice with respect to its Government contracts.

19. Further investigation by the Relator confirmed that Record Press's billing practices violate the GPO contract. For example, Calvin Anderson, Chief of the Commercial Examination Section in the GPO's Office of the Controller's Procurement Accounting Division, confirmed that the binding charge must be billed only for a 10-copy run of the document, not for each copy of the document, as Record Press charged.

20. Although Relator received information from Record Press that this billing scheme is its standard practice with respect to its Government contracts, Relator does not have access to Record Press's contracts. Nor does Relator have access to Record Press's invoices for all jobs performed pursuant to its contract(s) with GPO. These documents are in the possession of the Defendant.

21. By charging GPO $12.50 per 100 pages for each brief bound, in violation of its contract with the Government, which clearly specifies that binding charges are per 10 copies, Record Press intentionally and knowingly overcharged the Government.

22. In Relator's litigation alone, Record Press overbilled the Government approximately $1,700.00, nearly ten times the amount it was authorized to charge under the GPO contract.

23. In the RFP for the one-year Record Press contract, GPO specifies that it expects to require approximately 300 orders of briefs, with an average of 40 copies of an average 40-page brief per order. The RFP specifies an estimated 150 orders of appendices, with an average of 20 copies per order of appendices ranging from 8 to 1,334 pages each.

24. Based on Mr. Wilmot's statements that it is Record Press's practice to charge the Government on a per-copy basis for binding, and applying this overcharge to GPO's estimated requirements in the RFP, Record Press overcharged the Government more than $280,000.00 in one contract year. Because Record Press is a long-time GPO

contractor, the total overbilling is likely many times greater than the one-year estimate.

## COUNT I
### (False Claims Act - Presentation of False Claims)
### [31 U.S.C. § 3729(a)(1)]

25. Relator incorporates by reference Paragraphs 1 through 24 of the Complaint as though set forth herein in full.

26. As more particularly set forth in the foregoing paragraphs, by virtue of the acts alleged herein, Defendant Record Press has knowingly presented or caused to be presented to officers or employees of the United States Government false or fraudulent claims for payment or approval in violation of 31 U.S.C. § 3729(a)(1).

## COUNT II
### (False Claims Act: Making or Using False Record or Statement to Cause Claim to be Paid)
### [31 U.S.C. § 3729(a)(2)]

27. Relator incorporates by reference Paragraphs 1 through 26 of the Complaint as though set forth herein in full.

28. As more particularly set forth in the foregoing paragraphs, by virtue of the acts alleged, Defendant Record Press knowingly made, used, or caused to be made or used false or fraudulent records or statements, to get false or fraudulent claims paid or approved by the Government in violation of 31 U.S.C. § 3729(a)(2).

## PRAYER FOR RELIEF

WHEREFORE, Relator Brian Burke requests that judgment be entered against Defendant Record Press ordering that:

1. Defendant cease and desist from violating the False Claims Act, 31 U.S.C. § 3729, *et seq.*;

2. Defendant pay not less than $5,500 and not more than $11,000 for each violation of 31 U.S.C. § 3729, plus three times the amount of damages the United States has sustained because of Defendant's actions;
3. Relator be awarded the maximum "relator's share" allowed pursuant to 31 U.S.C. § 3730(d);
4. Relator be awarded all costs of this action, including attorneys' fees and costs pursuant to 31 U.S.C. § 3730(d);
5. Defendant be enjoined from concealing, removing, encumbering or disposing of assets that may be required to pay the civil monetary penalties imposed by the Court;
6. Defendant disgorge all sums by which it has been enriched unjustly by its wrongful conduct; and
7. The United States and Relator recover such other relief as the Court deems just and proper.

Respectfully submitted,

*[signature: Keira McNett]*

Mark Hanna (DC Bar 471960)
Joni S. Jacobs (DC Bar 493846)
Keira M. McNett (DC Bar 482199)
DAVIS COWELL & BOWE, LLP
1701 K Street, NW, Suite 210
Washington, DC 20006
Phone: (202) 223-1057
Fax: (202) 223-8651
*mhanna@dcbwash.com*
*jjacobs@dcbwash.com*
*kmcnett@dcbwash.com*

## REQUEST FOR TRIAL BY JURY

Relator hereby demands a trial by jury.

                                      Respectfully submitted,

_____
Mark Hanna (DC Bar 471960)
Joni S. Jacobs (DC Bar 493846)
Keira M. McNett (DC Bar 482199)
DAVIS COWELL & BOWE, LLP
1701 K Street, NW, Suite 210
Washington, DC 20006
Phone: (202) 223-1057
Fax: (202) 223-8651
*mhanna@dcbwash.com*
*jjacobs@dcbwash.com*
*kmcnett@dcbwash.com*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of February, 2008, I caused a true and correct copy of the preceding to be served via first-class mail, postage pre-paid, upon the following:

Michael B. Mukasey
Attorney General of the United States
c/o Joyce R. Branda
United States Department of Justice
Patrick Henry Building
601 D Street, NW, Room 9902
Washington, DC 20004
Telephone: (202) 307-0231

Jeffrey A. Taylor
United States Attorney
c/o Keith V. Morgan
Judiciary Center Building
555 Fourth Street, NW
Washington, DC 20530
Telephone: (202) 514-7566

_/s/ Keira M. McNett_
Mark Hanna (DC Bar 471960)
Joni S. Jacobs (DC Bar 493846)
Keira M. McNett (DC Bar 482199)
DAVIS COWELL & BOWE, LLP
1701 K Street, NW, Suite 210
Washington, DC 20006
Phone: (202) 223-1057
Fax: (202) 223-8651
*mhanna@dcbwash.com*
*jjacobs@dcbwash.com*
*kmcnett@dcbwash.com*

## RELATOR'S VERIFICATION

The undersigned, being duly sworn, deposes and says that I, Brian Burke, am the Plaintiff/Relator herein, and I have read the foregoing pleading to be filed on my behalf. The contents are true to my own knowledge except as to matters therein stated to be alleged upon information and belief, and as to those matters, I believe them to be true facts as stated herein.

Dated: 1/8/08

_____
Brian Burke

Subscribed and sworn before me this 8th day of Jan, 2008.

_____
Notary Public

ARTHUR GREEBLER
Notary Public, State of New York
No. 01GR4713317
Qualified in Queens County
Commission Expires October 31, 2010

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS

United States of America, ex rel. Brian Burke, Relator

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Keira M. McNett
Davis, Cowell & Bowe LLP
1701 K Street NW, Suite 210
Washington, DC 20006
Telephone: (202) 223-2620

## DEFENDANTS

Record Press, Inc.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- (●) 1 U.S. Government Plaintiff
- ( ) 2 U.S. Government Defendant
- ( ) 3 Federal Question (U.S. Government Not a Party)
- ( ) 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ( ) 1 | ( ) 1 | Incorporated or Principal Place of Business in This State | ( ) 4 | ( ) 4 |
| Citizen of Another State | ( ) 2 | ( ) 2 | Incorporated and Principal Place of Business in Another State | ( ) 5 | ( ) 5 |
| Citizen or Subject of a Foreign Country | ( ) 3 | ( ) 3 | Foreign Nation | ( ) 6 | ( ) 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ( ) A. Antitrust
- [ ] 410 Antitrust

### ( ) B. Personal Injury/Malpractice
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Medical Malpractice
- [ ] 365 Product Liability
- [ ] 368 Asbestos Product Liability

### ( ) C. Administrative Agency Review
- [ ] 151 Medicare Act

Social Security:
- [ ] 861 HIA ((1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g)
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g)

Other Statutes
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 890 Other Statutory Actions (If Administrative Agency is Involved)

### ( ) D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### (●) E. General Civil (Other)   OR   ( ) F. Pro Se General Civil

**Real Property**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent, Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**Personal Property**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**Bankruptcy**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

**Property Rights**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**Federal Tax Suits**
- [ ] 870 Taxes (US plaintiff or defendant
- [ ] 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 RR & Truck
- [ ] 650 Airline Regs
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

**Other Statutes**
- [ ] 400 State Reapportionment
- [ ] 430 Banks & Banking
- [ ] 450 Commerce/ICC Rates/etc.
- [ ] 460 Deportation

- [ ] 470 Racketeer Influenced & Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Satellite TV
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities/Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 900 Appeal of fee determination under equal access to Justice
- [ ] 950 Constitutionality of State Statutes
- [X] 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

## V. ORIGIN

⦿ 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
False Claims Act, 31 U.S.C. sec. 3729, et seq.; FILED UNDER SEAL PURSUANT TO 31 U.S.C. sec. 3730 (b)(2)

## VII. REQUESTED IN COMPLAINT
CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ _____   Check YES only if demanded in complaint
JURY DEMAND:   YES ☒   NO ☐

## VIII. RELATED CASE(S) IF ANY
(See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE  2/29/08   SIGNATURE OF ATTORNEY OF RECORD  *Keira M[cDonnett]*

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.