UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 1 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES ex rel. ) | |
| BRIAN BURKE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action 08cv364 (EGS) |
| ) | |
| RECORD PRESS ) | |
| ) | |
| Defendant. ) | **UNDER SEAL** |
| ) | |
| _____) | |

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), it is this 12th day of June, 2008, hereby

ORDERED that the complaint, this Order, and the Notice of Election to Decline Intervention be unsealed and served upon the defendant by the relator; and it is further

ORDERED that all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and The Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the complaint; and it is further

ORDERED that the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time; and it is further

ORDERED that the parties shall serve all notices of appeal and orders of this Court upon the United States; and it is further

ORDERED that should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE