AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

United States of America, ex rel. Brian Burke

**SUMMONS IN A CIVIL CASE**

V.

Record Press, Inc.

CASE NUMBER: 1:08-cv-00364 (EGS)

TO: (Name and address of Defendant)

Record Press, Inc.
229 West 36th Street, 8th Floor
New York, NY 10018

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Keira M. McNett
Davis Cowell & Bowe LLP
1701 K Street NW, Suite 210
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                               JUN 1 8 2008
_____                   _____
CLERK                                                 DATE

*Jackie Francis* (signature)
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |

Executed on _____    _____
            Date                      *Signature of Server*

                                      _____
                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

```
2008061914350 6
```

| | |
|---|---|
| UNITED STATES OF AMERICA <br> vs. <br> RECORD PRESS, INC. | Plaintiff <br><br> Defendant |

Superior Court Of New Jersey

DISTRICT Venue

Docket Number: 1:08 CV 364 (EGS)

**Person to be served** (Name and Address):
RECORD PRESS, INC.
229 WEST 36TH STREET 8TH FLOOR
NEW YORK NY 10018
**By serving:** HUGH WILMOT

**Attorney:** MARK HANNA

**Papers Served:** SUMMONS, VERIFIED COMPLAINT

**Service Data:**   [X] Served Successfully   [ ] Not Served

**Date/Time:**   06/23/2008  04:52PM

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[X] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

## AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____.___

Attempts:   Date/Time: _____
            Date/Time: _____
            Date/Time: _____

Name of Person Served and relationship/title:

HUGH WILMOT

MANAGING AGENT

**Description of Person Accepting Service:**

SEX: M   AGE: 36-50   HEIGHT: 5'9"-6'0"   WEIGHT: 161-200 LBS.   SKIN: BLACK   HAIR: BALD   OTHER: _____

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] No response on:   Date/Time: _____
                     Date/Time: _____
                     Date/Time: _____

Other:

**Served Data:**
Subscribed and Sworn to me this
23 _____ day of June _____ 2008
Notary Signature: _Jackeline Gonzalez_
Name of Notary: JACKELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 7, 2010
Commission Expiration

I, MALGORZATA SLADEK _____,
was at the time of service a competent adult, over the age of 18 and not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_Ralph_ _____ 6/23/2008
Signature of Process Server   Date

Name of Private Server: MALGORZATA SLADEK   Address: 2009 Morris Avenue UNION, NJ 07083   Phone: (908) 687-0056

HW