# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          :
ex rel. BRIAN BURKE                :
                                   :          Civil Action 08cv364 (EGS)
          Plaintiff,               :
                                   :
          v.                       :          **UNDER SEAL**
                                   :
RECORD PRESS, INC.                 :
                                   :
          Defendant.               :
                                   :

## CERTIFICATE OF SERVICE

I hereby certify that, pursuant to the Court's Order of June 12, 2008 (Doc. 6), on

this 27th day of June, 2008, I caused a true and correct copy of 1) the Court's Order of

June 12, 2008 (Doc. 6); and 2) United States' Notice of Election to Decline Intervention

(Doc. 5) to be served via first-class mail, postage pre-paid, upon the following:


Record Press, Inc.
c/o Hugh Wilmot
229 West 36th Street, 8th Floor
New York, NY  10018

                              s/ Keira M. McNett
                              Keira M. McNett (DC Bar 482199)
                              DAVIS COWELL & BOWE, LLP
                              1701 K Street, NW, Suite 210
                              Washington, DC 20006
                              Phone: (202) 223-1057
                              Fax: (202) 223-8651
                              *kmcnett@dcbwash.com*

                              Attorneys for Relator

1