UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ex rel.<br>BRIAN BURKE,<br><br>   Plaintiff,<br><br>   v.<br><br>RECORD PRESS, INC.,<br>229 West 36th Street, 8th Floor<br>New York, NY  10018<br><br>   Defendant. | Civil Action No. 1:08-CV-00364 (EGS) |

**CONSENT MOTION TO EXTEND TIME FOR DEFENDANT RECORD PRESS, INC. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant Record Press, Inc., without waiving any defenses, by and through undersigned counsel, hereby respectfully requests that this Court order that Record Press, Inc. has up to and through July 28, 2008 to answer or otherwise respond to the Complaint in the above-captioned case.

Pursuant to LCvR 7(m) of the local rules of the United States District Court for the District of Columbia, counsel for Record Press, Inc. conferred with counsel for Plaintiff, Joni S. Jacobs, who consented to the requested relief.  Further, granting such extension should not affect

- 2 -

the Court's schedule.  A proposed order is attached to this motion.

Dated:  July 17, 2008

                                      Respectfully submitted,

/s/ William T. O'Brien
John Horan (DC Bar No. 417729)
William T. O'Brien (DC Bar No. 450891)
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, D.C. 20006
Phone: (202) 496-7500
Fax: (202) 496-7756

*Attorneys for Defendant Record Press, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 17, 2008, I served the foregoing Consent Motion to Extend Time for Defendant Record Press, Inc. to Answer or Otherwise Respond to the Complaint via first class mail, postage prepaid on:

>Mark Hanna, Esq.
>Keira M. McNett, Esq.
>Joni S. Jacobs, Esq.
>DAVIS COWELL & BOWE LLP
>1701 K Street, N.W., Suite 210
>Washington, D.C.  20006

>Darrell C. Valdez, Esq.
>U.S. Attorney's Office
>Judiciary Center Building
>555 Fourth Street, N.W.
>Washington, D.C.  20530

and via the Court's Electronic Case Filing System ("ECF").

>/s/ William T. O'Brien
>William T. O'Brien

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ex rel.<br>BRIAN BURKE,<br><br>    Plaintiff,<br><br>    v.<br><br>RECORD PRESS, INC.,<br>229 West 36th Street, 8th Floor<br>New York, NY  10018<br><br>    Defendant. | Civil Action No. 1:08-CV-00364 (EGS) |

## ORDER

WHEREFORE, upon consideration of the Consent Motion to Extend Time for Defendant Record Press, Inc. to Answer or Otherwise Respond to the Complaint, it is hereby ORDERED that the Motion is GRANTED and that Record Press, Inc. shall have until July 28, 2008 to answer or otherwise respond to the Complaint in the above-captioned case.  By this Order, Record Press, Inc. does not waive, and explicitly preserves, all defenses.

                                                                        _____
                                                                        Honorable Emmet G. Sullivan
                                                                        United States District Judge

Dated:  _____