UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

_____
UNITED STATES OF AMERICA,            :
ex rel. BRIAN BURKE                  :
                                     :   Civil Action No. 1:08-cv-364 (EGS)
            Plaintiff,               :
                                     :
       v.                            :
                                     :
RECORD PRESS, INC.                   :
                                     :
            Defendant.               :
_____ :

**CONSENT MOTION TO EXTEND TIME FOR RELATOR TO ANSWER
OR OTHERWISE RESPOND TO DEFENDANT'S COUNTERCLAIM**

Relator Brian Burke, by and through undersigned counsel, respectfully requests that the Court order that Relator has until September 5, 2008 to answer or otherwise respond to Defendant Record Press, Inc.'s Counterclaim. Counsel for Relator seeks an extension of time to respond because of vacation schedules and deadlines in other matters. Relator makes this request without waiving any defenses and specifically preserves all defenses.

Pursuant to Local Civil Rule 7(m), counsel for Relator conferred with counsel for Defendant, William T. O'Brien, who consented to the requested extension of time to respond. Granting such an extension will not affect the Court's schedule, as the Relator's response will be filed prior to the September 9, 2008 deadline for the parties to meet and confer.

Dated: August 11, 2008                              Respectfully submitted,

2

    s/ Keira M. McNett
Keira M. McNett (DC Bar 482199)
DAVIS COWELL & BOWE, LLP
1701 K Street, NW, Suite 210
Washington, DC 20006
Phone: (202) 223-1057
Fax: (202) 223-8651
*kmcnett@dcbwash.com*

Attorneys for Relator

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2007, I served the foregoing Consent Motion to Extend Time for Relator to Answer or Otherwise Respond to Defendant's Counterclaim via first-class mail on the following:

>Malcolm I. Lewin
>Morrison Cohen LLP
>909 Third Avenue
>New York, NY  10022
>
>Attorney for Defendant

All other parties were served via the Court's electronic case filing system.

s/ Keira M. McNett

4

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

_____
UNITED STATES OF AMERICA,           :
ex rel. BRIAN BURKE                 :
                                    :   Civil Action No. 1:08-cv-364 (EGS)
          Plaintiff,                :
                                    :
     v.                             :
                                    :
RECORD PRESS, INC.                  :
                                    :
          Defendant.                :
_____ :

**[PROPOSED] ORDER**

Upon consideration of the Consent Motion to Extend Time for Relator to Answer or Otherwise Respond to Defendant's Counterclaim, it is hereby

ORDERED THAT the Motion is GRANTED, and that the Relator, Brian Burke, shall have until September 5, 2008 to answer or otherwise respond to the Defendant's Counterclaim.


Dated: _____                 _____
                                    Honorable Emmet G. Sullivan
                                    United States District Judge