## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

_____
UNITED STATES OF AMERICA,         :
ex rel. BRIAN BURKE, Relator,     :       Case No.: 1:08-cv-00364 (EGS)
                                  :
                                  :       **ANSWER TO DEFENDANT'S**
      Plaintiff,               :       **COUNTERCLAIM**
                                  :
      v.                       :
                                  :
RECORD PRESS, INC.                :
                                  :
      Defendant.               :
_____ :

      Plaintiff Brian Burke, by and through his undersigned counsel, files this Answer to the Defendant's Counterclaim and states as follows:

      1.      Plaintiff admits that the Counterclaim is asserted by Defendant Record Press against Plaintiff Brian Burke.

      2.      The allegations in paragraph 2 of the Counterclaim constitute a legal conclusion to which no response is required.

      3.      The allegations of paragraph 3 of the Counterclaim do not require a response.

      4.      Plaintiff denies the allegations in paragraph 4 of the Counterclaim, but admits that Defendant has and/or had a business relationship with GPO.

      5.      Plaintiff denies the allegations in paragraph 5 of the Counterclaim, but admits that Plaintiff knows Defendant has and/or had a business relationship with GPO.

      6.      Plaintiff denies the allegations in paragraph 6 of the Counterclaim.

7. Plaintiff denies the allegations in paragraph 7 of the Counterclaim.

## AFFIRMATIVE DEFENSES

1. Defendant's Counterclaim fails to state a claim upon which relief can be granted.

2. Defendant's Counterclaim is barred by the applicable statute of limitations.

3. Defendant's Counterclaim is barred because Defendant has unclean hands as a result of the fraud alleged in the underlying Verified Complaint.

4. Defendant's Counterclaim is barred because it constitutes an abuse of process and malicious prosecution of Plaintiff for filing the underlying Verified Complaint.

5. Defendant's Counterclaim is barred by the doctrines of laches, estoppel, waiver and misrepresentation.

6. Defendant's Counterclaim is barred, in whole or in part, because it failed to allege specific pecuniary harm.

7. Defendant's Counterclaim is barred because it impinges on Plaintiff's Constitutional rights of speech and petitioning of the courts, including those under the Norr-Pennington Doctrine.

8. Defendant's Counterclaim is barred because it violates public policies, including those as set forth in the False Claims Act and other state and federal laws.

9. Defendant's Counterclaim fails to state a claim upon which an award of compensatory and/or punitive damages can be granted.

10. Defendant's Counterclaim is barred because all of Plaintiff's actions were

undertaken in good faith.

11.    Defendant's Counterclaim fails to state a cause of action or a claim upon which an award of attorney's fees, cost or disbursements may be granted.

Plaintiff expressly reserves the right to rely upon such other and further affirmative defenses as may be supported by the facts to be determined through further discovery in this proceeding.

WHEREFORE, Plaintiff requests that the Court dismiss the Counterclaim in its entirely with prejudice and award reasonable attorneys' fees and costs, and any other relief as the Court deems appropriate.

    s/ Mark Hanna
Mark Hanna
MURPHY ANDERSON, PLLC
1701 K Street NW, Suite 210
Washington, DC  20006
(202) 223-2620
(202) 223-8651 (fax)

Attorneys for Plaintiff-Counterdefendant

Dated: September 5, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2008, I served the foregoing via first class mail, postage prepaid on:

    Malcolm I. Lewin
    Morrison Cohen LLP
    909 Third Avenue
    New York, NY 10022

    William T. O'Brien
    Jack Horan
    McKenna Long & Aldridge, LLP
    1900 K Street NW
    Washington, DC  20006

    Darrell C. Valdez
    United States Attorneys Office
    for the District of Columbia
    Judiciary Center Building
    555 Fourth Street, NW
    Washington, DC 20530

As well as electronically via the Court's ECF system.

                                        /s/ Mark Hanna
                                        Mark Hanna