UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. BRIAN BURKE, Relator,<br><br>Plaintiff,<br><br>v.<br><br>RECORD PRESS, INC.<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No.: 1:08-cv-00364 (EGS)<br><br>**NOTICE OF CHANGE OF**<br>**LAW FIRM AFFILIATION** |

**NOTICE OF CHANGE OF LAW FIRM AFFILIATION FOR PLAINTIFF'S COUNSEL MARK HANNA, JONI JACOBS AND KEIRA MCNETT**

Mark Hanna, Joni S. Jacobs and Keira M. McNett, counsel for Plaintiff Brian Burke, hereby give notice that their law firm affiliation has changed. Effective September 1, 2008, they are affiliated with the law firm of Murphy Anderson PLLC.

Current contact information is as follows:

Murphy Anderson PLLC
1701 K Street NW, Suite 210
Washington, DC 20006
202-223-2620
fax:    202-223-8651
email:    mhanna@murphypllc.com
        jjacobs@murphypllc.com
        kmcnett@murphypllc.com

        Respectfully submitted,


        __/s/ Mark Hanna_____
        Mark Hanna
        Joni Jacobs
        Keira McNett
        MURPHY ANDERSON, PLLC
        1701 K Street NW, Suite 210
        Washington, DC 20006
        (202) 223-2620
        (202) 223-8651 (fax)

        Attorneys for Plaintiff

Dated: September 5, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2008, I served the foregoing via first class mail, postage prepaid on:

>Malcolm I. Lewin
>Morrison Cohen LLP
>909 Third Avenue
>New York, NY 10022
>
>William T. O'Brien
>Jack Horan
>McKenna Long & Aldridge, LLP
>1900 K Street NW
>Washington, DC 20006
>
>Darrell C. Valdez
>United States Attorneys Office
>for the District of Columbia
>Judiciary Center Building
>555 Fourth Street, NW
>Washington, DC 20530

As well as electronically via the Court's ECF system.

/s/ Mark Hanna
Mark Hanna