UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ex rel. BRIAN BURKE, <br><br> Plaintiff, <br><br> v. <br><br> RECORD PRESS, INC., <br><br> Defendant. | Civil Action No. 08-0364 <br> DAR |

Appearances:    Tyler Jay King, Esquire
                TYLER JAY KING LAW
                1400 K Street, N.W.
                Suite 706
                Washington, DC 20005


                Counsel for Plaintiff



                John W. Lomas, Jr., Esquire
                William T. O'Brien, Esquire
                MCKENNA LONG & ALDRIDGE LLP
                1900 K Street, N.W.
                Washington, DC 20006


                Counsel for Defendant

Burke v. Record Press, Inc.

# INTERIM PRETRIAL ORDER

Counsel for the parties appeared before the undersigned United States Magistrate Judge on November 3, 2010 for a final pretrial conference. Discovery has been completed, and, with the consent of the parties, a bench trial of Plaintiff's claims against Defendant is scheduled to commence on December 20, 2010.[*]

In accordance with Rule 16(d) of the Federal Rules of Civil Procedure, it is ORDERED that:

(1) Plaintiff shall file any motion to bifurcate liability and damages by no later than November 8, 2010;

(2) no later than November 15, 2010, Plaintiff shall supplement his pretrial statement to fully comply with Local Civil Rule 16.5(1)(iv), (v) and (vii), and

(3) the deadline for the filing of objections to the opposing party's pretrial statement is extended to November 22, 2010.

/s/
DEBORAH A. ROBINSON
United States Magistrate Judge

November 4, 2010
      DATE

November 3, 2010
NUNC PRO TUNC

---

[*] The parties consent to the bifurcation of Defendant's counterclaim.