Brian Burke
vs.
Record Press

Civil/Criminal No. 08-364

| | Government | |
| --- | --- | --- |
| | Plaintiff | X |
| | Defendant | |
| | Joint | |
| | Court | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
| --- | --- | --- | --- | --- | --- |
| A | Bench, US Gov Printing Office | ✓ | ✓ | | |
| B | Envoice | ✓ | ✓ | | |
| C | Record Press invoice | ✓ | ✓ | (A) 71701 # | |
| D | Record Press Invoice | ✓ | ✓ | A 71700 | |