Brian Burke vs. Record Press *  Civil/Criminal No. 08-364

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | Government ☐ | | | | |
| | Plaintiff ☐ | | | | |
| | Defendant ☒ | | | | |
| | Joint ☐ | | | | |
| | Court ☐ | | | | |
| 1 | abstract | ✓ | ✓ | w/o | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |