## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRIAN MR. BURKE,**<br><br>                           **Plaintiff,**<br>vs.<br><br>**RECORD PRESS, INC.**<br><br>                           **Defendant.** | **Civil Action No. 1:08-CV-00364-DAR** |

### RECORD PRESS INC.'S MOTION TO VOLUNTARILY DISMISS ITS COUNTERCLAIM

Defendant Record Press, Inc. hereby moves pursuant to Fed. R. Civ. P. 41(a)(2) to voluntarily dismiss its counterclaim against Plaintiff Defendant Brian Burke without prejudice. By agreement between the parties at the November 3, 2010 Pre-Trial Conference, proceedings on Record Press's counterclaim are presently stayed until after proceedings on Mr. Burke's claims. Record Press has determined it no longer wishes to proceed with its counterclaim at this time and requests the Court dismiss it without prejudice. Record Press notes that on February 25, 2011, the Plaintiff Mr. Burke moved to dismiss Record Press's counterclaim (Docket No. 70), so it is understood that Mr. Burke's motion is now moot.

-2-

| | |
|---|---|
| Date:  March 2, 2011 | Respectfully submitted, |

 /s/ John W. Lomas, Jr.
John G. Horan (DC Bar No. 417729)
William T. O'Brien (DC Bar No. 450891)
John W. Lomas, Jr. (DC Bar No. 976555)
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, D.C.  20006
Phone: (202) 496-7500
Facsimile: (202) 496-7756

Malcolm I. Lewin
MORRISON COHEN LLP
909 Third Avenue
New York, New York 10022
Phone: (212) 735-8600
Facsimile: (212)

*Attorneys for Defendant Record Press, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of March, 2011, the foregoing Record Press Inc.'s Motion To Voluntarily Dismiss Its Counterclaim was served via the Court's Electronic Filing System ("ECF") on:

>Tyler Jay King, Esq.
>Tyler Jay King Law
>1400 K Street, N.W., Suite 706
>Washington, D.C.  20005
>Phone: (202) 436-2641
>tyler@tylerkinglaw.com
>
>Darrell C. Valdez, Esq.
>U.S. Attorney's Office
>Judiciary Center Building
>555 Fourth Street
>Washington, DC  20530
>(202) 307-2843
>darrell.valdez@usdoj.gov

and via email on:

>Brian T. Mr. Burke
>145 East 23rd St. #4R
>New York, NY  10010
>(212) 614-8515
>briantburke@gmail.com

>/s/ John W. Lomas, Jr.
>John W. Lomas, Jr.