**RECEIVED**
APR 11 2011
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA DISTRICT COURT

UNITED STATES *ex. rel.* :
BRIAN BURKE, :
:
Plaintiff/Counterclaim Defendant : C. A. # 1:08-CV-00364-(DAR)(EGS)
vs. :
RECORD PRESS, INC. :
:
Defendant. :
_____ :

**PLAINTIFF'S DECLARATION & AFFIRMATION OF ASSIGNMENT OF CHOSE OF ACTION**

"/S/ Brian Burke declare, certify, verify, & state, under penalty of perjury that the foregoing is true and correct. Executed on March 16, 2011.": Plaintiff Brian Burke respectfully request that the Court and Parties to instant Action take **NOTICE** of ASSIGNMENT of Chose of Action (pre-Judgment) of Claim for all Purposes by Subrogation N.Y. Gen'l. Obligations Law, 13-101 Transfer of Claims and/or other applicable State and/or Federal Statute to BBLV 4804 L.L.C.. BBLV 4804 L.L.C. is a Limited Liability Company Registered in the State of Nevada and Founded in 2006. Brian Burke, as Original Source and original Relator, will cooperate and assist Prosecution of case through Final Judgment, including any Appellate issues, and/or any collateral related cases. Brian Burke understands that pending Counterclaim remains against same and cannot be assigned by Complainant. Tyler Jay King esq. will continue as able Counsel for Plaintiff for all purposes. Brian Burke will request Counsel for Plaintiff submit timely Motion to Substitute Party under Fed. R. Civ. P. 25 and attach this Declaration.

Date: April 8, 2011

Respectfully submitted,

/S/ Brian T. Burke, pro se
145 East 23rd Street #4R
New York, NY 10010

Received
Mail Room
APR 11 2011

Angela D. Caesar, Clerk of Court
US District Court, District of Columbia

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------X

BRIAN BURKE

Case No. 1:08-CV-00364(EGS)(DAR)

## CERTIFICATE OF SERVICE

Counterclaim Defendant, pro se

against,
RECORD PRESS
Defendant, Counterclaimant

------------------------------------X

I  /S/  Brian Burke_____ declare under penalty of perjury that the forgoing is true and correct. , I served a copy of Brian Burke's Declaration/Affidavit of assignment by U.S. Mail & email on

the following parties:

1) William T. O'Brien esq. McKenna Long & Aldridge llp 1900 K street, N.W.

Washington D.C. 20006 , by Mail & email wobrien@mckennalong.com

(2)Darrell C. Valdez esq. U.S. Attorney's Office Judiciary Center Building 555 Fourth Street

Washington D.C. 20530 by Mail & email darrell.valdez@usdoj.gov

(3)Tyler Jay King, by Mail 1420 N. St. N.W. #706 Wash. D.C. 20005 & Email to

tyler@tylerjayking.com

Dated April 9, 2011

/S/ Brian Burke
145 East 23rd Street #4R
New York, NY 10010
briantburke@gmail.com
212-614-8515

Received
Mail Room

APR 1 1 2011

Angela D. Caesar, Clerk of Court
US District Court, District of Columbia