**RECEIVED**

APR 2 0 2011

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRIAN BURKE,** | : |
| Plaintiff/Counterclaim Defendant | : C. A. # 1:08-CV-00364-(DAR)(EGS) |
| vs. | : |
| **RECORD PRESS, INC.** | : |
| **Defendant.** | : |

### COUNTERCLAIM DEFENDANT'S REPLY TO OPPOSITION TO OMNIBUS MOTION II

"I /S/ Brian Burke declare, certify, verify, & state, under penalty of perjury that the foregoing is true and correct. Executed on April 15, 2011.": Plaintiff/Counterclaim Defendant *pro se* Brian Burke respectfully Replies to Defendant's Opposition to Omnibus Motion II. Counterclaim Defendant *pro se* will be submitting no further Requests for Relief prior to Order/Judgment on Pending Dispositive Motion(s).

### NO STAY

No mention of a Stay in Opposition, these grounds to Strike should now be deemed admitted. "**Any material fact set forth by the moving papers and not controverted by the opposing papers is deemed admitted**" (emphasis added) *Cabrera v. Peters et. al.* 23 F. 3d 410 C. A. Seventh Circuit. Again Perhaps the most serious reason to Strike.

### CLAIMS

Defendant states that "The Trial *on all* of Mr. Burke's claims in this case, ..........., was completed on February 14, 2011." (emphasis in original). Counterclaim Defendant *pro se* understands that claim itself was bifurcated by agreement and with permission of the Court. Claim was severed into Liability and Damages. Only the Liability Phase/Hearing was heard on February 14, 2011. Like with 'stay' lie (see Perjury & Subornation & Conspiracy Motion *in Limine I* etc.) Defendant, by Counsel is hoping to 'sculpt' the Truth. Plaintiff will not oppose any



Received
Mail Room

APR 20 2011

Angela D. Caesar, Clerk of Court

actual or alleged 'Sur-Reply' by Defendant to clarify any issue, if allowed same. Petitioner pro se would, with leave of Court, request being allowed to clarify 'Bid-Rigging' Affirmative Defense/Claim stated previously. While clearly stating that Defendant's ongoing violations of Sherman/Clayton Act(s) be reviewed, in this Court or another, Petitioner Requests phrase Affirmative Defense/Claim be read as Affirmative Defense/Crime. Bid-Rigging Affirmative Defense/Crime does not necessitate an amending of Claim, as it is merely additional evidence of same. Defendant's apparently admitted 'Bid-Rigging' violates the Federal False Claims Act as a matter of Fact and Law. See for ex. *US Ex Rel. Miller v. Bill Harbert Int'l. Const., Inc.,*

*08-5390, United States ex rel. Bunk v. Pasha, et al. , United States ex rel. Marcus v. Hess, 317 U.S. 537 (1943); United States v. CFW Constr. Co.. 649 f. Supp. 616 (D.S. C. 1986),* appeal dismissed without opinion, *819 F.2d 1139(4th Cir. 1987); United States v. Cripps, 460 F. Supp. 969 9E.D. Mich. 1978); brown v. United States, 524 F. 2d 693 (Ct. Cl. 1975);* see also *United States v. Coachman inns of Am. Inc.,* Civ. No. C-89-1677R(D. Wash. Nov. 16, 1989), reported in 6 Trade Reg. Rep. (cch) 45,089 at 44,479 (Complaint under FCA alleging Bid Rigging on contracts to suppy lodging for personnel), *United States ex rel. David Magee v. S.A.I.C. et al.* 09-cv-324 (HSO)(JMR)

## DUE PROCESS

Defendant, in it's unremitting attack on Due Process, is apparently again denying Counterclaim Defendant's Constitutional Right(s) to Defend against Counterclaim. By styling all of Plaintiff's pending Motions as "frivolous and vexatious" without any actual counter-arguments or facts (see again "Any material fact set forth by the moving papers and not controverted by the opposing papers is deemed admitted" *Cabrera v. Peters et. al. 23 F. 3d 410 C. A. Seventh Circuit*) Petitioner *pro se* finds it difficult to Reply. At the risk of incorrectly Parsing non-sensical Opposition, Defendant is apparently resting "frivolous and vexatious" claim on Relator's number of Requested Relief. Since unseal, Defendant has Filed a number of Motions for Extension of Time, a Counterclaim (which Defendant is hoping to withdraw without Prejudice and should itself be deemed 'frivolous and vexatious'), two Motions for Summary Judgment, Motion for Sanctions, for Protective Order, to Strike, *In Limine*, to Expedite, Oral Motion for Judgement and finally to Dismiss Counterclaim, as well as approximately 500

Objections on the Record in Wilmont Deposition & Trial.  Hmm.

## MOTION FOR ORAL HEARING

An Oral Hearing on outstanding Requests for Relief is in the interest of Justice, Judicial Economy, all Parties and the Court. Any additional outstanding questions as to controverted Facts & Law can be fully addressed. Of course, if any feels their Parties interests are in contradistinction to the Truth, Facts & Law regarding Liability, Damages and Counterclaim(s) they would naturally Oppose.

## CONCLUSION

For these reasons Counterclaim Defendant requests that the Court grant motion in all parts, and for further and such relief the Court deems just.

Date: April 15, 2011                                  Respectfully submitted,

/S/ Brian T. Burke, pro se
145 East 23rd Street #4R
New York, NY 10010
briantburke@gmail.com
212-614-8515

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
————————————————X
BRIAN BURKE                          :   Case No. 1:08-CV-00364(EGS)(DAR)
                                     :
                                     :
                                     :   **CERTIFICATE OF SERVICE**
Counterclaim Defendant, pro se       :
                                     :
against,                             :
RECORD PRESS                         :
Defendant, Counterclaimant           :
————————————————X

I ____/S/ Brian Burke____ declare under penalty of perjury that the forgoing is true and correct. , I served a copy of Brian Burke's Reply to Omnibus Motion II Opposition by U.S. Mail & email on

the following parties:

1) William T. O'Brien esq. McKenna Long & Aldridge llp 1900 K street, N.W. Washington D.C. 20006 , by Mail & email wobrien@mckennalong.com

(2) Darrell C. Valdez esq. U.S. Attorney's Office Judiciary Center Building 555 Fourth Street Washington D.C. 20530 by Mail & email darrell.valdez@usdoj.gov

(3) Tyler Jay King, by Mail 1420 N. St. N.W. #706 Wash. D.C. 20005 & Email to tyler@tylerjayking.com

Dated April 16, 2011

____/S/ Brian Burke____
145 East 23rd Street #4R
New York, NY 10010
briantburke@gmail.com
212-614-8515

Received
Mail Room
APR 20 2011
Angela D. Caesar, Clerk of Court
US District Court, District of Columbia