RECEIVED

APR 26 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA DISTRICT COURT**

| | |
|---|---|
| **UNITED STATES *ex. rel.*** | : |
| **BRIAN BURKE,** | : |
| | : |
| **Plaintiff/Counterclaim Defendant** | : **C. A. # 1:08-CV-00364-(DAR)(EGS)** |
| **vs.** | : |
| **RECORD PRESS, INC.** | : |
| | : |
| **Defendant.** | : |
| | : |

**PLAINTIFF'S CORRECTED DECLARATION/CIVIL STATEMENT**

"I_______/S/_Brian Burke declare, certify, verify, & state, under penalty of perjury that the foregoing is true and correct. Executed on April 25, 2011.": Plaintiff Brian Burke respectfully request's that Court and interested Parties view Document 84 and/or alleged Assignment of Chose of Action as **NULL & VOID**. Alleged Assignment, now NULL & VOID, was done without assistance or agreement of Counsel. Plaintiff is a represented Party. Alleged Assignment/Civil Statement should be deemed as voided and/or withdrawn and/or Corrected. Petitioner, on information and belief, considers this action as conferring no prejudice on any party.

Date: April 25, 2011

Respectfully submitted,

/S/ Brian T. Burke, pro se
145 East 23rd Street #4R
New York, NY 10010




APR 26 2011

Angela D. Caesar, Clerk of Court
US District Court, District of Columbia

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **BRIAN BURKE** | **Case No. 1:08-CV-00364(EGS)(DAR)** |
| **Counterclaim Defendant, pro se** | **CERTIFICATE OF SERVICE** |
| **against,** | |
| **RECORD PRESS** | |
| **Defendant, Counterclaimant** | |

**I_____________/S/__Brian Burke____ declare under penalty of perjury that the forgoing is true and correct. , I served a copy of Brian Burke's Corrected Declaration/Civil Statement by U.S. Mail & email on**

**the following parties:**

**1) William T. O'Brien esq. McKenna Long & Aldridge llp 1900 K street, N.W. Washington D.C. 20006 , by Mail & email wobrien@mckennalong.com**

**(2)Darrell C. Valdez esq. U.S. Attorney's Office Judiciary Center Building 555 Fourth Street Washington D.C. 20530 by Mail & email darrell.valdez@usdoj.gov**

**(3)Tyler Jay King, by Mail 1420 N. St. N.W. #706 Wash. D.C. 20005 & Email to tyler@tylerjayking.com**

**Dated April 25, 2011**

**/S/ Brian Burke**
145 East 23rd Street #4R
New York, NY 10010
briantburke@gmail.com
212-614-8515