AO 450 (Rev 01/09, DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| BRIAN BURKE ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 08-0364 |
| RECORD PRESS, INC., ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☑ The plaintiff recover nothing and the action to be dismissed on the merits _____ recover costs from the plaintiff *(name)* _____

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge DEBORAH A. ROBINSON on a motion for JUDGEMENT ON PARTIAL FINDINGS PURSUANT TO RULE 52 (C)

Date: June 12, 2013

ANGELA D. CAESAR, CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk