IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States ex rel. Brian Burke | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) Case No.1:08-cv-364(EGS)(DAR) <br> ) |
| Record Press, Inc., | ) <br> ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Plaintiffs, by and through their undersigned counsel, hereby gives notice that the United States ex rel. and Brian Burke, plaintiffs in the above captioned case, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from an Order granting summary judgment on all counts in the Complaint.

Respectfully submitted,

ATTORNEY FOR PLAINTIFF


_____/s/_____


TYLER JAY KING, ESQ.
D.C. Bar No. 979592
1407 Nicholson St NW
Washington, D.C. 20011

1

```
Telephone:(202)436-2641
Fax:(202)478-0964
Email:  tyler@tylerkinglaw.com
```

**CERTIFICATE OF SERVICE**

The foregoing NOTICE OF APPEAL was served on this 30th day of April 2014, electronically via ECF upon the Attorneys for the Defendants:

Darrell C. Valdez
Attorney


John W. Lomas, Jr.
Attorney


William T. O'Brien
Attorney




```
            _____/s/_____


            TYLER JAY KING, ESQ.
            D.C. Bar No. 979592
            1407 Nicholson St NW
            Washington, D.C. 20011
            Telephone:(202)436-2641
            Fax:(202)478-0964
            Email:  tyler@tylerkinglaw.com
```

2