[Attorney Names]
[Attorneys' Business Address]

# UNITED STATES DISTRICT COURT

# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES *ex rel.* BRIAN BURKE, | ) Case No.: 1:08-cv-000364(DAR) |
| *Plaintiff/Counter-Defendant,* | ) **JOINT NOTICE OF APPEAL** |
| vs. | ) |
| RECORD PRESS, INC., | ) |
| *Defendant/Counter-Plaintiff* | ) |

## *PLAINTIFF*/COUNTER-DEFENDANT'S JOINT NOTICE OF APPEAL FROM MARCH 31 2014 ORDER DENYING MOTION TO ALTER OR AMEND JUDGEMENT AND JUNE 13 2013 JUDGEMENT DENYING COUNTER-DEFENDANT'S OMNIBUS MOTION TO DISMISS WITH PREJUDICE.

## NOTICE OF APPEAL

Notice is hereby given that *Plaintiff*/Counter-Defendant United States *ex rel.* Brian Burke and Brian Burke *pro se* in the above captioned matter hereby appeal to the United States Court of Appeals for the District of Columbia from the District court's Order of March 31, 2014 regarding Motion to Alter or Amend Judgment and Judgment of June 13, 2013 regarding Counter-Defendant's Omnibus Motion to Dismiss with Prejudice.

Dated this 25 of April, 2014

Tyler Jay King *esq. /S/*
TYLER KING LAW FIRM
1420 N Street NW, Suite 706

JOINT NOTICE OF APPEAL - 1

Washington, D.C. 20005
Phone (202)436-2641
Bar # 979592
Email Tyler@TylerKingLaw.com
Attorney for *Plaintiff*

Brian Burke, *pro se*
Self-Represented Counter-Defendant
145 East 23rd Street Apt. 4R
New York, NY 10010
Phone 646-434-8513
Email briantburke@gmail.com

JOINT NOTICE OF APPEAL - 2

# **REPRESENTATION STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 12(b), the names, addresses and phone numbers of Appellant's Counsel.

1) Appellant/*Plaintiff* United States *ex rel.* Brian Burke by Tyler Jay King *esq.* 1420 N Street NW, Suite 706 Washington D.C. 20005 Phone (202)436-2641 Email Tyler@TylerKingLaw.com Bar# 979592.

2) Appellant/Counter-Defendant Brian Burke by Brian Burke *pro se* 145 East 23rd Street apt. 4R New York, NY 10010. Phone 646-434-8513 Email briantburke@gmail.com