# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ex rel.<br>BRIAN BURKE,<br>                Plaintiff,<br><br>vs.<br><br>RECORD PRESS, INC.,<br>                Defendant. | Civil Action No. 1:08-CV-00364-DAR |

## NOTICE OF APPEAL

Notice is hereby given that Record Press, Inc., defendant in the above named case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from that portion of the order entered in this action on March 31, 2014 (Doc. No. 101) that denied Record Press's Motion for Attorney Fees and Expenses.

May 14, 2014

Respectfully submitted,

/s/ John W. Lomas, Jr.
William T. O'Brien (DC Bar No. 450891)
John W. Lomas, Jr. (DC Bar No. 976555)
McKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, D.C.  20006
Telephone:  (202) 496-7500
Facsimile:  (202) 496-7756

*Attorneys for Defendant Record Press, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of May, 2014 I served the foregoing Notice of Appeal on the following by the means indicated:

**By ECF and e-mail:**

Darrell C. Valdez, Esq.
U.S. Attorney's Office
Judiciary Center Building
555 Fourth Street
Washington, DC 20530
(202) 307-2843
darrell.valdez@usdoj.gov

**By ECF, First Class Mail and e-mail**:

Tyler J. King
tyler@tylerkinglaw.com
1407 Nicholson Street, NW
Washington, DC 20011
(202) 436-2641

Brian Burke
briantburke@gmail.com
145 East 23rd Street
#4R
New York, NY 10010

                                                     /s/ John W. Lomas, Jr.
                                                     John W. Lomas, Jr.