# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:08−cv−00364−DAR

BURKE v. RECORD PRESS, INC.

Assigned to: Magistrate Judge Deborah A. Robinson

Cause: 31:3729 False Claims Act

Date Filed: 02/29/2008
Date Terminated: 06/21/2013
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**BRIAN BURKE**
*Relator − ex rel. UNITED STATES OF AMERICA*

represented by

**BRIAN BURKE**
145 East 23rd Street
#4R
New York, NY 10010
(212) 614−8515
PRO SE

**Keira M. McNett**
D.C. EMPLOYMENT JUSTICE CENTER
1413 K Street NW
5th Floor
Washington, DC 20005
(202) 645−9624
Fax: (202) 828−9190
Email: kmcnett@dcejc.org
*TERMINATED: 10/14/2009*
*LEAD ATTORNEY*

**Mark Hanna**
MURPHY ANDERSON PLLC
1701 K Street, NW
Suite 210
Washington, DC 20006
(202) 223−2620
Fax: (202) 223−8651
Email: mhanna@murphypllc.com
*TERMINATED: 10/14/2009*
*LEAD ATTORNEY*

**Tyler J. King**
1407 Nicholson Street, NW

V.

**Defendant**

**RECORD PRESS, INC.**                   represented by   **William T. O'Brien**
MCKENNA LONG &ALDRIDGE LLP
Litigation
1900 K Street, NW
Suite 100
Washington, DC 20006
(202) 496−7107
Fax: (202) 496−7756
Email: wobrien@mckennalong.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John William Lomas , Jr.**
MCKENNA LONG &ALDRIDGE LLP
1900 K Street, NW
Washington, DC 20006
(202) 496−7183
Email: jlomas@mckennalong.com
*ATTORNEY TO BE NOTICED*

V.

**Interested Party**

**UNITED STATES OF AMERICA**           represented by   **Darrell C. Valdez**
U.S. ATTORNEY'S OFFICE
Civil Division
555 Fourth Street, NW
Washington, DC 20530
(202)252−2507
Email: darrell.valdez@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**RECORD PRESS, INC.**                   represented by   **William T. O'Brien**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**BRIAN BURKE**
*Relator − ex rel. UNITED STATES OF AMERICA*

represented by **BRIAN BURKE**
(See above for address)
PRO SE

**Keira M. McNett**
(See above for address)
*TERMINATED: 10/14/2009*
*LEAD ATTORNEY*

**Mark Hanna**
(See above for address)
*TERMINATED: 10/14/2009*
*LEAD ATTORNEY*

**Tyler J. King**
(See above for address)
*TERMINATED: 03/10/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/29/2008 | 1 | | COMPLAINT against RECORD PRESS, INC. ( Filing fee $ 350, receipt number 4616010608) filed by BRIAN BURKE. (Attachments: # 1 Civil Cover Sheet)(zjf, ) Modified on 3/11/2008 (zclv, ). LEAVE TO FILE IS GRANTED SIGNED BY JUDGE EMMET G. SULLIVAN 3/8/08 (Entered: 03/05/2008) |
| 06/09/2008 | 5 | | NOTICE of Election to Decline Intervention by UNITED STATES. (zjf, ) (Entered: 06/10/2008) |
| 06/13/2008 | 6 | | ORDER that the complaint, this Order, and the Notice of Election to Decline Intervention be unsealed and served upon the defendant by the relator; all other contents of the Court's file shall remain under seal. Setting forth further instruction to counsel. Signed by Judge Emmet G. Sullivan on 6/12/08. (zclv, ) (Entered: 06/13/2008) |
| 06/16/2008 | | | ***Case Unsealed pursuant to order of Judge Emmet G. Sullivan filed on 06/13/08. (jeb, ) (Entered: 06/16/2008) |
| 06/18/2008 | | | Summons (1) Issued as to RECORD PRESS, INC.. (jf, ) (Entered: 06/18/2008) |
| 06/27/2008 | 7 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. RECORD PRESS, INC. served on 6/23/2008, answer due 7/14/2008 (Attachments: # 1 Affidavit of Service)(McNett, Keira) (Entered: |

| 07/17/2008 | 9 | | Consent MOTION for Extension of Time to *Answer or Otherwise Respond to the Complaint* by RECORD PRESS, INC. (Attachments: # 1 Text of Proposed Order)(O'Brien, William) (Entered: 07/17/2008) |
|---|---|---|---|
| 07/17/2008 | | | MINUTE ORDER granting 9 Motion for Extension of Time to Answer. Defendant shall respond to the Complaint by no later than July 28, 2008. Signed by Judge Emmet G. Sullivan on July 17, 2008. (lcegs2) (Entered: 07/17/2008) |
| 07/17/2008 | | | Set/Reset Deadlines: Answer due by 7/28/2008, (clv, ) (Entered: 07/17/2008) |
| 07/28/2008 | 10 | | ANSWER to 1 Complaint, by RECORD PRESS, INC.. Related document: 1 Complaint, filed by BRIAN BURKE.(O'Brien, William) (Entered: 07/28/2008) |
| 07/28/2008 | | | COUNTERCLAIM against BRIAN BURKE filed by RECORD PRESS, INC. (SEE Image in Document 10 .(jeb, ) (Entered: 09/05/2008) |
| 08/05/2008 | 11 | | ORDER: Attorney Meet and Confer Conference due by 9/9/2008., Meet &Confer Statement due by 9/16/2008. Setting forth further instruction to counsel. Signed by Judge Emmet G. Sullivan on 8/5/08. (clv, ) (Entered: 08/05/2008) |
| 08/11/2008 | 12 | | Consent MOTION for Extension of Time to File Answer re 10 Answer to Complaint by BRIAN BURKE (Attachments: # 1 Text of Proposed Order)(McNett, Keira) (Entered: 08/11/2008) |
| 08/11/2008 | | | MINUTE ORDER granting 12 Motion for Extension of Time to Answer. Relator's answer to Defendant's counterclaim shall be filed by no later than September 5, 2008. Signed by Judge Emmet G. Sullivan on August 11, 2008. (lcegs2) (Entered: 08/11/2008) |
| 08/13/2008 | | | Set/Reset Deadlines: Answer due by 9/5/2008, (clv, ) (Entered: 08/13/2008) |
| 09/05/2008 | 13 | | ANSWER to Counterclaim by BRIAN BURKE. Related document: Counterclaim filed by RECORD PRESS, INC..(Hanna, Mark) (Entered: 09/05/2008) |
| 09/05/2008 | 14 | | NOTICE of Change of Address by Mark Hanna (Hanna, Mark) (Entered: 09/05/2008) |
| 09/16/2008 | 15 | | Joint MOTION for Extension of Time to File *Joint Report Pursuant to Rule 16.3(d)* by RECORD PRESS, INC. (Attachments: # 1 Text of Proposed Order Proposed Order)(O'Brien, William) (Entered: 09/16/2008) |
| 09/17/2008 | | | MINUTE ORDER granting 15 Joint Motion for Extension of Time to File Meet and Confer Statement. The parties' joint Rule 16.3 Report shall be filed no later than September 23, 2008. Signed by Judge Emmet G. Sullivan on September 17, 2008. (lcegs2) (Entered: 09/17/2008) |
| 09/17/2008 | | | Set/Reset Deadlines: Meet &Confer Statement due by 9/23/2008. (clv, ) |

| | | | MOTION for Summary Judgment by RECORD PRESS, INC. (Attachments: #_1 Memorandum in Support, #_2 Statement of Facts Statement of Undisputed Material Facts, #_3 Declaration Declaration of Hugh Wilmot, #_4 Exhibit Exhibits to Declaration of Hugh Wilmot, #_5 Text of Proposed Order, #_6 Certificate of Service)(O'Brien, William) (Entered: 10/01/2008) |
|---|---|---|---|
| 10/01/2008 | 18 | | ENTERED IN ERROR.....MOTION for Disclosure *Certificate Required by LCVR 7.1 of the Local Rules of the US District Court for the District of Columbia* by RECORD PRESS, INC. (Attachments: #_1 Certificate of Service)(O'Brien, William) Modified on 10/2/2008 (jf, ). (Entered: 10/01/2008) |
| 10/02/2008 | | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. re_18 MOTION for Disclosure *Certificate Required by LCVR 7.1 of the Local Rules of the US District Court for the District of Columbia* was entered in error and counsel was instructed to refile said pleading. Counsel was directed not to use the motion(s) category to file non−motion pleading(s) (jf, ) (Entered: 10/02/2008) |
| 10/02/2008 | 19 | | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by RECORD PRESS, INC. (Attachments: #_1 Certificate of Service)(O'Brien, William) (Entered: 10/02/2008) |
| 10/14/2008 | 20 | | Memorandum in opposition to re_17 MOTION for Summary Judgment filed by BRIAN BURKE. (Attachments: #_1 Declaration Brian Burke, #_2 Declaration Mark Hanna, #_3 Text of Proposed Order, #_4 Supplement Objection to and Request to Strike Defendant's Evidence)(McNett, Keira) (Entered: 10/14/2008) |
| 10/24/2008 | 21 | | REPLY to opposition to motion re_17 MOTION for Summary Judgment *to Dismiss Complaint* filed by RECORD PRESS, INC.. (Attachments: #_1 Declaration Reply Declaration of Hugh Wilmot, #_2 Certificate of Service)(O'Brien, William) (Entered: 10/24/2008) |
| 10/27/2008 | 22 | | REPLY to opposition to motion re_17 MOTION for Summary Judgment filed by RECORD PRESS, INC.. (Attachments: #_1 Errata Corrected Reply Memorandum to Relator's Opposition to Motion for Summary Judgment, #_2 Certificate of Service for Corrected Reply Memorandum)(O'Brien, William) (Entered: 10/27/2008) |
| 10/29/2008 | 23 | | Consent MOTION for Extension of Time to *for Defendant to Oppose Relator's Objections and for Relator to File Surreply* by BRIAN BURKE (Hanna, Mark) (Entered: 10/29/2008) |
| 10/31/2008 | | | MINUTE ORDER granting_23 Motion for Extension of Time for Defendant to Oppose Relator's Objections and for Relator to File Surreply. Relator shall file surreply by no later than November 7, 2008; Defendant shall file opposition to Relator's objections by no later than November 14, 2008; and Relator shall file reply, if any, by no later than November 21, 2008. Signed |

| | | | |
|---|---|---|---|
| 11/07/2008 | 24 | | SURREPLY to re 17 MOTION for Summary Judgment filed by BRIAN BURKE. (Attachments: # 1 Exhibit Relator's Objection to and Request to Strike Defendant's Reply Declaration in Support of Motion For Summary Judgment)(Hanna, Mark) (Entered: 11/07/2008) |
| 11/14/2008 | 25 | | OPPOSITION to Plaintiff's 24 SURREPLY to re 17 MOTION for Summary Judgment [17−1] Motions to Strike Portions of the Declaration of Hugh Wilmot Submited in Support of Defendant's Motion for Summary Judgment and Portions of the Reply Declarations of Hugh Wilmot filed by RECORD PRESS, INC.. (Attachments: # 1 Certificate of Service Certificate of Service)(O'Brien, William) Modified on 11/17/2008 (jf, ). (Entered: 11/14/2008) |
| 11/21/2008 | 26 | | REPLY to opposition to motion re 17 MOTION for Summary Judgment filed by BRIAN BURKE. (Hanna, Mark) (Entered: 11/21/2008) |
| 12/04/2008 | 27 | | MOTION for Sanctions *Pursuant to Rule 11 of the Federal Rules of Civil Procedure* by RECORD PRESS, INC. (Attachments: # 1 Memorandum in Support Memo in Support of Motion for Sanctions Pursuant to Rule 11, # 2 Certificate of Service Cert of Svc for Motion for Sanctions Pursuant to Rule 11, # 3 Text of Proposed Order Proposed Order for Motion for Sanctions Pursuant to Rule 11, # 4 Declaration Declaration on behalf of Defendant in Support of its Motion for Rule 11 Sanctions, # 5 Exhibit Exhibits to Declaration on behalf of Defendant in Support of its Motion for Rule 11 Sanctions)(O'Brien, William) (Entered: 12/04/2008) |
| 12/18/2008 | 28 | | Memorandum in opposition to re 27 MOTION for Sanctions *Pursuant to Rule 11 of the Federal Rules of Civil Procedure* filed by BRIAN BURKE. (Attachments: # 1 Declaration of Mark Hanna, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Certificate of Service)(Hanna, Mark) (Entered: 12/18/2008) |
| 12/24/2008 | 29 | | REPLY to opposition to motion re 27 MOTION for Sanctions *Pursuant to Rule 11 of the Federal Rules of Civil Procedure* filed by RECORD PRESS, INC.. (O'Brien, William) (Entered: 12/24/2008) |
| 05/20/2009 | | | MINUTE ORDER referring 17 defendant's motion for summary judgment and 27 defendant's motion for sanctions to Magistrate Judge Deborah A. Robinson for a report and recommendation. Signed by Judge Emmet G. Sullivan on May 20, 2009. (lcegs4) (Entered: 05/20/2009) |
| 05/20/2009 | 30 | | CASE REFERRED to Magistrate Judge Deborah A. Robinson for Report and Recommendation. (kb) (Entered: 05/22/2009) |
| 05/27/2009 | 31 | | ORDER by Magistrate Judge Deborah A. Robinson on 5/27/09: ORDERED that by no later than June 2, 2009, Plaintiff/Relator shall file, if at all, a motion for discovery pursuant to Federal Rule of Civil Procedure Rule 56(f) in an effort to demonstrate that for specified reasons, [he] cannot present facts essential to justify [his] opposition[.] Fed.R.Civ.P. 56(f); see also Walls |

| | | | |
|---|---|---|---|
| | | | his Statement of Genuine Issues in Dispute to include references to the parts of the record relied on to support [each] statement. LCvR 7(h). (lcdar1) (Entered: 05/27/2009) |
| 06/02/2009 | 32 | | MOTION for Discovery *Pursuant to Rule 56(f)* by BRIAN BURKE (Attachments: # 1 Declaration Mark Hanna, # 2 Declaration Keira M. McNett, # 3 Text of Proposed Order, # 4 Amended Statement of Genuine Issues in Dispute)(Hanna, Mark) (Entered: 06/02/2009) |
| 06/09/2009 | 33 | | Memorandum in opposition to re 32 MOTION for Discovery *Pursuant to Rule 56(f)* filed by RECORD PRESS, INC.. (Attachments: # 1 Text of Proposed Order)(O'Brien, William) (Entered: 06/09/2009) |
| 06/12/2009 | 34 | | REPLY to opposition to motion re 32 MOTION for Discovery *Pursuant to Rule 56(f)* filed by BRIAN BURKE. (Hanna, Mark) (Entered: 06/12/2009) |
| 06/22/2009 | | | Set Hearings: Hearing with respect to Relator's Motion for Leave to Take Discovery Pursuant to Rule 56(f) (Document No. 32) is scheduled for June 24, 2009 at 10:00 AM in Courtroom 4 before Magistrate Judge Deborah A. Robinson. (lcdar1) (Entered: 06/22/2009) |
| 06/22/2009 | | | Set Hearing: Status Conference with respect to Record Press, Inc.'s Motion for Sanctions Pursuant to Rule 11 of the Federal Rules of Civil Procedure (Document No. 27) is scheduled for June 24, 2009 at 10:30 AM in Courtroom 4 before Magistrate Judge Deborah A. Robinson. (lcdar1) (Entered: 06/22/2009) |
| 06/24/2009 | | | Minute Order. Proceedings held before Magistrate Judge Deborah A. Robinson: Status conference held on 6/24/09: with the consent of the parties, Defendants Motion for Summary Judgment (Document No. 17 ), Defendants Motion for Sanctions Pursuant to Rule 11 of the Federal Rules of Civil Procedure (Document No. 27 ), and Plaintiffs Motion for Leave to Take Discovery Pursuant to Rule 56(f) (Document No. 32 ) are DENIED WITHOUT PREJUDICE. Further, with the consent of the parties, a scheduling conference is scheduled for September 24, 2009 at 10:00 a.m. in Courtroom 4 before Magistrate Judge Deborah A. Robinson. (Court Reporter Bowles Reporting, Inc.) (lcdar1) (Entered: 06/24/2009) |
| 09/22/2009 | 35 | | MOTION to Continue *Status Conference* by RECORD PRESS, INC. (Attachments: # 1 Text of Proposed Order)(O'Brien, William) (Entered: 09/22/2009) |
| 09/22/2009 | | | MINUTE ORDER by Magistrate Judge Deborah A. Robinson on 9/22/09 granting 35 Consent Motion to Continue Status Conference; Set/Reset Hearings:Status Conferene set for 10/15/2009 09:30 AM in Courtroom 4 before Magistrate Judge Deborah A. Robinson. (EW) (Entered: 09/22/2009) |
| 10/07/2009 | 36 | | MOTION to Withdraw as Attorney by BRIAN BURKE (Attachments: # 1 Exhibit 1, # 2 Text of Proposed Order)(Hanna, Mark) (Entered: 10/07/2009) |

| | | | |
|---|---|---|---|
| | | | Text of Proposed Order)(O'Brien, William) (Entered: 10/09/2009) |
| 10/14/2009 | | | MINUTE ORDER by Mag. Judge Deborah A. Robinson on 10/14/2009 granting 36 Motion to Withdraw as Attorney. Attorney Mark Hanna and Keira M. McNett terminated. (EW) (Entered: 10/14/2009) |
| 10/15/2009 | | | Minute Entry for proceedings held before Magistrate Judge Deborah A. Robinson: Case called for Status/Scheduling Conference on 10/15/2009, Relater not present. Relater shall appear unless Counsel has entered an appearance. Status/Scheduling Conference set for 10/29/2009 at 03:30 PM in Courtroom 4 before Magistrate Judge Deborah A. Robinson. (Court Reporter Bowles Reporting.) (lm) (Entered: 10/15/2009) |
| 10/29/2009 | | | Minute Entry for proceedings held before Magistrate Judge Deborah A. Robinson: Status Conference held on 10/29/2009. (Court Reporter Bowles.) (lcdar3) (Entered: 10/30/2009) |
| 10/29/2009 | | | Status Conference set for 1/14/2010 03:30 PM in Courtroom 4 before Magistrate Judge Deborah A. Robinson. (lcdar3) (Entered: 10/30/2009) |
| 10/30/2009 | | | MINUTE ORDER by Magistrate Judge Deborah A. Robinson on 10/29/09granting 37 Motion to Stay. (lcdar3) (Entered: 10/30/2009) |
| 01/14/2010 | | | Minute Entry for proceedings held before Magistrate Judge Deborah A. Robinson: Status Conference held on 1/14/2010. Status Conference set for 1/25/2010 at 03:00 PM in Courtroom 4 before Magistrate Judge Deborah A. Robinson. (Court Reporter Bowles Reporting.) (lm, ) (Entered: 01/14/2010) |
| 01/20/2010 | 39 | | NOTICE of Appearance by Tyler J. King on behalf of BRIAN BURKE (King, Tyler) (Entered: 01/20/2010) |
| 01/25/2010 | | | Minute Entry: Status Hearing and Scheduling Conference conducted on 1/25/2010. (Court Reporter Bowles Reporting.) (lm, ) (Entered: 01/26/2010) |
| 01/25/2010 | | | MINUTE ORDER: by Magistrate Judge Deborah A. Robinson on 1/25/10. Pursuant to Rule 16(b) of the Federal Rules of the Civil Procedure and LCvR 14.4, it is ORDERED that (1) initial disclosures shall be served by no later than February 25, 2010; (2) each side is limited to no more than five depositions and 25 interrogatories; (3) Plaintiff shall designate his expert witnesses by no later than April 1, 2010, and Defendant shall designate its expert witnesses by no later than April 15, 2010; (4) all discovery, both fact and expert, shall be completed by no later than May 25, 2010; (5) all dispositive motions shall be file by no later than June 25, 2010;(6) the final pretrial conference is scheduled for 2:00 p.m. on Wednesday, November 3, 2010, and the parties shall file their pretrial statements in accordance with LCvR 16.5, and (7) trial is scheduled to commence at 9:30 a.m. on Monday December 6, 2010. (lm) (Entered: 01/26/2010) |
| 04/15/2010 | 40 | | NOTICE of Appearance by John William Lomas on behalf of RECORD PRESS, INC. (Lomas, John) (Entered: 04/15/2010) |

| | | | |
|---|---|---|---|
| | | | MINUTE ORDER by Magistrate Judge Deborah A. Robinson on 4/23/10: Granting Joint Motion to Continue Expert Discovery (Document No. 41). It is ORDERED that Plaintiff shall serve the Rule 26(a)(2) report of his expert by September 21, 2010; Defendant shall designate its expert witnesses 21 days after Plaintiff serves the Rule 26(a)(2) report of his expert; expert discovery shall close on October 29, 2010. (lcdar3) (Entered: 04/23/2010) |
| 06/11/2010 | 42 | | Joint MOTION for Protective Order by RECORD PRESS, INC. (Attachments: #1 Exhibit 1 − Proposed Protective Order)(Lomas, John) (Entered: 06/11/2010) |
| 06/21/2010 | | | MINUTE ORDER by Magistrate Judge Deborah A. Robinson on 6/21/10 granting 42 Joint Motion for Protective Order. (EW) (Entered: 06/21/2010) |
| 06/21/2010 | 43 | | PROTECTIVE ORDER: (Attachments: #1 Exhibit) Signed by Magistrate Judge Deborah A. Robinson on 6/21/10. (lm) (Entered: 06/21/2010) |
| 06/24/2010 | 44 | | MOTION for Summary Judgment by RECORD PRESS, INC. (Attachments: #1 Memorandum in Support, #2 Statement of Facts, #3 Declaration of Raymond Thomas Sullivan, #4 Declaration of John W. Lomas, Jr., #5 Exhibits 1−6 to Lomas Declaration, #6 Exhibits 7−11 to Lomas Declaration, #7 Text of Proposed Order)(Lomas, John) (Entered: 06/24/2010) |
| 07/15/2010 | 45 | | Memorandum in opposition to re 44 MOTION for Summary Judgment filed by BRIAN BURKE. (Attachments: #1 Affidavit, #2 Exhibit B, #3 Exhibit C, #4 Exhibit D, #5 Text of Proposed Order)(King, Tyler) (Entered: 07/15/2010) |
| 07/26/2010 | 46 | | REPLY to opposition to motion re 44 MOTION for Summary Judgment filed by RECORD PRESS, INC.. (Attachments: #1 Declaration of Calvin Adgerson, #2 Certificate of Service)(Lomas, John) (Entered: 07/26/2010) |
| 10/20/2010 | 47 | | PRETRIAL STATEMENT by RECORD PRESS, INC.. (Lomas, John) (Entered: 10/20/2010) |
| 10/21/2010 | | | MINUTE ORDER. It appears to the Court that the parties have consented to the referral of this case to Magistrate Judge Robinson for all purposes, including trial. If the parties have consented, the parties shall file with the Court their Consent to Proceed before Magistrate Judge Robinson for all purposes by no later than October 28, 2010. Signed by Judge Emmet G. Sullivan on October 21, 2010. (lcegs2 ) (Entered: 10/21/2010) |
| 10/27/2010 | 48 | | NOTICE of Consent to Proceed Before Magistrate by RECORD PRESS, INC. (Lomas, John) (Entered: 10/27/2010) |
| 10/27/2010 | 49 | | NOTICE Consent to Proceed Before a U.S. Magistrate Judge for All Purposes by UNITED STATES (Valdez, Darrell) (Entered: 10/27/2010) |
| 11/01/2010 | | | MINUTE ORDER. In light of the parties' consent to referral of this case to a Magistrate Judge for all purposes, the Court hereby ORDERS that the case |

| | | | |
|---|---|---|---|
| | | | Case Directly Reassigned to Magistrate Judge Deborah A. Robinson for all purposes including Trial. Judge Emmet G. Sullivan no longer assigned to the case. (ls, ) (Entered: 11/02/2010) |
| 11/02/2010 | 51 | | PRETRIAL STATEMENT by BRIAN BURKE. (King, Tyler) (Entered: 11/02/2010) |
| 11/03/2010 | | | Minute Entry for proceedings held before Magistrate Judge Deborah A. Robinson: Interim Pretrial Conference held on 11/3/2010. (EW) (Entered: 11/04/2010) |
| 11/04/2010 | 52 | | INTERIM PRETRIAL ORDER by Magistrate Judge Deborah A. Robinson on 11/4/10: In accordance with Rule 16(d) of the Federal Rules of Civil Procedure, it is ORDERED that: (1) Plaintiff shall file any motion to bifurcate liability and damages by no later than November 8, 2010;(2) no later than November 15, 2010, Plaintiff shall supplement his pretrial statement to fully comply with Local Civil Rule 16.5(1)(iv), (v) and (vii), and(3) the deadline for the filing of objections to the opposing partys pretrial statement is extended to November 22, 2010; Bench Trial set for Monday, 12/20/2010 @ 09:30 AM in Courtroom 4 before Magistrate Judge Deborah A. Robinson. (EW) (Entered: 11/04/2010) |
| 11/05/2010 | | | Set/Reset Hearing: Bench Trial reset for Tuesday, 12/21/2010 @ 09:30 AM in Courtroom 4 before Magistrate Judge Deborah A. Robinson. (EW) (Entered: 11/05/2010) |
| 11/15/2010 | 53 | | PRETRIAL STATEMENT by BRIAN BURKE. (King, Tyler) (Entered: 11/15/2010) |
| 11/22/2010 | 54 | | NOTICE of Defendant Record Press Inc.'s Rule 26(a)(3) Objections by RECORD PRESS, INC. (Lomas, John) (Entered: 11/22/2010) |
| 12/14/2010 | 55 | | PRETRIAL STATEMENT by BRIAN BURKE. (Attachments: # 1 Exhibit A)(King, Tyler) (Entered: 12/14/2010) |
| 12/15/2010 | 56 | | Emergency MOTION to Expedite *to Admit Expert and Continue Trial Date* by BRIAN BURKE (Attachments: # 1 Exhibit A − Letter from Mr. Gocial)(King, Tyler) Modified event title on 12/17/2010 (znmw, ). Added MOTION to Continue on 12/17/2010 (znmw, ). (Entered: 12/15/2010) |
| 12/16/2010 | 57 | | Memorandum in opposition to re 56 Emergency MOTION for Order *to Admit Expert and Continue Trial Date* filed by RECORD PRESS, INC.. (Lomas, John) (Entered: 12/16/2010) |
| 12/16/2010 | 58 | | MOTION to Strike 55 *Plaintiff's Second Supplemental Pre−Trial Statement and to Exclude Damages Evidence* by RECORD PRESS, INC. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Lomas, John) Modified to add link on 12/17/2010 (znmw, ). (Entered: 12/16/2010) |
| 12/16/2010 | 59 | | MOTION in Limine *To Exclude Testimony From Brian Burke Regarding* |

| | | | |
|---|---|---|---|
| | | | Memorandum in Opposition to Plaintiff's Emergency Motion for Order to Admit Expert and Continue Trial Date (Document No. 57), no later than 12/17/10 at 2:00 p.m. It is FURTHER ORDERED that Plaintiff shall file an opposition to Motion to Strike Plaintiff's Second Supplemental Pre−Trial Statement and to Exclude Damages Evidence (Document No. 58) and Motion in Limine to Exclude Testimony from Brian Burke Regarding Any Record Press Contracts with the United States Government Printing Office (Document No. 59) no later than 12/20/10 at 9:00 a.m. (lcdar3) (Entered: 12/16/2010) |
| 12/17/2010 | 60 | | REPLY to opposition to motion re 56 Emergency MOTION for Order *to Admit Expert and Continue Trial Date* filed by BRIAN BURKE. (King, Tyler) (Entered: 12/17/2010) |
| 12/17/2010 | | | MINUTE ORDER by Magistrate Judge Deborah A. Robinson on 12/17/10: It is hereby ORDERED that The Emergency MOTION to Expedite to Admit Expert and Continue Trial Date by BRIAN BURKE (Document No. 56) is GRANTED. While the undersigned finds, for the reasons offered by Defendant in its opposition, that the denial of the motion would be well within the bounds of the courts discretion, the undersigned further finds that a brief continuance would not unduly prejudice Defendant. In so ruling, the undersigned makes no finding with respect to whether or not the testimony of the proposed expert witness is admissible; indeed, such a finding would be premature, since the proposed expert has not yet prepared a report in accordance with Rule 26(a)(2)(B). Thus, it is FURTHER ORDERED that Plaintiff shall serve the 26(a)(2)(B) report of his expert by no later than January 5, 2011. Finally, it is FURTHER ORDERED that a status hearing is scheduled for 4:00 p.m. on January 6, 2011 and the trial is continued to February 14, 2011.(EW) (Entered: 12/17/2010) |
| 12/17/2010 | | | Set/Reset Hearings: Status Conference set for 1/6/2011 @ 04:00 PM in Courtroom 4 before Magistrate Judge Deborah A. Robinson; Bench Trial set for 2/14/2011 @ 09:30 AM in Courtroom 4 before Magistrate Judge Deborah A. Robinson. (EW) (Entered: 12/17/2010) |
| 12/20/2010 | 61 | | Memorandum in opposition to re 58 MOTION to Strike *Plaintiff's Second Supplemental Pre−Trial Statement and to Exclude Damages Evidence* filed by BRIAN BURKE. (King, Tyler) (Entered: 12/20/2010) |
| 12/20/2010 | 62 | | Memorandum in opposition to re 59 MOTION in Limine *To Exclude Testimony From Brian Burke Regarding Any Record Press Contracts With The United States Government Printing Office* filed by BRIAN BURKE. (King, Tyler) (Entered: 12/20/2010) |
| 12/29/2010 | 63 | | REPLY to opposition to motion re 58 MOTION to Strike *Plaintiff's Second Supplemental Pre−Trial Statement and to Exclude Damages Evidence* filed by RECORD PRESS, INC.. (Lomas, John) (Entered: 12/29/2010) |
| 12/29/2010 | 64 | | REPLY to opposition to motion re 59 MOTION in Limine *To Exclude |

| 01/04/2011 | 66 | | Memorandum in opposition to re 65 MOTION to Continue *Status Hearing* filed by RECORD PRESS, INC.. (Lomas, John) (Entered: 01/04/2011) |
|---|---|---|---|
| 01/04/2011 | 67 | | ENTERED IN ERROR.....RULE 26b4 STATEMENT. (King, Tyler) Modified on 1/5/2011 (td, ). (Entered: 01/04/2011) |
| 01/05/2011 | | | NOTICE OF ERROR re 67 Rule 26b4 Statement; emailed to tylerjayking@gmail.com, cc'd 4 associated attorneys — The PDF file you docketed contained errors: 1. Please refile document, 2. Document has been entered in error and document is not in proper format see Local Rule 5.1(f) (td, ) (Entered: 01/05/2011) |
| 01/05/2011 | | | MINUTE ORDER. Plaintiff's Motion to Continue (Document No. 65) is hereby GRANTED. Status Hearing and Hearing on Defendant's Motion to Strike Plaintiff's Second Supplemental Pre−Trial Statement and to Exclude Damages Evidence (Document No. 58) and Defendant's Motion in Limine to Exclude Testimony from Brian Burke Regarding Any Record Press Contracts With the United States Government Printing Office (Document No. 59) is continued to January 31, 2011 at 3:00 p.m. Signed by Magistrate Judge Deborah A. Robinson on 1/5/2011. (lcdar3) (Entered: 01/05/2011) |
| 01/05/2011 | | | Set/Reset Hearings: Status Conference set for 1/31/2011 03:00 PM in Courtroom 4 before Magistrate Judge Deborah A. Robinson. (lcdar3) (Entered: 01/05/2011) |
| 01/31/2011 | | | Minute Entry for proceedings held before Magistrate Judge Deborah A. Robinson: Status Conference and Hearing Motion re 58 Motion to Strike and re 59 Motion in Limine conducted on 1/31/2011. (Court Reporter Bowles Reporting.) (lm ) (Entered: 01/31/2011) |
| 02/03/2011 | | | MINUTE ORDER by Magistrate Judge Deborah A. Robinson on 1/31/11: For the reasons set forth on the record at the January 31, 2011 status hearing and hearing on Defendant's Motion to Strike (Document No. 58) and Motion in Limine (Document No. 59), it is ORDERED, for the reasons set forth on the record, and in accordance with the undersigned's rulings from the bench, that: (1) Defendant's Motion to Strike is GRANTED IN PART; with respect to the invoices which are the subject of the motion, Plaintiff, without objection, may offer the two which relate to the photocopying pursuant to his request; the remaining invoices may be offered only after Plaintiff proves his claim regarding Defendant's allegedly improper billing practice; (2) Defendant's Motion in Limine is DENIED AS MOOT; and (3) the report of Plaintiff's expert will not be stricken on the ground that it is untimely; in so ruling, the court makes no finding with respect to any objections which Defendant may interpose during the direct examination of the expert. (EW) (Entered: 02/03/2011) |
| 02/11/2011 | | | MINUTE ORDER denying Motion for Summary Judgment (Document No. 44); bench trial is set to commence on Monday, February 14, 2011 at 9:30 a.m. Signed by Magistrate Judge Deborah A. Robinson on 02/11/2011. |

| 02/14/2011 | 68 | | Exhibit List by BRIAN BURKE. (lm ) (Entered: 02/16/2011) |
|---|---|---|---|
| 02/14/2011 | 69 | | Exhibit List by RECORD PRESS, INC.. (lm ) (Entered: 02/16/2011) |
| 02/22/2011 | 70 | | Omnibus MOTION for Joinder, MOTION for CM/ECF Password, for the court to construe pleadings liberally, in limine I thru III, to add affirmative defense, MOTION for Jury Trial, MOTION to Dismiss counterclaim by BRIAN BURKE (td, ) (Entered: 02/25/2011) |
| 03/01/2011 | 71 | | TRANSCRIPT OF PROCEEDINGS before Magistrate Judge Deborah A. Robinson held on February 14, 2011 (a.m. session); Page Numbers: 1 − 92. Date of Issuance:March 1, 2011. Court Reporter/Transcriber Rebecca Stonestreet, Telephone number 202−354−3249, Court Reporter Email Address : kingreporter2@verizon.net.<P></P>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<P>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov.<P></P> Redaction Request due 3/22/2011. Redacted Transcript Deadline set for 4/1/2011. Release of Transcript Restriction set for 5/30/2011.(Stonestreet, Rebecca) (Entered: 03/01/2011) |
| 03/02/2011 | 72 | | MOTION to Dismiss *Its Counterclaim Voluntarily* by RECORD PRESS, INC. (Lomas, John) (Entered: 03/02/2011) |
| 03/02/2011 | 73 | | Memorandum in opposition to re 70 MOTION for Joinder MOTION for CM/ECF Password, for the court to construe pleadings liberally, in limine I thru III, to add affirmative defense, MOTION for Trial MOTION to Dismiss filed by RECORD PRESS, INC.. (Lomas, John) (Entered: 03/02/2011) |
| 03/10/2011 | 74 | | REPLY to opposition to motion re 72 MOTION to Dismiss *Its Counterclaim Voluntarily* filed by BRIAN BURKE. (znmw, ) (Entered: 03/10/2011) |
| 03/11/2011 | 75 | | REPLY to opposition to motion re 70 MOTION for Joinder MOTION for CM/ECF Password, for the court to construe pleadings liberally, in limine I thru III, to add affirmative defense, MOTION for Trial MOTION to Dismiss filed by BRIAN BURKE. (td, ) (Entered: 03/14/2011) |
| 03/18/2011 | 76 | | MOTION in Limine by BRIAN BURKE (Attachments: # 1 Text of Proposed Order)(rdj) (Entered: 03/21/2011) |
| 03/18/2011 | 77 | | Memorandum in opposition to re 72 MOTION to Dismiss *Its Counterclaim Voluntarily* filed by BRIAN BURKE. (rdj) (Entered: 03/21/2011) |

| | | | |
|---|---|---|---|
| | | | 1)(Lomas, John) (Entered: 03/22/2011) |
| 03/22/2011 | 79 | | ENTERED IN ERROR.....Memorandum in opposition to re 76 MOTION in Limine filed by RECORD PRESS, INC.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Text of Proposed Order)(Lomas, John) Modified on 3/23/2011 (rdj). (Entered: 03/22/2011) |
| 03/23/2011 | | | NOTICE OF CORRECTED DOCKET ENTRY: re 79 Memorandum in Opposition was entered in error at the request of counsel and counsel will refile said pleading. (rdj) (Entered: 03/23/2011) |
| 03/23/2011 | 80 | | Memorandum in opposition to re 76 MOTION in Limine filed by RECORD PRESS, INC.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Text of Proposed Order)(Lomas, John) (Entered: 03/23/2011) |
| 04/05/2011 | 82 | | MOTION in Limine/Stirke re 78 REPLY to opposition to motion re 72 MOTION to Dismiss Its Counterclaim Voluntarily, MOTION to Stipulate to Request Consolidate, MOTION for Discovery, MOTION for Oral Hearing, Motion In Limine 72 MOTION to Dismiss *Its Counterclaim Voluntarily* by BRIAN BURKE (Attachments: # 1 Text of Proposed Order)(jf, ) (Entered: 04/06/2011) |
| 04/06/2011 | 83 | | Memorandum in opposition to re 82 MOTION in Limine MOTION to Consolidate Cases MOTION for Discovery MOTION for Hearing re 78 Reply to opposition to Motion, 72 MOTION to Dismiss *Its Counterclaim Voluntarily* MOTION for Hearing re 78 Reply to opposition to Motion, 72 MOTION to Dismiss *Its Counterclaim Voluntarily* filed by RECORD PRESS, INC.. (Attachments: # 1 Text of Proposed Order)(Lomas, John) (Entered: 04/06/2011) |
| 04/11/2011 | 84 | | Civil Statement from plaintiff. (td, ) (Entered: 04/12/2011) |
| 04/20/2011 | | | NOTICE: On this date The Consent to Proceed before Magistrate form was mailed to the plaintiff for signature. Once plaintiff signs the form please forward it on to defense counsel. After all parties have signed the form please file it with the Court. Forward it by: Carol Votteler, Courtroom Deputy to Judge Emmet G. Sullivan. (clv, ) (Entered: 04/20/2011) |
| 04/21/2011 | 85 | | REPLY to opposition re 70 Omnibus MOTION for Joinder MOTION for CM/ECF Password, for the court to construe pleadings liberally, in limine I thru III, to add affirmative defense, MOTION for Trial MOTION to Dismiss filed by BRIAN BURKE. (jf, ) (Entered: 04/21/2011) |
| 04/26/2011 | 86 | | ERRATA by BRIAN BURKE 84 Civil Statement. (jf, ) (Entered: 04/27/2011) |
| 04/29/2011 | 87 | | NOTICE *of Consent to Proceed Before Magistrate* by RECORD PRESS, INC. re Notice (Other), Notice (Other) (Lomas, John) (Entered: 04/29/2011) |
| 05/03/2011 | 88 | | ORDER REFERRING CASE to a U.S. Magistrate Judge to conduct all |

| | | | |
|---|---|---|---|
| 06/29/2011 | <u>89</u> | | TRANSCRIPT OF PROCEEDINGS before Magistrate Judge Deborah A. Robinson held on February 14, 2011, a.m. session; Page Numbers: 1 − 80. Date of Issuance:June 29, 2011. Court Reporter/Transcriber Rebecca Stonestreet, Telephone number 202−354−3249, Court Reporter Email Address : kingreporter2@verizon.net.<P></P>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<P>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov.<P></P> Redaction Request due 7/20/2011. Redacted Transcript Deadline set for 7/30/2011. Release of Transcript Restriction set for 9/27/2011.(Stonestreet, Rebecca) (Entered: 06/29/2011) |
| 07/19/2011 | <u>90</u> | | TRANSCRIPT OF PROCEEDINGS before Magistrate Judge Deborah A. Robinson held on February 14, 2011(PM); Page Numbers: 1−110. Court Reporter/Transcriber Wendy Ricard, Telephone number 202−354−3111, Court Reporter Email Address : Wacricard@aol.com.<P></P>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<P>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov.<P></P> Redaction Request due 8/9/2011. Redacted Transcript Deadline set for 8/19/2011. Release of Transcript Restriction set for 10/17/2011.(Ricard, Wendy) (Entered: 07/19/2011) |
| 05/21/2013 | | | MINUTE ORDER by Magistrate Judge Deborah A. Robinson on 05/21/2013: Upon consideration of the "Omnibus Motion to Dismiss Counterclaim" (Document No. 70) filed by Plaintiff/Counterclaim Defendant; Defendant/Counterclaim Plaintiff Record Press, Inc.'s Motion to Voluntarily Dismiss its Counterclaim (Document No. 72); the memoranda in support thereof and in opposition thereto (Document Nos. 73, 74, 75, 77 and 78), and the entire record herein, it is **ORDERED**, for the reasons offered by Defendant/Counterclaim Plaintiff, that its Motion to Voluntarily Dismiss its Counterclaim <u>72</u> is hereby **GRANTED**. For the same reasons, it is **FURTHER ORDERED** that Plaintiff/Counterclaim Defendant's "Omnibus |

| | | | |
|---|---|---|---|
| | | | opposition thereto (Document Nos. 80, 83), and the entire record herein, it is **ORDERED** that both motions are **DENIED AS MOOT**. (lcdar1) (Entered: 05/21/2013) |
| 06/12/2013 | 91 | | MEMORANDUM OPINION regarding Defendant's motion for judgment on partial findings pursuant to Rule 52(c). Signed by Magistrate Judge Deborah A. Robinson on 6/12/2013. (lcdar1) (Entered: 06/12/2013) |
| 06/12/2013 | 92 | | ORDER granting Defendant's motion for judgment on partial findings pursuant to Rule 52(c). Signed by Magistrate Judge Deborah A. Robinson on 6/12/2013. (lcdar1) (Entered: 06/12/2013) |
| 06/13/2013 | 93 | | CLERK'S JUDGMENT: The Plaintiff recover nothing and the action is Dismissed on the merits. Signed by Magistrate Judge Deborah A. Robinson on 6/12/13. (lm ) (Entered: 06/13/2013) |
| 06/27/2013 | 94 | | MOTION for Attorney Fees *and Expenses* by RECORD PRESS, INC. (Attachments: # 1 Declaration of William T. O'Brien, Esq., # 2 Text of Proposed Order)(Lomas, John) (Entered: 06/27/2013) |
| 07/03/2013 | 95 | | BILL OF COSTS by RECORD PRESS, INC.. (Attachments: # 1 Itemized Transcript Costs, # 2 Witness Subpoena, # 3 Itemized Docket Fees, # 4 Certificate of Service)(Lomas, John) (Main Document 95 replaced on 7/5/2013) (td, ). (Entered: 07/03/2013) |
| 07/11/2013 | 96 | | MOTION to Alter Judgment by BRIAN BURKE (Attachments: # 1 Memorandum in Support and Affidavit of Brian Burke, # 2 Affidavit, # 3 Text of Proposed Order)(King, Tyler) (Entered: 07/11/2013) |
| 07/11/2013 | 97 | | RESPONSE re 94 MOTION for Attorney Fees *and Expenses* filed by BRIAN BURKE. (Attachments: # 1 Memorandum in Support and Affidavit of Brian Burke, # 2 Affidavit)(King, Tyler) (Entered: 07/11/2013) |
| 07/22/2013 | 98 | | Memorandum in opposition to re 96 MOTION to Alter Judgment filed by RECORD PRESS, INC.. (Attachments: # 1 Text of Proposed Order)(Lomas, John) (Entered: 07/22/2013) |
| 07/22/2013 | 99 | | REPLY to opposition to motion re 94 MOTION for Attorney Fees *and Expenses* filed by RECORD PRESS, INC.. (Lomas, John) (Entered: 07/22/2013) |
| 08/06/2013 | 100 | | REPLY to opposition to motion re 96 MOTION to Alter Judgment filed by BRIAN BURKE. (Attachments: # 1 Certificate of Service)(King, Tyler) (Entered: 08/06/2013) |
| 03/31/2014 | 101 | 20 | ORDER denying 94 Defendant Record Press, Inc.'s Motion for Attorney Fees and Expenses and denying 96 Plaintiff's Motion to Alter or Amend Judgment. Signed by Magistrate Judge Deborah A. Robinson on 3/31/2014. (lcdar1) (Entered: 03/31/2014) |
| 04/30/2014 | 102 | | ENTERED IN ERROR. . . NOTICE OF APPEAL TO THE FEDERAL |

| | | | |
|---|---|---|---|
| | | | Tyler) (Entered: 04/30/2014) |
| 05/01/2014 | 104 | | Transmission of the Notice of Appeal, Order Appealed, and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid this date4/30/14 re 102 Notice of Appeal to the Federal Circuit, 103 Amended Notice of Appeal. (td, ) (Entered: 05/01/2014) |
| 05/02/2014 | | | NOTICE OF CORRECTED DOCKET ENTRY: re 102 Notice of Appeal to the Federal Circuit was entered in error and counsel refiled said pleading as docket entry no. 103 . (td, ) (Entered: 05/02/2014) |
| 05/14/2014 | 105 | 18 | NOTICE OF CROSS APPEAL as to 101 Order on Motion for Attorney Fees, Order on Motion to Alter Judgment by RECORD PRESS, INC.. Filing fee $ 505, receipt number 0090−3715554. Fee Status: Fee Paid. Parties have been notified. (Lomas, John) (Entered: 05/14/2014) |

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

UNITED STATES ex rel.
BRIAN BURKE,
                     Plaintiff,

vs.                                          Civil Action No. 1:08-CV-00364-DAR

RECORD PRESS, INC.,

                     Defendant.

## NOTICE OF APPEAL

      Notice is hereby given that Record Press, Inc., defendant in the above named case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from that portion of the order entered in this action on March 31, 2014 (Doc. No. 101) that denied Record Press's Motion for Attorney Fees and Expenses.

May 14, 2014                          Respectfully submitted,

                                      /s/ John W. Lomas, Jr.
                                      William T. O'Brien (DC Bar No. 450891)
                                      John W. Lomas, Jr. (DC Bar No. 976555)
                                      McKENNA LONG & ALDRIDGE LLP
                                      1900 K Street, N.W.
                                      Washington, D.C.  20006
                                      Telephone:  (202) 496-7500
                                      Facsimile:  (202) 496-7756

                                      *Attorneys for Defendant Record Press, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of May, 2014 I served the foregoing Notice of

Appeal on the following by the means indicated:

**By ECF and e-mail:**

Darrell C. Valdez, Esq.
U.S. Attorney's Office
Judiciary Center Building
555 Fourth Street
Washington, DC 20530
(202) 307-2843
darrell.valdez@usdoj.gov

**By ECF, First Class Mail and e-mail**:

Tyler J. King
tyler@tylerkinglaw.com
1407 Nicholson Street, NW
Washington, DC 20011
(202) 436-2641

Brian Burke
briantburke@gmail.com
145 East 23rd Street
#4R
New York, NY 10010

   /s/ John W. Lomas, Jr.
   John W. Lomas, Jr.

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BRIAN BURKE,

            Plaintiff / Counter-Defendant,

      v.

RECORD PRESS, INC.,

            Defendant / Counter-Claimant.

Civil Action No. 08-0364
DAR

## ORDER

The Court entered judgment on partial findings in favor of Defendant Record Press, Inc. on June 13, 2013. Judgment (Document No. 93); *see also* Memorandum Opinion (Document No. 91); Order (Document No. 92). In doing so, the Court concluded that "Plaintiff's claims cannot be maintained under controlling law" and made no further findings with respect to Plaintiff's conduct in this litigation. *See* Memorandum Opinion at 8. Defendant, in moving for judgment, based its request on Plaintiff's insufficient evidentiary showing. Trial Transcript, February 14, 2011 (Document No. 90) at 108. Thereafter, Defendant moved for an award of attorneys' fees in the amount of $279,262.00, and "reasonable costs expenses" in the amount of $8,878.94. Defendant Record Press, Inc.'s Motion for Attorney Fees and Expenses (Document No. 94). Plaintiff filed a memorandum in opposition to the motion (Document No. 97), and, apparently in further response to Defendant's motion, moved to alter or amend the judgment. Plaintiff's Motion to Alter or Amend Judgment (Document No. 96). Both Plaintiff and

Upon consideration of the full extent of the written submissions, in the context of the entire record herein, the Court finds that neither request for relief is warranted under the applicable authorities.  More specifically, the Court finds that both Plaintiff and Defendant invite the Court either to undertake an entirely new course of litigation regarding issues wholly collateral to the *qui tam* action which now has been litigated and decided, *see, e.g.*, Defendant Record Press, Inc.'s Memorandum of Points and Authorities in Support of its Motion for Attorney Fees and Expenses at 13 (regarding an action for alleged discrimination brought by Plaintiff in the Southern District of New York in 2004), or to make findings with respect to ad hominum attacks on the opposing party, *see, e.g.*, Plaintiff's Motion to Alter or Amend Judgment, Exhibit 1 at 1 ("Defendant, by counsel, has misstated evidence, used misdirection, misquoted, obfuscated, etc. in order to prevail and now retaliate and destroy this blue collar whistleblowing Civil Servant financially via ruinous fines/fees.").  No construction of any federal statute or rule warrants the conclusion that the Court, under the guise of an award of fees and costs, or relief from judgment, must intervene in the ongoing animosity between the parties.  *See, e.g.*, *Slate v. Am. Broad. Cos.*, No. 09-1761, 2013 WL 6713178, at *2 (D.D.C. Dec. 20, 2013) (litigants may not use Rule 59 either to repeat unsuccessful arguments or relitigate old matters); *cf. Robertson v. Cartinhour*, 883 F. Supp. 2d 121, 125 (D.D.C. 2012) (citation omitted) (internal quotation marks omitted) (noting, in the context of a request for attorneys' fees pursuant to 28 U.S.C. § 1927, "that, to warrant such a sanction, the attorney's conduct must be *at least* reckless"), *aff'd*, No. 12-7100, 2014 WL 590507 (D.C. Cir. Jan. 22, 2014); *U.S. ex rel. J. Cooper & Assocs. v. Bernard Hodes Grp., Inc.*, 422 F. Supp. 2d 225, 238 (D.D.C. 2006) (citations

"[t]he court can only base an award of attorneys' fees and expenses 'upon a finding that the

plaintiff's action was frivolous, unreasonable, or without foundation'").  It is, therefore, hereby

**ORDERED** that both motions are **DENIED**.

It is, this 31st day of March, 2014,

**SO ORDERED**.

_____/s/_____
DEBORAH A. ROBINSON
United States Magistrate Judge