

# McKenna Long & Aldridge LLP
*Attorneys at Law*

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

*Wire Transfer Instructions*
Bank Name: SunTrust Bank
Bank Address: 25 Park Place, 26th Floor, Atlanta, GA 30303
ABA Number: 061000104
Swift Code/Bank Code: SNTRUS3A
Account Name: McKenna Long & Aldridge LLP
Account Number: ████8057

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. ████████458

Record Press, Inc.
Attn: Hugh  Wilmot
229 West 36th Street, 8th Fl.
New York, , NY 10018

Client No.: 030620              Invoice No. 610016
Matter No.: 030620.00001        Invoice Date: August 22, 2008
================================================================

    FOR PROFESSIONAL SERVICES RENDERED through July 31, 2008
    RE: QUI TAM


* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

|                        | Hours Worked | Billed Per Hour | Bill Amount |
| Name                   | ------- | --------- | ------------ |
| -----------------------|         |           |              |
| W. O'Brien             | 7.40    | 480.00    | 3,552.00     |
| L. Norrett Himes       | 2.70    | 460.00    | 1,242.00     |
| J. Johnson             | 3.70    | 220.00    | 814.00       |
| =======================| ======== | ========= | ============ |
| Total                  | 13.80   |           | 5,608.00     |

TOTAL FEES:                                   $   5,608.00

EXPENSES:

    COPY CHARGES                     1.20
    LONG DISTANCE TELEPHONE          0.36

TOTAL EXPENSES:                               $       1.56

T O T A L   T H I S   S T A T E M E N T:      $   5,609.56

DESCRIPTION OF SERVICES


07/16/08 W O'Brien     1.00 REVIEWED COMPLAINT; PREPARED CONSENT MOTION;
                            TELEPHONE CONFERENCES WITH OPPOSING COUNSEL.

07/16/08 L Norrett Him 1.40 REVIEWED DOCUMENTS AND E-MAILS REGARDING
                            CONSENT MOTION AND CONFERRED WITH MR. O'BRIEN
                            AND MS. KING REGARDING SAME.

07/17/08 W O'Brien      .50 TELEPHONE CONFERENCES WITH COURT AND OPPOSING
                            COUNSEL REGARDING CONSENT MOTION.

07/17/08 L Norrett Him 1.30 REVIEWED DOCUMENTS AND E-MAILS REGARDING
                            CONSENT MOTION AND PROPOSED ORDER; FILED
                            MOTION; CONFERRED WITH MR. O'BRIEN REGARDING
                            SAME.

07/23/08 W O'Brien     1.00 REVIEWED AND COMMENTED ON DRAFT ANSWER;
                            WORKED ON RULE 11 SANCTIONS ISSUES.

07/24/08 W O'Brien      .50 REVIEWED AND COMMENTED ON REVISED ANSWER;
                            WORKED ON RULE 11 SANCTIONS ISSUES.

07/27/08 W O'Brien     1.20 REVIEWED RULE 11 LETTER; REVIEWED DRAFT
                            ANSWER.

07/28/08 J Johnson     3.50 ASSISTED MR. O'BRIEN WITH FINAL PREPARATION OF
                            ANSWER TO COMPLAINT; CONFERRED WITH JUDGE'S LAW
                            CLERK REGARDING COURT PROTECTIVE ORDER AND
                            SEALED RECORDS; FINALIZED AND FILED ANSWER;
                            FINALIZED AND MAILED SERVICE COPIES.

07/28/08 W O'Brien     2.20 REVISED RULE 11 LETTER; REVISED AND FILED
                            ANSWER TO COMPLAINT.

07/29/08 W O'Brien      .60 CONFERRED WITH COURT REGARDING FILING OF ANSWER
                            AND SCHEDULING ISSUES.

07/30/08 J Johnson      .20 CONFERRED WITH MR. O'BRIEN REGARDING DOCUMENT
                            MANAGEMENT.

07/31/08 W O'Brien      .40 FINALIZED RULE 11 LETTER.



Albany        New York
Atlanta       Philadelphia
Brussels      San Diego
Denver        San Francisco
Los Angeles   Washington, DC

## McKenna Long
## & Aldridge LLP
Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

*Wire Transfer Instructions*
Bank Name: SunTrust Bank
Bank Address: 25 Park Place, 26th Floor, Atlanta, GA 30303
ABA Number: 061000104
Swift Code/Bank Code: SNTRUS3A
Account Name: McKenna Long & Aldridge LLP
Account Number: ████8057

```
                                    ATTORNEY-CLIENT PRIVILEGED
                                    TAX ID NO. ███████458


Record Press, Inc.
Attn: Hugh  Wilmot
229 West 36th Street, 8th Fl.
New York, , NY 10018


Client No.: 030620              Invoice No. 612105
Matter No.: 030620.00001        Invoice Date: September 8, 2008
==================================================================

     FOR PROFESSIONAL SERVICES RENDERED through August 31, 2008
     RE: QUI TAM


* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

                         Hours         Billed              Bill
Name                     Worked       Per Hour            Amount
----------------------   --------    ---------       ------------
J.G. Horan                0.20        600.00             120.00
W. O'Brien                4.20        480.00           2,016.00
J. Johnson                0.90        220.00             198.00
======================   ========    =========       ============
Total                     5.30                         2,334.00


TOTAL FEES:                                        $  2,334.00

EXPENSES:

     LONG DISTANCE TELEPHONE            2.18

TOTAL EXPENSES:                                    $      2.18

T O T A L  T H I S  S T A T E M E N T:             $  2,336.18
```

DESCRIPTION OF SERVICES

08/08/08 W O'Brien      .40 TELEPHONE CONFERENCES WITH OPPOSING COUNSEL
                           REGARDING REPLY TO RECORD PRESS INC.
                           COUNTERCLAIM AND RULE 11 SANCTIONS.

08/11/08 J Johnson      .50 UPDATED PLEADINGS INDEX AND FILE.

08/11/08 W O'Brien      .40 TELEPHONE CONFERENCES WITH OPPOSING COUNSEL;
                           REVIEWED CONSENT MOTION.

08/12/08 W O'Brien      .30 TELEPHONE CONFERENCES WITH OPPOSING COUNSEL
                           AND COURT REGARDING SCHEDULING.

08/13/08 J Johnson      .40 DOCKETED DUE DATES; CONFERRED WITH MR.
                           O'BRIEN REGARDING SAME.

08/18/08 W O'Brien      .50 FURTHER ANALYZED RULE 11 ISSUES AND ACTIONS
                           AGAINST RELATOR'S COUNSEL.

08/19/08 J Horan        .20 CONFERRED WITH MR. OBRIEN REGARDING RULE 11
                           MOTION.

08/27/08 W O'Brien     1.30 WORKED ON ISSUES FOR MEET AND CONFER WITH
                           OPPOSING COUNSEL AND STRATEGY.

08/29/08 W O'Brien     1.30 REVIEWED JUDGE SULLIVAN'S ORDERS; ATTENDED
                           FURTHER TO ISSUES REGARDING MEET AND CONFER
                           AND RULE 11.



# McKenna Long & Aldridge LLP

Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

*Wire Transfer Instructions*
Bank Name: SunTrust Bank
Bank Address: 25 Park Place, 26th Floor, Atlanta, GA 30303
ABA Number: 061000104
Swift Code/Bank Code: SNTRUS3A
Account Name: McKenna Long & Aldridge LLP
Account Number: ████8057

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. ██████458

Record Press, Inc.
Attn: Hugh  Wilmot
229 West 36th Street, 8th Fl.
New York, , NY 10018

Client No.: 030620               Invoice No. 616891
Matter No.: 030620.00001         Invoice Date: October 6, 2008
==================================================================

    FOR PROFESSIONAL SERVICES RENDERED through September 30, 2008
    RE: QUI TAM


* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
| --- | --- | --- | --- |
| J.G. Horan | 0.50 | 600.00 | 300.00 |
| W. O'Brien | 19.50 | 480.00 | 9,360.00 |
| J. Johnson | 5.60 | 220.00 | 1,232.00 |
| Total | 25.60 | | 10,892.00 |


TOTAL FEES:                                    $ 10,892.00

EXPENSES:

    COPY CHARGES                      2.40
    LONG DISTANCE TELEPHONE           1.81

TOTAL EXPENSES:                       $      4.21

T O T A L   T H I S   S T A T E M E N T :      $ 10,896.21

DESCRIPTION OF SERVICES


09/02/08 W O'Brien      .50 REVIEWED DOCUMENTS FROM 2ND CIRCUIT ACTION
                            AND CORRESPONDENCE FROM DEPARTMENT OF
                            JUSTICE.

09/04/08 W O'Brien     1.00 WORKED ON MEET AND CONFER ISSUES; TELEPHONE
                            CONFERENCES WITH OPPOSING COUNSEL.

09/05/08 W O'Brien     1.10 TELEPHONE CONFERENCES WITH OPPOSING COUNSEL;
                            REVIEWED CORREPSONDENCE.


09/08/08 W O'Brien     1.00 MEET AND CONFER WITH OPPOSING COUNSEL.

09/15/08 W O'Brien     1.70 TELEPHONE CONFERENCES WITH OPPOSING COUNSEL;
                            DRAFTED JOINT PRE-TRIAL REPORT FOR COURT;
                            DRAFTED CONSENT MOTION; TELEPHONE CONFERENCES
                            WITH MR. LEWIN REGARDING STRATEGY.

09/16/08 J Johnson      .70 REVIEWED FILING; CONFERRED REGARDING CHANGES;
                            FINALIZED AND SUBMITTED JOINT MOTION AND
                            PROPOSED ORDER; CAUSED SERVICE COPIES TO BE
                            SENT TO OPPOSING COUNSEL.

09/16/08 W O'Brien     1.40 TELEPHONE CONFERENCES WITH OPPOSING COUNSEL;
                            REVISED PRE-TRIAL REPORT FOR COURT AND CONSENT
                            MOTION; TELEPHONE CONFERENCES WITH MR. LEWIN
                            REGARDING STRATEGY FOR SANCTIONS AND
                            DISPOSITIVE MOTIONS.

09/17/08 W O'Brien     1.10 TELEPHONE CONFERENCES WITH OPPOSING COUNSEL
                            REGARDING GPO LETTER; FURTHER REVISED
                            PRE-TRIAL REPORT FOR COURT AND CONSENT
                            MOTION; TELEPHONE CONFERENCES WITH MR. LEWIN
                            REGARDING STRATEGY FOR RULE 11 AND
                            DISPOSITIVE MOTIONS.

09/18/08 W O'Brien    1.50 PREPARED CORRESPONDENCE TO OPPOSING COUNSEL;
                           TELEPHONE CONFERENCES WITH MR. LEWIN
                           REGARDING STRATEGY FOR RULE 11 AND
                           DISPOSITIVE MOTIONS.

09/19/08 W O'Brien    1.40 PREPARED ADDITIONAL CORRESPONDENCE TO OPPOSING
                           COUNSEL; NEGOTATIATED REQUIRED JOINT PRE-TRIAL
                           REPORT; TELEPHONE CONFERENCES WITH MR. LEWIN
                           REGARDING STRATEGY FOR SANCTIONS AND
                           DISPOSITIVE MOTIONS.

09/20/08 W O'Brien     .50 WORKED ON INITIAL DISCLOSURES AND JOINT
                           REPORT; E-MAILED OPPOSING COUNSEL REGARDING
                           OUTSTANDING ISSUES.

09/22/08 W O'Brien     .50 WORKED ON INITIAL DISCLOSURES AND JOINT
                           REPORT; E-MAILED OPPOSING COUNSEL REGARDING
                           OUTSTANDING ISSUES.

09/22/08 W O'Brien    2.20 REVISED INITIAL DISCLOSURES AND JOINT PRE-TRIAL
                           REPORT; CONFERRED WITH OPPOSING COUNSEL;
                           PREPARED CORRESPONDENCE TO OPPOSING COUNSEL;
                           TELEPHONE CONFERENCES WITH MR. LEWIN REGARDING
                           STRATEGY FOR SANCTIONS AND DISPOSITIVE MOTIONS.

09/23/08 J Johnson     .70 ASSISTED WITH FINALIZATION AND FILING OF
                           FINAL JOINT REPORT.

09/23/08 W O'Brien    1.60 PREPARED CORRESPONDENCE TO OPPOSING COUNSEL;
                           NEGOTIATED AND FINALIZED REQUIRED JOINT
                           PRE-TRIAL REPORT; TELEPHONE CONFERENCES WITH
                           MR. LEWIN REGARDING STRATEGY FOR RULE 11 AND
                           DISPOSITIVE MOTIONS.

09/25/08 W O'Brien    1.00 WORKED ON DISMISSAL STRATEGY.

09/25/08 J Horan       .50 REVIEWED PROPOSED MOTIONS; CONFERRED WITH MR.
                           O'BRIEN REGARDING SAME AND STRATEGY FOR
                           PROCEEDING.

09/26/08 J Johnson    3.10 ASSISTED WITH REVIEW AND PREPARATION OF
                           MOTION FOR SUMMARY JUDGMENT, DECLARATION,
                           EXHIBITS, CORPORATE DISCLOSURE, AND PROPOSED
                           ORDER.

09/26/08 W O'Brien     1.10 WORKED ON DECLARATIONS AND CONTINUED WORKING ON
                            SUMMARY JUDGMENT AND SANCTIONS MOTIONS.

09/29/08 W O'Brien     1.00 CONTINUED WORKING ON JUDGMENT AND SANCTIONS
                            MOTIONS.

09/30/08 J Johnson     1.10 CONTINUED WORK ON REVIEW OF DOCUMENTS FOR
                            FILING OF MOTION FOR SUMMARY JUDGMENT.

09/30/08 W O'Brien      .90 CONTINUED REVISING SUMMARY JUDGMENT AND
                            SANCTIONS MOTIONS.



# McKenna Long & Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

*Wire Transfer Instructions*
Bank Name: SunTrust Bank
Bank Address: 25 Park Place, 26th Floor, Atlanta, GA 30303
ABA Number: 061000104
Swift Code/Bank Code: SNTRUS3A
Account Name: McKenna Long & Aldridge LLP
Account Number: ████8057

```
                              ATTORNEY-CLIENT PRIVILEGED
                              TAX ID NO.  ███████458


     Record Press, Inc.
     Attn: Hugh  Wilmot
     229 West 36th Street, 8th Fl.
     New York, , NY 10018


     Client No.: 030620           Invoice No. 622873
     Matter No.: 030620.00001     Invoice Date: November 10, 2008
     ================================================================

          FOR PROFESSIONAL SERVICES RENDERED through October 31, 2008
          RE: QUI TAM


     * * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

                              Hours          Billed              Bill
     Name                     Worked       Per Hour            Amount
     ---------------------    --------     ---------        ------------
     J.G. Horan                 0.30        600.00              180.00
     W. O'Brien                10.00        480.00            4,800.00
     T.K. Halloran              0.40        390.00              156.00
     J. Johnson                13.90        220.00            3,058.00
     =====================    ========     =========        ============
     Total                     24.60                         8,194.00


     TOTAL FEES:                                        $   8,194.00

     EXPENSES:

          COPY CHARGES                     38.70
          DELIVERY SERVICE/MESSENGER      137.35
          LONG DISTANCE TELEPHONE          22.12
          PACER SEARCHES                    5.76

     TOTAL EXPENSES:                                    $    203.93

     T O T A L   T H I S   S T A T E M E N T:           $   8,397.93
```

DESCRIPTION OF SERVICES


10/01/08 J Johnson      2.60 REVISED, FINALIZED AND FILED MOTION FOR
                             SUMMARY JUDGMENT AND SUPPORTING DOCUMENTS;
                             FINALIZED AND FILED CORPORATE DISCLOSURE
                             STATEMENT.

10/01/08 W O'Brien       .50 FINALIZED SUMMARY JUDGMENT MOTION, MEMORANDA
                             AND SUPPORTING DOCUMENTATION.


10/02/08 J Johnson      2.10 RESUBMITTED CORPORATE DISCLOSURE FILING AT
                             REQUEST OF COURT; CONFERRED REGARDING RULE 11
                             FILING; REVIEWED AND REVISED DRAFT MOTION AND
                             DECLARATION.

10/02/08 W O'Brien       .70 REVISED R. 11 MOTION AND MEMORANDUM;
                             CORRESPONDENCE.


10/03/08 J Johnson      1.20 REVISED DOCUMENTS FOR FILING OF RULE 11
                             MOTION.

10/03/08 W O'Brien       .60 REVISED R. 11 MOTION AND MEMORANDUM;
                             CORRESPONDENCE.


10/04/08 J Johnson       .40 FINALIZED EXHIBITS FOR LEWIN DECLARATION.

10/06/08 J Johnson      2.10 REVISED, FINALIZED, AND SERVED RULE 11 MOTION
                             WITH ALL EXHIBITS AND DECLARATIONS ATTACHED.

10/06/08 W O'Brien       .90 FINALIZED SANCTIONS MOTION AND MEMORANDUM;
                             FINALIZED CORRESPONDENCE TO OPPOSING COUNSEL.


10/10/08 W O'Brien       .40 REVIEWED CORRESPONDENCE FROM OPPOSING COUNSEL
                             RE: SANCTIONS; ANALYZED SUMMARY JUDGMENT
                             ISSUES.

10/14/08 W O'Brien      .90 TELEPHONE CONFERENCES WITH ASSISTANT U.S.
                            ATTORNEY REGARDING PLAINTIFF'S REQUEST FOR
                            DEPOSITIONS AND SUMMARY JUDGMENT ISSUES;
                            REVIEWED OPPOSITION TO SUMMARY JUDGMENT
                            PAPERS.

10/15/08 W O'Brien      .80 TELEPHONE CONFERENCES WITH ASSISTANT U.S.
                            ATTORNEY REGARDING PLAINTIFF'S REQUEST FOR
                            DEPOSITIONS AND SUMMARY JUDGMENT ISSUES;
                            FURTHER ANALYZED OPPOSITION TO SUMMARY
                            JUDGMENT PAPERS  AND DISMISSAL STRATEGY.

10/16/08 W O'Brien      .60 WORKED ON SUMMARY JUDGMENT REPLY BRIEF
                            ISSUES.

10/16/08 J Horan        .30 CONFERRED WITH MR. O'BRIEN REGARDING STATUS
                            AND STRATEGY FOR PROCEEDING.

10/17/08 W O'Brien      .50 WORKED ON SUMMARY JUDGMENT REPLY BRIEF
                            ISSUES.

10/20/08 T Halloran     .40 CONDUCTED RESEARCH REGARDING EXTENSIONS OF
                            TIME TO RESPOND BASED ON METHOD OF SERVICE
                            USED BY OPPOSING COUNSEL; CONFERRED WITH J.
                            HORAN REGARDING SAME.

10/21/08 W O'Brien      .50 WORKED ON REPLY TO OPPOSITION TO SUMMARY
                            JUDGMENT.

10/22/08 W O'Brien      .40 CONTINUED WORKING ON REPLY TO OPPOSITION TO
                            SUMMARY JUDGMENT.

10/23/08 W O'Brien      .50 CONTINUED WORKING ON REPLY TO OPPOSITION TO
                            SUMMARY JUDGMENT.

10/24/08 J Johnson     3.10 REVISED, FINALIZED AND FILED REPLY TO
                            OPPOSITION TO MOTION FOR SUMMARY JUDGMENT.

10/24/08 W O'Brien     1.20 CONTINUED WORKING ON REPLY TO OPPOSITION TO
                            SUMMARY JUDGMENT.

10/27/08 J Johnson     1.50 FINALIZED AND FILED CORRECTED MOTION;
                            CONFERRED WITH CLERK OF COURT REGARDING
                            FILING REQUIREMENTS.

10/27/08 W O'Brien       .50 WORKED ON REPLY TO OPPOSITION TO SUMMARY
                             JUDGMENT.

10/28/08 W O'Brien       .50 TELEPHONE CONFERENCES WITH OPPOSING COUNSEL.

10/29/08 J Johnson       .40 UPDATED FILES AND RECORDS.

10/29/08 W O'Brien       .50 TELEPHONE CONFERENCES WITH OPPOSING COUNSEL;
                             PREPARED CONSENT MOTION.

10/30/08 J Johnson       .50 UPDATED PLEADINGS INDEX.



# McKenna Long
# & Aldridge LLP

Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

*Wire Transfer Instructions*
Bank Name: SunTrust Bank
Bank Address: 25 Park Place, 26th Floor, Atlanta, GA 30303
ABA Number: 061000104
Swift Code/Bank Code: SNTRUS3A
Account Name: McKenna Long & Aldridge LLP
Account Number: ███████8057

```
                                        ATTORNEY-CLIENT PRIVILEGED
                                        TAX ID NO. ████████458


      Record Press, Inc.
      Attn: Hugh  Wilmot
      229 West 36th Street, 8th Fl.
      New York, , NY 10018


      Client No.: 030620              Invoice No. 626595
      Matter No.: 030620.00001        Invoice Date: December 1, 2008
      ================================================================

         FOR PROFESSIONAL SERVICES RENDERED through November 28, 2008
         RE: QUI TAM


      * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *
```

|  Name | Hours Worked | Billed Per Hour | Bill Amount |
|-------|--------:|----------:|------------:|
| W. O'Brien | 7.10 | 480.00 | 3,408.00 |
| T.K. Eberhart | 3.50 | 230.00 | 805.00 |
| J. Johnson | 0.50 | 220.00 | 110.00 |
| V.T. Lam | 1.30 | 210.00 | 273.00 |
| Total | 12.40 | | 4,596.00 |

```
      TOTAL FEES:                              $  4,596.00

      EXPENSES:

         COPY CHARGES                     0.45
         LONG DISTANCE TELEPHONE          6.16
         OTHER                           18.00

      TOTAL EXPENSES:                          $     24.61

      T O T A L   T H I S   S T A T E M E N T:   $  4,620.61
```

DESCRIPTION OF SERVICES


11/07/08 W O'Brien      .50 REVIEWED SURREPLY.

11/10/08 W O'Brien      .50 TELEPHONE CONFERENCES WITH ASSISTANT US
                            ATTORNEY VALDEZ REGARDING STATUS OF MATTER
                            AND SUMMARY JUDGMENT; WORKED ON STRATEGY.

11/11/08 W O'Brien      .40 TELEPHONE CONFERENCES WITH LATISHA PHILLIPS
                            REGARDING OPPOSITION.

11/12/08 W O'Brien      .50 WORKED ON OPPOSITION TO MOTION TO STRIKE.

11/13/08 W O'Brien      .40 WORKED FURTHER ON OPPOSITION TO MOTION TO
                            STRIKE.

11/14/08 J Johnson      .50 ASSISTED WITH FILING.

11/14/08 W O'Brien     1.00 FINALIZED OPPOSITION TO MOTION TO STRIKE.

11/14/08 T Eberhart    1.10 WORKING ON PREPARING DOCUMENT FOR FILING,
                            CITE CHECKING AND ELECTRONICALLY FILING
                            OPPOSITION WITH USDC FOR THE DISTRICT OF
                            COLUMBIA PER REQUEST FROM W. O'BRIEN.

11/19/08 W O'Brien      .80 TELEPHONE CONFERENCES WITH AUSA.

11/20/08 W O'Brien      .50 TELEPHONE CONFERENCES WITH MR. LEWIN
                            REGARDING STRATEGY; PREPARED CORRESPONDENCE
                            TO OPPOSING COUNSEL.

11/21/08 W O'Brien      .40 REVIEWED RESPONSES OF PLAINTIFF TO
                            OBJECTIONS.

11/24/08 W O'Brien      .30 TELEPHONE CONFERENCES WITH AUSA.

11/25/08 W O'Brien      .60 WORKED ON RULE 11 MOTION.

11/25/08 T Eberhart    2.40 WORKED ON FACT AND CITE CHECKING OF RULE 11
                            MEMORANDUM AND REVIEWED SUPPORTING
                            DECLARATION AND EXHIBITS IN PREPARATION FOR
                            FILING.

11/26/08 W O'Brien     1.20 FINALIZED RULE 11 MOTION.

11/26/08 V Lam         1.30 REVIEWED PREVIOUSLY FILED MOTION FOR SUMMARY
                            JUDGMENT, MOTION FOR SANCTIONS PURSUANT TO
                            RULE 11 AND EXHIBITS PER MR. O'BRIEN;
                            PROVIDED REVISIONS REGARDING SAME.



## McKenna Long
## & Aldridge LLP
Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

*Wire Transfer Instructions*
Bank Name: SunTrust Bank
Bank Address: 25 Park Place, 26th Floor, Atlanta, GA 30303
ABA Number: 061000104
Swift Code/Bank Code: SNTRUS3A
Account Name: McKenna Long & Aldridge LLP
Account Number: ███8057

```
                                    ATTORNEY-CLIENT PRIVILEGED
                                    TAX ID NO. ███████458


Record Press, Inc.
Attn: Hugh  Wilmot
229 West 36th Street, 8th Fl.
New York, , NY 10018


Client No.: 030620              Invoice No. 632021
Matter No.: 030620.00001        Invoice Date: January 13, 2009
==================================================================

    FOR PROFESSIONAL SERVICES RENDERED through December 31, 2008
    RE: QUI TAM


* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

                        Hours           Billed            Bill
Name                    Worked        Per Hour          Amount
----------------------  --------      ---------     ------------
W. O'Brien                4.50           480.00         2,160.00
T.K. Eberhart             5.00           230.00         1,150.00
V.T. Lam                  2.20           210.00           462.00
======================  ========      =========     ============
Total                    11.70                         3,772.00


TOTAL FEES:                                       $   3,772.00


EXPENSES:

    COPY CHARGES                       79.35
    DELIVERY SERVICE/MESSENGER         13.00
    LEXIS SEARCHES                    198.57
    LOCAL TRAVEL                       20.00
    LONG DISTANCE TELEPHONE             5.80
    PACER SEARCHES                     21.04

TOTAL EXPENSES:                                   $    337.76

T O T A L   T H I S   S T A T E M E N T :         $  4,109.76
```

DESCRIPTION OF SERVICES

12/01/08 W O'Brien      .50 WORKED ON DISMISSAL STRATEGY.

12/01/08 V Lam         .30 REDATED FOR ELECTRONIC FILING MOTION FOR
                           SANCTIONS PURSUANT TO RULE 11 AND OTHER
                           DOCUMENTS RELATING TO MOTION; PREPARED
                           DOCUMENTS FOR SUBMISSION TO JUDGES CHAMBERS
                           VIA COURIER AND SERVICE VIA FIRST CLASS MAIL.

12/02/08 W O'Brien     .50 TELEPHONE CONFERENCES WITH AUSA VALDEZ.

12/03/08 W O'Brien     .50 TELEPHONE CONFERENCES WITH AUSA VALDEZ.

12/03/08 V Lam         .60 TELECONFERENCE WITH MR. O'BRIEN REGARDING
                           MOTION FOR SANCTIONS PURSUANT TO RULE 11 AND
                           OTHER DOCUMENTS RELATING TO MOTION; REDATED
                           AND PREPARED DOCUMENTS FOR FILING, SUBMISSION
                           TO JUDGES CHAMBERS VIA COURIER AND SERVICE
                           VIA FIRST CLASS MAIL.

12/04/08 W O'Brien     .50 FINALIZED AND FILED RULE 11 MOTION.

12/04/08 V Lam        1.20 REVIEWED MOTION FOR SANCTIONS PURSUANT TO
                           RULE 11 AND OTHER DOCUMENTS RELATING TO
                           MOTION ███████████████████████████████
                           ████████; FILED MOTION AND SUPPORTING DOCUMENT
                           VIA ECF WITH U.S. DISTRICT COURT FOR D.C.;
                           SUBMITTED COURTESY COPY OF FILING TO JUDGES
                           CHAMBERS VIA COURIER AND SERVICED U.S.
                           ATTORNEY'S OFFICE AND OPPOSING COUNSEL VIA
                           FIRST CLASS MAIL AND/OR EMAIL.

12/05/08 V Lam         .10 FORWARDED DOCUMENTS AS FILED TO JACK HORAN
                           PER MR. O'BRIEN.

12/15/08 T Eberhart      1.10  REVIEWED LOCAL RULES 83.2(D), DRAFTED MOTION
                               AND DECLARATION FOR PRO HAC VICE APPEARANCE
                               FOR MALCOLM LEWIN AND FORWARDED DRAFT ALONG
                               WITH EMAIL DETAILING ADDITIONAL INFORMATION
                               NEEDED TO W. O'BRIEN.

12/19/08 T Eberhart      1.10  REVIEWED COURT DOCKET, DOWLOADED AND
                               FORWARDED OPPOSITION TO MOTION FOR SANCTIONS
                               TO M. LEWIN, DISTRIBUTED SAME INTERNALLY,
                               CALCULATED REPLY DUE DATE AND SENT SECOND
                               EMAIL TO M. LEWIN.

12/22/08 W O'Brien       1.20  REVIEWED OPPOSITION PAPERS; WORKED ON REPLY
                               BRIEF ISSUES.

12/23/08 W O'Brien       1.30  WORKED ON REPLY BRIEF ISSUES; REVIEWED
                               CORRESPONDENCE.

12/24/08 T Eberhart      2.80  WORKED ON INDEXING PLEADINGS AND COMPILING
                               COURT FILED VERSIONS FOR ORIGINAL PLEADINGS
                               BINDER, PHONE CALLS WITH W. O'BRIEN AND L.
                               THOMAS TO RECEIVE INSTRUCTIONS ON FILING
                               REPLY TO OPPOSITION TO RECORD PRESS MOTION
                               FOR SANCTIONS AND FILED AND SERVED RECORD
                               PRESS REPLY TO BURKE'S OPPOSITION TO THE
                               MOTION FOR SANCTIONS.



Albany     New York

Atlanta     Philadelphia

Brussels     San Diego

Denver     San Francisco

Los Angeles     Washington, DC

Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

*Wire Transfer Instructions*
Bank Name: SunTrust Bank
Bank Address: 25 Park Place, 26th Floor, Atlanta, GA 30303
ABA Number: 061000104
Swift Code/Bank Code: SNTRUS3A
Account Name: McKenna Long & Aldridge LLP
Account Number: ▆▆▆8057

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. ▆▆▆▆▆458

Record Press, Inc.
Attn: Hugh  Wilmot
229 West 36th Street, 8th Fl.
New York, , NY 10018

Client No.: 030620        Invoice No. 636815
Matter No.: 030620.00001     Invoice Date: February 11, 2009
==================================================================

    FOR PROFESSIONAL SERVICES RENDERED through January 31, 2009
    RE: QUI TAM

EXPENSES:

    COPY CHARGES                  4.95
    DELIVERY SERVICE/MESSENGER      13.00

TOTAL EXPENSES:                   $     17.95

T O T A L   T H I S   S T A T E M E N T:      $     17.95



# McKenna Long
# & Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

*Wire Transfer Instructions*
Bank Name: SunTrust Bank
Bank Address: 25 Park Place, 26th Floor, Atlanta, GA 30303
ABA Number: 061000104
Swift Code/Bank Code: SNTRUS3A
Account Name: McKenna Long & Aldridge LLP
Account Number: ███8057

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. ███████458

Record Press, Inc.
Attn: Hugh Wilmot
229 West 36th Street, 8th Fl.
New York, , NY 10018

Client No.: 030620                Invoice No. 641320
Matter No.: 030620.00001          Invoice Date: March 12, 2009
=================================================================

    FOR PROFESSIONAL SERVICES RENDERED through February 28, 2009
    RE: QUI TAM

EXPENSES:

    LEXIS SEARCHES                          70.60

TOTAL EXPENSES:                              $      70.60

T O T A L   T H I S   S T A T E M E N T:     $      70.60

Albany          New York

Atlanta         Philadelphia

Brussels        San Diego

Denver          San Francisco

Los Angeles     Washington, DC



# McKenna Long
## & Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

*Wire Transfer Instructions*
Bank Name: SunTrust Bank
Bank Address: 25 Park Place, 26th Floor, Atlanta, GA 30303
ABA Number: 061000104
Swift Code/Bank Code: SNTRUS3A
Account Name: McKenna Long & Aldridge LLP
Account Number: ████8057

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. ████████458

Record Press, Inc.
Attn: Hugh  Wilmot
229 West 36th Street, 8th Fl.
New York, , NY 10018

Client No.: 030620              Invoice No. 659905
Matter No.: 030620.00001        Invoice Date: July 6, 2009
===================================================================

        FOR PROFESSIONAL SERVICES RENDERED through June 30, 2009
        RE: QUI TAM

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
| --- | --- | --- | --- |
| J.G. Horan | 4.80 | 630.00 | 3,024.00 |
| W. O'Brien | 8.10 | 505.00 | 4,090.50 |
| T.K. Eberhart | 5.60 | 240.00 | 1,344.00 |
| V.T. Lam | 0.20 | 220.00 | 44.00 |
| Total | 18.70 | | 8,502.50 |

TOTAL FEES:                               $  8,502.50

EXPENSES:

        COPY CHARGES                      22.20
        DELIVERY SERVICE/MESSENGER         6.50
        LONG DISTANCE TELEPHONE            0.36
        PACER SEARCHES                    13.44
        WESTLAW RESEARCH                 359.77

TOTAL EXPENSES:                           $    402.27

T O T A L   T H I S   S T A T E M E N T :   $  8,904.77

DESCRIPTION OF SERVICES

06/02/09 T Eberhart     .50 DOWNLOADED AND FORWARDED MOTION FOR DISCOVERY
                            PURSUANT TO RULE 56(F) TO M. LEWIN.

06/03/09 W O'Brien      .60 ANALYZED MOTION FOR DISCOVERY; CONFERRED WITH
                            MR. LEWIN ON STRATEGY.

06/08/09 W O'Brien     1.00 WORKED ON OPPOSITION TO MOTION FOR DISCOVERY.

06/09/09 W O'Brien      .50 ANALYZED CASELAW; FINALIZED OPPOSITION TO
                            MOTION FOR DISCOVERY.

06/09/09 J Horan        .20 REVIEWED OPPOSITION TO DISCOVERY.

06/09/09 T Eberhart    5.10 CITE CHECKED AND SHEPARDIZED CASES, CONFIRMED
                            RECORD CITES, REVIEWED AND CONFIRMED EDITS,
                            COMPLETED POINT BY POINT ARGUMENT REVIEW AND
                            FORMATTED OPPOSITION TO PLAINTIFF'S MOTION
                            FOR DISCOVERY PURSUANT TO RULE 56(F).

06/12/09 V Lam          .20 RECEIVED PLAINTIFF'S REPLY IN SUPPORT OF MOTION
                            FOR LEAVE TO TAKE DISCOVERY AND PREPARED
                            ELECTRONIC COPY OF SAME PER MR. O'BRIEN.

06/23/09 W O'Brien     2.50 PREPARED FOR MOTIONS HEARING.

06/23/09 J Horan       1.10 REVIEWED MOTIONS; CONFERRED WITH MR. O'BRIEN
                            REGARDING HEARING.

06/24/09 W O'Brien     3.50 PREPARED FOR AND ARGUED MOTIONS BEFORE JUDGE
                            ROBINSON.

06/24/09 J Horan       3.50 ATTENDED MOTIONS HEARING; CONFERRED WITH
                            RELATOR'S COUNSEL REGARDING DISCOVERY AND
                            SETTLEMENT.



# McKenna Long
# & Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

*Wire Transfer Instructions*
Bank Name: SunTrust Bank
Bank Address: 25 Park Place, 26th Floor, Atlanta, GA 30303
ABA Number: 061000104
Swift Code/Bank Code: SNTRUS3A
Account Name: McKenna Long & Aldridge LLP
Account Number: ████8057

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. ████████458

Record Press, Inc.
Attn: Hugh  Wilmot
229 West 36th Street, 8th Fl.
New York, , NY 10018

Client No.: 030620        Invoice No. 665684
Matter No.: 030620.00001      Invoice Date: August 11, 2009
==================================================================

    FOR PROFESSIONAL SERVICES RENDERED through July 31, 2009
    RE: QUI TAM

EXPENSES:

    COPY CHARGES             10.20
    LEXIS SEARCHES         150.27
    LOCAL TRAVEL            42.76
    LONG DISTANCE TELEPHONE    3.63

TOTAL EXPENSES:                   $   206.86

T O T A L   T H I S   S T A T E M E N T :    $   206.86

| | |
|---|---|
| Albany | New York |
| Atlanta | Philadelphia |
| Brussels | San Diego |
| Denver | San Francisco |
| Los Angeles | Washington, DC |



# McKenna Long
# & Aldridge LLP

Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

*Wire Transfer Instructions*
Bank Name: SunTrust Bank
Bank Address: 25 Park Place, 26th Floor, Atlanta, GA 30303
ABA Number: 061000104
Swift Code/Bank Code: SNTRUS3A
Account Name: McKenna Long & Aldridge LLP
Account Number: ■■■■8057

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. ■■■■■■458

Record Press, Inc.
Attn: Hugh  Wilmot
229 West 36th Street, 8th Fl.
New York, , NY 10018

Client No.: 030620                 Invoice No. 670033
Matter No.: 030620.00001           Invoice Date: September 8, 2009
===================================================================

    FOR PROFESSIONAL SERVICES RENDERED through August 31, 2009
    RE: QUI TAM

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| W. O'Brien | 1.00 | 505.00 | 505.00 |
| Total | 1.00 | | 505.00 |

TOTAL FEES:                                    $    505.00

EXPENSES:

    LONG DISTANCE TELEPHONE            2.90

TOTAL EXPENSES:                                $      2.90

T O T A L   T H I S   S T A T E M E N T :      $    507.90

DESCRIPTION OF SERVICES

08/13/09 W O'Brien      .30 TELEPHONE CONFERENCES WITH ASSISTANT US
                           ATTORNEY VALDEZ REGARDING GPO MEETING.

08/14/09 W O'Brien      .30 TELEPHONE CONFERENCES WITH OPPOSING COUNSEL
                           AND ASSISTANT US ATTORNEY VALDEZ REGARDING
                           GPO MEETING.

08/17/09 W O'Brien      .40 TELEPHONE CONFERENCES WITH OPPOSING COUNSEL
                           AND ASSISTANT US ATTORNEY VALDEZ REGARDING
                           GPO MEETING.



# McKenna Long
# & Aldridge LLP
### Attorneys at Law

| | |
|---|---|
| Albany | New York |
| Atlanta | Philadelphia |
| Brussels | San Diego |
| Denver | San Francisco |
| Los Angeles | Washington, DC |

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

*Wire Transfer Instructions*
Bank Name: SunTrust Bank
Bank Address: 25 Park Place, 26th Floor, Atlanta, GA 30303
ABA Number: 061000104
Swift Code/Bank Code: SNTRUS3A
Account Name: McKenna Long & Aldridge LLP
Account Number: ████8057

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. ████████458

Record Press, Inc.
Attn: Hugh  Wilmot
229 West 36th Street, 8th Fl.
New York, , NY 10018


Client No.: 030620                Invoice No. 673917
Matter No.: 030620.00001          Invoice Date: October 5, 2009
=====================================================================

    FOR PROFESSIONAL SERVICES RENDERED through September 30, 2009
    RE: QUI TAM


* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| J.G. Horan | 2.30 | 630.00 | 1,449.00 |
| W. O'Brien | 3.10 | 505.00 | 1,565.50 |
| T.K. Eberhart | 1.10 | 240.00 | 264.00 |
| Total | 6.50 | | 3,278.50 |


TOTAL FEES:                                    $  3,278.50

EXPENSES:

    LOCAL TRAVEL                     19.00
    LONG DISTANCE TELEPHONE           1.81

TOTAL EXPENSES:                                $     20.81

T O T A L   T H I S   S T A T E M E N T :      $  3,299.31

DESCRIPTION OF SERVICES

09/21/09 W O'Brien     2.50 MET WITH ASSISTANT U.S. ATTORNEY VALDEZ, GPO
                            COUNSEL, WITNESSES AND OPPOSING COUNSEL
                            REGARDING SETTLEMENT AND DISMISSAL.

09/21/09 J Horan       2.30 PREPARED FOR SETTLEMENT CONFERENCE; ATTEND
                            SETTLEMENT CONFERENCE WITH PLAINTIFF AND
                            GOVERNMENT AND MR. O'BRIEN.

09/22/09 W O'Brien      .30 CONFERRED WITH OPPOSING COUNSEL REGARDING
                            SETTLEMENT.

09/22/09 T Eberhart    1.10 DRAFTED CONSENT MOTION AND PROPOSED ORDER TO
                            CONTINUE STATUS CONFERENCE HEARING, EDITED
                            SAME, FILED WITH COURT AND EXECUTED SERVICE
                            COPIES.

09/23/09 W O'Brien      .30 CONFERRED WITH OPPOSING COUNSEL REGARDING
                            SETTLEMENT.



# McKenna Long
## & Aldridge LLP
Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

*Wire Transfer Instructions*
Bank Name: SunTrust Bank
Bank Address: 25 Park Place, 26th Floor, Atlanta, GA 30303
ABA Number: 061000104
Swift Code/Bank Code: SNTRUS3A
Account Name: McKenna Long & Aldridge LLP
Account Number: ████8057

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. ████████458

Record Press, Inc.
Attn: Hugh  Wilmot
229 West 36th Street, 8th Fl.
New York, , NY 10018


Client No.: 030620              Invoice No. 678716
Matter No.: 030620.00001        Invoice Date: November 5, 2009
==================================================================

    FOR PROFESSIONAL SERVICES RENDERED through October 31, 2009
    RE: QUI TAM


* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

|                        | Hours  | Billed   | Bill       |
| Name                   | Worked | Per Hour | Amount     |
| ---------------------- | -------- | --------- | ------------ |
| W. O'Brien             | 7.90   | 505.00   | 3,989.50   |
| T.K. Eberhart          | 1.30   | 240.00   | 312.00     |
| ====================== | ======== | ========= | ============ |
| Total                  | 9.20   |          | 4,301.50   |


TOTAL FEES:                                   $  4,301.50

EXPENSES:

    COPY CHARGES                    1.80
    LONG DISTANCE TELEPHONE         2.53

TOTAL EXPENSES:                               $      4.33

T O T A L   T H I S   S T A T E M E N T :     $  4,305.83

DESCRIPTION OF SERVICES

10/06/09 W O'Brien      .40 CONFERRED WITH OPPOSING COUNSEL REGARDING
                            DISMISSAL, WITHDRAWAL.

10/07/09 W O'Brien      .30 CONFERRED WITH OPPOSING COUNSEL REGARDING
                            DISMISSAL, WITHDRAWAL; CONFERRED WITH
                            ASSISTANT US ATTORNEY.

10/08/09 W O'Brien      .30 REVISED MOTIONS FOR FILING.

10/09/09 W O'Brien      .20 FILED OBJECTIONS.

10/09/09 T Eberhart    1.30 DRAFTED, FILED AND SERVED OPPOSITION TO
                            MOTION TO WITHDRAW AND FOR A CONTINUANCE PER
                            REQUEST FROM W. O'BRIAN.

10/13/09 W O'Brien      .20 TELEPHONE CONFERENCES WITH COURT AND OPPOSING
                            COUNSEL.

10/14/09 W O'Brien      .60 TELEPHONE CONFERENCES WITH COURT AND OPPOSING
                            COUNSEL; PREPARED FOR HEARING.

10/15/09 W O'Brien     2.20 APPEARED BEFORE JUDGE ROBINSON FOR STATUS
                            CONFERENCE; CONFERRED WITH AUSA VALDEZ
                            REGARDING DISMISSAL STRATEGY; CONFERRED WITH
                            OPPOSING COUNSEL.

10/28/09 W O'Brien     1.10 DRAFTED DECLARATION; PREPARED FOR HEARING.

10/29/09 W O'Brien     1.80 APPEARED BEFORE JUDGE ROBINSON FOR STATUS
                            CONFERENCE AND ARGUMENT; CONFERRED WITH
                            ASSISTANT US ATTORNEY REGARDING DECLARATION
                            FOR DISMISSAL AND STRATEGY; REVISED
                            DECLARATION.

10/30/09 W O'Brien      .80 REVISED DECLARATION IN SUPPORT OF DISMISSAL;
                            CONFERRED WITH ASSISTANT U.S. ATTORNEY
                            REGARDING SAME.

Albany　　　New York
Atlanta　　　Philadelphia
Brussels　　　San Diego
Denver　　　San Francisco
Los Angeles　Washington, DC



# McKenna Long
# & Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Wire Transfer Instructions
Bank Name: SunTrust Bank
Bank Address: 25 Park Place, 26th Floor, Atlanta, GA 30303
ABA Number: 061000104
Swift Code/Bank Code: SNTRUS3A
Account Name: McKenna Long & Aldridge LLP
Account Number: ■■■8057

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. ■■■■■458

Record Press, Inc.
Attn: Hugh  Wilmot
229 West 36th Street, 8th Fl.
New York, , NY 10018

Client No.: 030620                Invoice No. 682467
Matter No.: 030620.00001          Invoice Date: December 2, 2009
====================================================================

      FOR PROFESSIONAL SERVICES RENDERED through November 30, 2009
      RE: QUI TAM

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

|                        | Hours Worked | Billed Per Hour | Bill Amount |
|------------------------|--------------|-----------------|-------------|
| Name                   |              |                 |             |
| W. O'Brien             | 2.10         | 505.00          | 1,060.50    |
| Total                  | 2.10         |                 | 1,060.50    |

TOTAL FEES:                                   $  1,060.50

EXPENSES:

      COPY CHARGES                   1.50
      LOCAL TRAVEL                  28.25

TOTAL EXPENSES:                               $    29.75

T O T A L   T H I S   S T A T E M E N T:      $  1,090.25

DESCRIPTION OF SERVICES

11/24/09 W O'Brien     1.00 WORKED ON AFFIDAVITS FOR DISMISSAL.

11/30/09 W O'Brien     1.10 CONFERRED WITH ASSISTANT US ATTORNEY REGARDING
                            DISMISSAL STRATEGY; REVISED AFFIDAVIT FOR
                            DISMISSAL.



# McKenna Long
# & Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Wire Transfer Instructions
Bank Name: SunTrust Bank
Bank Address: 25 Park Place, 26th Floor, Atlanta, GA 30303
ABA Number: 061000104
Swift Code/Bank Code: SNTRUS3A
Account Name: McKenna Long & Aldridge LLP
Account Number: ███8057

```
                                        ATTORNEY-CLIENT PRIVILEGED
                                        TAX ID NO. ███████458


Record Press, Inc.
Attn: Hugh  Wilmot
229 West 36th Street, 8th Fl.
New York, , NY 10018


Client No.: 030620              Invoice No. 691985
Matter No.: 030620.00001        Invoice Date: February 12, 2010
======================================================================

    FOR PROFESSIONAL SERVICES RENDERED through January 31, 2010
    RE: QUI TAM


* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

                        Hours           Billed              Bill
Name                    Worked        Per Hour            Amount
---------------------   --------      ---------      ------------
W. O'Brien                 7.30         505.00          3,686.50
S.L. Ellis                 3.20         285.00            912.00
=====================   ========      =========      ============
Total                     10.50                         4,598.50


TOTAL FEES:                                        $  4,598.50

EXPENSES:

    COPY CHARGES                         10.50
    LEXIS SEARCHES                       12.19
    LOCAL TRAVEL                         39.50
    LONG DISTANCE TELEPHONE               3.98
    PACER SEARCHES                        3.84
    WESTLAW RESEARCH                    164.11

TOTAL EXPENSES:                                    $    234.12

T O T A L   T H I S   S T A T E M E N T :          $  4,832.62
```

DESCRIPTION OF SERVICES


01/04/10 S Ellis        .20 REVIEWED AND ANALYZED WITH MR. O'BRIEN ISSUES
                            REGARDING PRO SE REPRESENTATION IN QUI TAM
                            ACTIONS AND RULE 11 SANCTIONS AGAINST PARTIES.

01/05/10 S Ellis       2.50 RESEARCHED AND REVIEWED CASE LAW REGARDING
                            PRO SE QUI TAM ACTIONS AND POSSIBILITY OF
                            RULE 11 SANCTIONS AGAINST RELATOR.

01/06/10 S Ellis        .50 DRAFTED AND SENT E-MAIL SUMMARY TO MR.
                            O'BRIEN REGARDING PRECLUSION OF PRO SE QUI
                            TAM ACTIONS AND POSSIBILITY OF RULE 11
                            SANCTIONS AGAINST PRO SE INFORMANT.

01/13/10 W O'Brien      .60 PREPARED FOR HEARING; CONFERRED WITH
                            ASSISTANT US ATTORNEY REGARDING DISMISSAL
                            STRATEGY

01/14/10 W O'Brien     1.20 APPEARED BEFORE JUDGE ROBINSON FOR HEARING;
                            CONFERRED WITH ASSISTANT US ATTORNEY
                            REGARDING DISMISSAL STRATEGY; TELEPHONE
                            CONFERENCES WITH NEW OPPOSING COUNSEL

01/19/10 W O'Brien      .30 CONFERRED WITH OPPOSING COUNSEL RE: DISMISSAL

01/20/10 W O'Brien      .60 CONFERRED WITH ASSISTANT U.S. ATTORNEY AND
                            OPPOSING COUNSEL RE: DISMISSAL

01/21/10 W O'Brien      .80 CONFERRED WITH ASSISTANT U.S. ATTORNEY AND
                            NEW OPPOSING COUNSEL RE: CASE HISTORY AND
                            REQUESTING DISMISSAL

01/22/10 W O'Brien      .40 CONFERRED WITH ASSISTANT U.S. ATTORNEY AND
                            NEW OPPOSING COUNSEL RE: CASE HISTORY AND
                            REQUESTING DISMISSAL

01/24/10 W O'Brien      .90 MET WITH NEW OPPOSING COUNSEL TO NEGOTIATE
                            DISMISSAL

01/25/10 W O'Brien      1.40 APPEARED BEFORE JUDGE ROBINSON TO ARGUE FOR
                             DISMISSAL/STATUS CONFERENCE; CONFERRED WITH
                             ASSISTANT U.S. ATTORNEY AND NEW OPPOSING
                             COUNSEL RE: CASE HISTORY AND REQUESTING
                             DISMISSAL

01/28/10 W O'Brien      1.10 REVIEWED COURT ORDER; WORKED ON DISCOVERY
                             STRATEGY; PREPARED MEMORANDUM REGARDING SAME



# McKenna Long
# & Aldridge LLP
### Attorneys at Law

Albany    New York
Atlanta    Philadelphia
Brussels    San Diego
Denver    San Francisco
Los Angeles    Washington, DC

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

*Wire Transfer Instructions*
Bank Name: SunTrust Bank
Bank Address: 25 Park Place, 26th Floor, Atlanta, GA 30303
ABA Number: 061000104
Swift Code/Bank Code: SNTRUS3A
Account Name: McKenna Long & Aldridge LLP
Account Number: ████8057

```
                              ATTORNEY-CLIENT PRIVILEGED
                              TAX ID NO. ████████458


Record Press, Inc.
Attn: Hugh  Wilmot
229 West 36th Street, 8th Fl.
New York, , NY 10018


Client No.: 030620            Invoice No. 695082
Matter No.: 030620.00001      Invoice Date: March 5, 2010
====================================================================

    FOR PROFESSIONAL SERVICES RENDERED through February 28, 2010
    RE: QUI TAM


* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

                         Hours        Billed              Bill
Name                     Worked      Per Hour            Amount
----------------------   --------    ---------        ------------
W. O'Brien                 0.50        530.00              265.00
J.W. Lomas Jr.             3.70        405.00            1,498.50
======================   ========    =========        ============
Total                      4.20                         1,763.50


TOTAL FEES:                                         $  1,763.50

EXPENSES:

    COPY CHARGES                        0.75
    LONG DISTANCE TELEPHONE             1.81

TOTAL EXPENSES:                                     $      2.56

T O T A L  T H I S  S T A T E M E N T:              $  1,766.06
```

DESCRIPTION OF SERVICES

02/22/10 W O'Brien      .30 WORKED ON INITIAL DISCLOSURES.

02/22/10 J Lomas Jr.   2.60 REVIEW CASE FILE INCLUDING PLEADINGS,
                            DISCOVERY, AND CORRESPONDENCE; REVIEW AND
                            ANALYZE INITIAL DISCLOSURES; CONSIDER
                            POTENTIAL SUPPLEMENTATION OF INITIAL
                            DISCLOSURES.

02/23/10 J Lomas Jr.    .90 WORK ON FIRST SUPPLEMENT TO RECORD PRESS'S
                            RULE 26 INITIAL DISCLOSURES ███████
                            ██████████████.

02/25/10 W O'Brien      .20 FINALIZED INITIAL DISCLOSURES; CONFERRED WITH
                            OPPOSING COUNSEL.

02/25/10 J Lomas Jr.    .20 FINALIZE FIRST SUPPLEMENT TO INITIAL
                            DISCLOSURES.



# McKenna Long
# & Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

| | |
|---|---|
| Albany | New York |
| Atlanta | Philadelphia |
| Brussels | San Diego |
| Denver | San Francisco |
| Los Angeles | Washington, DC |

*Wire Transfer Instructions*
Bank Name: SunTrust Bank
Bank Address: 25 Park Place, 26th Floor, Atlanta, GA 30303
ABA Number: 061000104
Swift Code/Bank Code: SNTRUS3A
Account Name: McKenna Long & Aldridge LLP
Account Number: ████8057

```
                                    ATTORNEY-CLIENT PRIVILEGED
                                    TAX ID NO. ███████458


        Record Press, Inc.
        Attn: Hugh  Wilmot
        229 West 36th Street, 8th Fl.
        New York, , NY 10018


        Client No.: 030620              Invoice No. 699452
        Matter No.: 030620.00001        Invoice Date: April 7, 2010
        ===================================================================

            FOR PROFESSIONAL SERVICES RENDERED through March 31, 2010
            RE: QUI TAM


        * * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

                              Hours          Billed              Bill
        Name                  Worked       Per Hour            Amount
        ---------------------  --------    ---------       ------------
        J.W. Lomas Jr.           6.80       405.00           2,754.00
        =====================  ========    =========       ===========
        Total                    6.80                         2,754.00


        TOTAL FEES:                                    $   2,754.00

        EXPENSES:

            COPY CHARGES                      15.60

        TOTAL EXPENSES:                                $      15.60

        T O T A L   T H I S   S T A T E M E N T :      $   2,769.60
```

DESCRIPTION OF SERVICES


03/08/10 J Lomas Jr.   2.20 CONSIDER DISCOVERY STRATEGY; RESEARCH LAW
                            CONCERNING DISCOVERY IN QUI TAM ACTIONS;
                            REVIEW FEDERAL AND LOCAL RULES REGARDING
                            DISCOVERY, SPECIFICALLY DEADLINES TO RESPOND
                            TO DISCOVERY REQUESTS AND REQUIRED NOTICE
                            PERIODS FOR DEPOSITIONS; RESEARCH LAW
                            CONCERNING QUI TAM CASES INVOLVING DISPUTES
                            OVER CONTRACT TERM INTERPRETATION; IDENTIFY
                            KEY DATES FOR DISCOVERY.

03/09/10 J Lomas Jr.   3.90 CONSIDER DISCOVERY STRATEGY; RESEARCH LAW
                            CONCERNING DISCOVERY IN QUI TAM ACTIONS;
                            REVIEW FEDERAL AND LOCAL RULES REGARDING
                            DISCOVERY, SPECIFICALLY DEADLINES TO RESPOND
                            TO DISCOVERY REQUESTS AND REQUIRED NOTICE
                            PERIODS FOR DEPOSITIONS; RESEARCH LAW
                            CONCERNING QUI TAM CASES INVOLVING DISPUTES
                            OVER CONTRACT TERM INTERPRETATION; IDENTIFY
                            KEY DATES FOR DISCOVERY.

03/11/10 J Lomas Jr.    .50 CONSIDER DISCOVERY PLAN AND DISCOVERY
                            STRATEGY.

03/16/10 J Lomas Jr.    .20 ███████████████████████████████████



# McKenna Long
# & Aldridge LLP
Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

*Wire Transfer Instructions*
Bank Name: SunTrust Bank
Bank Address: 25 Park Place, 26th Floor, Atlanta, GA 30303
ABA Number: 061000104
Swift Code/Bank Code: SNTRUS3A
Account Name: McKenna Long & Aldridge LLP
Account Number: ████8057

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. ████████458

Record Press, Inc.
Attn: Hugh  Wilmot
229 West 36th Street, 8th Fl.
New York, , NY 10018

```
Client No.: 030620            Invoice No. 704256
Matter No.: 030620.00001      Invoice Date: May 10, 2010
====================================================================
```

      FOR PROFESSIONAL SERVICES RENDERED through April 30, 2010
      RE: QUI TAM

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|-------|-------|-------|
| W. O'Brien | 2.00 | 530.00 | 1,060.00 |
| J.W. Lomas Jr. | 28.00 | 405.00 | 11,340.00 |
| T.K. Eberhart | 0.50 | 260.00 | 130.00 |
| D.T. Malerba | 1.50 | 125.00 | 187.50 |
| Total | 32.00 | | 12,717.50 |

TOTAL FEES:                                 $ 12,717.50

EXPENSES:

      DELIVERY SERVICE/MESSENGER        30.00
      LONG DISTANCE TELEPHONE            6.90
      WESTLAW RESEARCH                  34.19

TOTAL EXPENSES:                     $     71.09

T O T A L   T H I S   S T A T E M E N T :    $ 12,788.59

DESCRIPTION OF SERVICES

04/02/10 J Lomas Jr.    .80  REVIEW BRIAN BURKE'S EXPERT DISCLOSURE AND
                             INVESTIGATE BURKE'S EXPERTS' BIOGRAPHY AND
                             BACKGROUND; RESEARCH POTENTIAL EXPERTS;
                             REVIEW SCHEDULING ORDER FOR EXPERT DISCLOSURE
                             DEADLINES.

04/05/10 J Lomas Jr.   2.70  RESEARCH AND SUMMARIZE FALSE CLAIM ACT LAW,
                             INCLUDING GOVERNMENT KNOWLEDGE DEFENSE AND
                             ISSUES RELATED TO AMBIGUOUS AND UNAMBIGUOUS
                             GOVERNMENT CONTRACTS; RESEARCH EXPERT
                             DISCLOSURE REQUIREMENTS UNDER RULE 26.

04/06/10 W O'Brien     .60   TELEPHONE CONFERENCE MESSRS. WILMOT AND LEWIN
                             REGARDING STRATEGY; DRAFTED LETTER TO OPPOSING
                             COUNSEL REGARDING BURKE'S IMPROPER EXPERT
                             DESIGNATION.

04/06/10 J Lomas Jr.   4.20  STRATEGIZE RE: NEXT STEPS RE: EXPERT
                             DESIGNATION ISSUES; DRAFT LETTER TO OPPOSING
                             COUNSEL IN RESPONSE TO PLAINTIFF'S FAILURE TO
                             PROVIDE A WRITTEN EXPERT REPORT WITH HIS EXPERT
                             WITNESS DESIGNATION; RESEARCH AND SUMMARIZE
                             FALSE CLAIM ACT LAW, INCLUDING GOVERNMENT
                             KNOWLEDGE DEFENSE AND ISSUES RELATED TO
                             AMBIGUOUS AND UNAMBIGUOUS GOVERNMENT CONTRACTS;
                             RESEARCH OTHER LITIGATION BRIAN BURKE MAY HAVE
                             BEEN A PARTY TO.

04/06/10 D Malerba    1.50   CASE RESEARCH FOR J.LOMAS.

04/07/10 J Lomas Jr.  2.70   REVIEW, FINALIZE, AND SEND LETTER TO BURKE'S
                             COUNSEL REGARDING EXPERT DISCLOSURE DEFICIENCY;

04/08/10 J Lomas Jr.     .40  PREPARED FOR DEPOSITION OF MR. BURKE; REVIEW
                              RESEARCH FROM LIBRARY CONCERNING OTHER
                              LITIGATIONS IN WHICH BRIAN BURKE HAS BEEN
                              INVOLVED.

04/09/10 J Lomas Jr.     .40  STRATEGIZE RE: NEXT STEPS CONCERNING EXPERT
                              DESIGNATION ISSUES; DISCUSS EXPERT
                              DESIGNATION ISSUES WITH PLAINTIFF'S COUNSEL.

04/12/10 J Lomas Jr.     .10  CALL AND EMAIL BURKE'S COUNSEL CONCERNING
                              EXPERT DISCLOURE DEFICIENCY.

04/13/10 J Lomas Jr.    1.10  CALL PLAINTIFF'S COUNSEL TO DISCUSS EXPERT
                              DESIGNATION ISSUES; STRATEGIZE RE: NEXT STEPS
                              RE: EXPERT DESIGNATION ISSUES; DRAFT EMAIL TO
                              OPPOSING COUNSEL RE: EXPERT DESIGNATION ISSUES.

04/14/10 J Lomas Jr.    2.40  DISCUSS EXPERT DISCOVERY ISSUES WITH BURKE'S
                              COUNSEL; DRAFT CONSENT MOTION REGARDING
                              EXPERT DISCOVERY SCHEDULE CHANGES AND SEND TO
                              BURKE'S COUNSEL FOR APPROVAL.

04/15/10 J Lomas Jr.    2.40  DISCUSS JOINT MOTION TO DEFER EXPERT
                              DISCOVERY WITH BRIAN BURKE'S COUNSEL;
                              FINALIZE, FILE AND SERVE JOINT MOTION TO
                              DEFER EXPERT DISCOVERY WITH BRIAN BURKE'S
                              COUNSEL; RESEARCH LOCAL RULES FOR APPEARANCE
                              REQUIREMENTS; DRAFT AND FILE NOTICE OF
                              APPEARANCE.

04/16/10 W O'Brien       .40  WORKED ON DISCOVERY STRATEGY.

04/16/10 J Lomas Jr.     .70  DRAFT AND SEND STATUS EMAIL UPDATE TO MR.
                              WILMOT; STRATEGIZE ABOUT NEXT STEPS AND
                              POTENTIAL AFFIRMATIVE DISCOVERY REQUESTS.

04/21/10 J Lomas Jr.    4.70  WORK ON DRAFTING INTERROGATORIES, DOCUMENT
                              REQUESTS AND DEPOSITION NOTICE.

04/22/10 J Lomas Jr.    3.60  REVIEW, FINALIZE, AND SERVE DEPOSITION
                              NOTICE, INTERROGATORIES, AND DOCUMENT
                              REQUESTS ON BRIAN BURKE; BEGIN DRAFTING
                              REQUESTS FOR ADMISSION.

04/23/10 J Lomas Jr.   1.40 REVIEW, REVISE, FINALIZE AND SERVE REQUESTS
                            FOR ADMISSION ON BRIAN BURKE.

04/26/10 T Eberhart     .50 WORKING ON DOCKET REVIEW AND UPDATES RE THE
                            RECENTLY SERVED DISCOVERY REQUESTS AND
                            DEPOSITION NOTICES.

04/27/10 J Lomas Jr.    .40 PREPARED DEPOSITION NOTICES; REVIEW AND ANALYZE
                            DOCUMENT REQUESTS SERVED BY BRIAN BURKE.

04/28/10 W O'Brien      .60 TELEPHONE CONFERENCE WITH ASSISTANT US ATTORNEY
                            VALDEZ REGARDING DEPOSITIONS AND DISCOVERY.

04/30/10 W O'Brien      .40 WORKED ON DEPOSITION OUTLINES OF MR. BURKE.



# McKenna Long
# & Aldridge LLP

Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

*Wire Transfer Instructions*
Bank Name: SunTrust Bank
Bank Address: 25 Park Place, 26th Floor, Atlanta, GA 30303
ABA Number: 061000104
Swift Code/Bank Code: SNTRUS3A
Account Name: McKenna Long & Aldridge LLP
Account Number: ███8057

```
                                    ATTORNEY-CLIENT PRIVILEGED
                                    TAX ID NO. ███████458


        Record Press, Inc.
        Attn: Hugh  Wilmot
        229 West 36th Street, 8th Fl.
        New York, , NY 10018


        Client No.: 030620              Invoice No. 708809
        Matter No.: 030620.00001        Invoice Date: June 9, 2010
        =================================================================

            FOR PROFESSIONAL SERVICES RENDERED through May 31, 2010
            RE: QUI TAM


        * * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *
                            Hours          Billed              Bill
        Name                Worked       Per Hour            Amount
        ----------------------  --------    ---------      -------------
        W. O'Brien              6.40         530.00           3,392.00
        J.W. Lomas Jr.         33.30         405.00          13,486.50
        E.W. Bolte              0.50         165.00              82.50
        H. Kegan                1.70          85.00             144.50
        ======================  ========    =========      =============
        Total                  41.90                        17,105.50


        TOTAL FEES:                                      $ 17,105.50

        EXPENSES:

            COPY CHARGES                      2.25
            LONG DISTANCE TELEPHONE          24.70
            WESTLAW RESEARCH                 87.77

        TOTAL EXPENSES:                                 $     114.72

        T O T A L   T H I S   S T A T E M E N T:        $ 17,220.22
```

DESCRIPTION OF SERVICES


05/10/10 J Lomas Jr.   1.10 REVIEW CORRESPONDENCE FROM BURKE'S COUNSEL
                            REGARDING DEPOSITION SCHEDULING; STRATEGIZE
                            REGARDING DEPOSITION SCHEDULING AND
                            RESPONDING TO BURKES' DISCOVERY REQUESTS.

05/12/10 J Lomas Jr.    .70 REVIEW DOCUMENT REQUESTS SERVED ON RECORD PRESS
                            BY BRIAN BURKE; DISCUSS DOCUMENT REQUESTS AND
                            DEPOSITION WITH MR. WILMOT; CALL BRIAN BURKE'S
                            COUNSEL CONCERNING DEPOSITION SCHEDULE.

05/14/10 W O'Brien      .80 PREPARED FOR DEPOSITIONS OF MR. BURKE AND MR.
                            WILMOT.

05/17/10 J Lomas Jr.    .40 RESEARCH PROPER NOTICE FOR DEPOSITIONS UNDER
                            LOCAL D.C. RULES; COORDINATE PREPARATION FOR
                            DEPOSITIONS OF MR. BURKE, INCLUDING HAVING
                            PARALEGAL SECURE A VIDEOGRAPHER AND COURT
                            REPORTER; DRAFT AND SEND EMAIL TO HUGH WILMOT
                            REGARDING DEPOSITION SCHEDULING AND HOTELS.

05/18/10 J Lomas Jr.    .80 DRAFT AND SEND EMAIL TO BURKE'S COUNSEL
                            REGARDING DEPOSITION SCHEDULING; DRAFT AND SEND
                            EMAIL TO MR. WILMOT REGARDING DOCUMENT
                            COLLECTION; DRAFT AND EMAIL TO AUSA DARRELL
                            VALDEZ REGARDING GPO EMPLOYEES IDENTIFIED BY
                            BRIAN BURKE IN HIS SUPPLEMENTAL DISCLOSURES.

05/19/10 J Lomas Jr.   7.30 REVIEW DOCUMENTS COLLECTED BY RECORD PRESS IN
                            RESPONSE TO MR. BURKE'S DOCUMENT REQUESTS;
                            CONTACT AUSA DARRELL VALDEZ REGARDING GPO
                            EMPLOYEES IDENTIFIED IN MR. BURKE'S
                            SUPPLEMENTAL DISCLOSURES; REVIEW INFORMATION
                            ABOUT MR. BURKE; REVIEW PLEADINGS AND BRIEFING
                            IN CASES INVOLVING MR. BURKE; WORK ON
                            DEPOSITION OUTLINE FOR DEPOSITION OF MR. BURKE;
                            WORK ON OUTLINE FOR HUGH WILMOT'S DEPOSITION
                            PREPARATION.

05/20/10 W O'Brien        .40 TELEPHONE CONFERENCE WITH MR. WILMOT REGARDING
                              DEPOSITION PREPARATION.

05/20/10 J Lomas Jr.     3.20 WORK ON OUTLINE FOR DEPOSITION OF BRIAN BURKE;
                              REVIEW DOCUMENTS IN PREPARATION FOR DEPOSITION
                              OF BRIAN BURKE; DISCUSS DEPOSITION PREPARATION
                              WITH HUGH WILMOT.

05/21/10 W O'Brien        .30 WORKED ON DEPOSITION STRATEGY.

05/21/10 J Lomas Jr.      .20 DRAFT AND SEND EMAIL TO MR. WILMOT REGARDING
                              COST AND BENEFITS OF VIDEOTAPING BURKE'S
                              DEPOSITION.

05/21/10 E Bolte          .50 CREATED NEW SUMMATION DATABASE. LOADED IMAGES
                              AND TEXT INTO SUMMATION DATABASE.

05/21/10 H Kegan          .80 DISCUSS CASE MANAGEMENT WITH MS. EBERHART;
                              COORDINATE SCANNING OF DOCUMENTS TO BE PRODUCED
                              WITH CASEDRIVEN; MEET WITH CASEDRIVEN
                              REPRESENTATIVE AND DELIVER DOCUMENTS TO MR.
                              LOMAS; CREATION OF SUMMATION DATABASE.

05/24/10 W O'Brien       1.40 PREPARED MR. WILMOT FOR DEPOSITION; WORKED ON
                              DEPOSITION OF MR. BURKE.

05/24/10 J Lomas Jr.    10.10 WORK ON PREPARATION FOR DEPOSITION OF MR.
                              BURKE, INCLUDING REVIEWING KEY DOCUMENTS,
                              SELECTING EXHIBITS, DRAFTING AND REVISING
                              DEPOSITION OUTLINE; PREPARE MR. WILMOT FOR
                              HIS DEPOSITION, DRAFT AND SEND CORRESPONDENCE
                              TO MR. BURKE'S COUNSEL REGARDING DISCOVERY
                              ISSUES; FINALIZE AND SERVE OBJECTIONS TO MR.
                              BURKE'S DOCUMENT REQUESTS; REVIEW AND PREPARE
                              RECORD PRESS DOCUMENTS FOR PRODUCTION TO MR.
                              BURKE; REVIEW MR. BURKE'S DOCUMENT
                              PRODUCTION, RESPONSES TO RECORD PRESS'S
                              INTERROGATORIES, AND RESPONSES TO RECORD
                              PRESS'S REQUESTS FOR ADMISSION.

05/24/10 H Kegan        .90 COORDINATE WITH CASEDRIVEN REPRESENTATIVES TO
                            ACQUIRE ADDITIONAL SET OF PRODUCTION DOCUMENTS
                            FOR MEETING WITH MR. WILMOT PER REQUEST OF MR.
                            LOMAS; CONTACT HENDERSON LEGAL SERVICES IN
                            PREPARATION FOR DEPOSITIONS OF MR. BURKE AND
                            MR. WILMOT.

05/25/10 W O'Brien     3.50 CONFERRED WITH OPPOSING COUNSEL ON DISCOVERY
                            DISPUTES; DEPOSITIONS OF MESSRS. WILMOT AND
                            BURKE.

05/25/10 J Lomas Jr.   8.40 PREPARE FOR DEPOSITION OF RELATOR BRIAN
                            BURKE; TAKE DEPOSITION OF RELATOR BRIAN
                            BURKE; PREPARE TO DEFEND DEPOSITION OF MR.
                            HUGH WILMOT; DEFEND DEPOSITION OF MR. HUGH
                            WILMOT; ANALYZE IMPACT OF DEPOSITIONS ON CASE
                            STRATEGY; CONSIDER NEXT STEPS IN CASE.

05/26/10 J Lomas Jr.    .90 CONSIDER ISSUES FROM DEPOSITIONS TO FOLLOW UP
                            ON WITH MR. BURKE'S COUNSEL AND DRAFT LETTER
                            TO MR. BURKE'S REGARDING THE SAME; DRAFT A
                            PROPOSED PROTECTIVE ORDER.

05/27/10 J Lomas Jr.    .20 FINALIZE AND SEND LETTER TO MR. BURKE'S
                            COUNSEL REGARDING DISCOVERY ISSUES.



# McKenna Long
# & Aldridge LLP

Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

Albany          New York
Atlanta         Philadelphia
Brussels        San Diego
Denver          San Francisco
Los Angeles     Washington, DC

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

*Wire Transfer Instructions*
Bank Name: SunTrust Bank
Bank Address: 25 Park Place, 26th Floor, Atlanta, GA 30303
ABA Number: 061000104
Swift Code/Bank Code: SNTRUS3A
Account Name: McKenna Long & Aldridge LLP
Account Number: ████8057

```
                              ATTORNEY-CLIENT PRIVILEGED
                              TAX ID NO. ███████458


    Record Press, Inc.
    Attn: Hugh  Wilmot
    229 West 36th Street, 8th Fl.
    New York, , NY 10018


    Client No.: 030620              Invoice No. 712624
    Matter No.: 030620.00001        Invoice Date: July 8, 2010
    ================================================================

        FOR PROFESSIONAL SERVICES RENDERED through June 30, 2010
        RE: QUI TAM


    * * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *
                         Hours          Billed              Bill
    Name                 Worked        Per Hour            Amount
    ---------------------  --------    ----------     -------------
    W. O'Brien              6.00         530.00           3,180.00
    J.W. Lomas Jr.         58.50         405.00          23,692.50
    C. Wagner               1.00         255.00             255.00
    H. Kegan                6.20          85.00             527.00
    ======================  ========    =========     ============
    Total                  71.70                         27,654.50


    TOTAL FEES:                                        $ 27,654.50

    EXPENSES:

        COPY CHARGES                      84.75
        DELIVERY SERVICE/MESSENGER        61.00
        LONG DISTANCE TELEPHONE            1.09
        MEALS                             49.83
        PACER SEARCHES                    13.92
        WESTLAW RESEARCH                 501.74

    TOTAL EXPENSES:                                   $     712.33

    T O T A L   T H I S   S T A T E M E N T :         $ 28,366.83
```

DESCRIPTION OF SERVICES

06/02/10 J Lomas Jr.     .20 DRAFT AND SEND LETTER TO BURKE'S COUNSEL
                             REGARDING OUTSTANDING DISCOVERY ISSUES.

06/03/10 W O'Brien       .40 CONFERRED WITH ASSISTANT U.S. ATTORNEY
                             REGARDING SUBPOENAS; WORKED ON STRATEGY FOR
                             SUMMARY JUDGMENT.

06/03/10 J Lomas Jr.     .80 CONFERENCE WITH AUSA D. VALDEZ REGARDING GPO
                             DECLARATIONS FOR SUMMARY JUDGMENT MOTION AND
                             SUBPOENA SERVED ON GPO BY BURKE'S COUNSEL;
                             REVIEW BURKE'S SUBPOENA TO GPO; RESEARCH
                             ISSUES RE: BURKE'S SUBPOENA TO GPO; DRAFT
                             LETTER TO BURKE'S COUNSEL ASKING HIM TO
                             WITHDRAW THE SUBPOENA.

06/04/10 W O'Brien       .40 CONFERRED FURTHER WITH ASSISTANT U.S. ATTORNEY
                             REGARDING SUBPOENAS; ANALYZED ISSUES REGARDING
                             GOVERNMENT KNOWLEDGE.

06/04/10 J Lomas Jr.     .40 FINALIZE AND SEND LETTER TO BURKE'S COUNSEL
                             REGARDING BURKE'S SUBPOENA TO THE GPO; ███████
                             ████████████████████████████████████████
                             ████████████████████████████████████

06/06/10 J Lomas Jr.    1.80 REVIEW RESEARCH REGARDING GOVERNMENT
                             KNOWLEDGE DEFENSE; DRAFT OUTLINE FOR SUMMARY
                             JUDGMENT MOTION.

06/07/10 J Lomas Jr.    1.70 WORK ON DETAILED OUTLINE FOR SUMMARY JUDGMENT
                             MOTION.

06/08/10 J Lomas Jr.     .20 RESEARCH CASE LAW REGARDING FALSITY AND
                             INTENT TO DECEIVE ELEMENTS OF FALSE CLAIM
                             LIABILITY.

06/09/10 J Lomas Jr.    1.10 REVIEW CASE LAW CONCERNING FALSITY AND INTENT
                             TO ELEMENTS OF FALSE CLAIM ACT LIABILITY IN
                             PREPARATION FOR MOTION FOR SUMMARY JUDGMENT.

06/10/10 W O'Brien      .40 TELEPHONE CONFERENCE WITH OPPOSING COUNSEL
                            REGARDING OBJECTIONS TO DISCOVERY, SUMMARY
                            JUDGMENT AND ARGUMENTS FOR DISMISSAL; CONFERRED
                            WITH ASSISTANT U.S. ATTORNEY REGARDING SAME.

06/10/10 J Lomas Jr.   3.40 CONFERENCE CALL WITH BURKE'S COUNSEL
                            REGARDING OUTSTANDING DISCOVERY ISSUES; █████
                            ████████████████; DRAFT AND SEND EMAIL TO
                            AUSA VALDEZ REGARDING GPO DECLARATIONS;
                            STRATEGIZE REGARDING SUMMARY JUDGMENT MOTION;
                            DRAFT AND SEND LETTER TO BURKE'S COUNSEL
                            REGARDING DISCOVERY ISSUES; DRAFT AND SEND
                            EMAIL TO MR. WILMOT REGARDING CASE STATUS.

06/11/10 J Lomas Jr.    .90 DRAFT AND FILE JOINT MOTION FOR PROTECTIVE
                            ORDER; BEGIN DRAFTING MOTION FOR SUMMARY
                            JUDGMENT.

06/13/10 J Lomas Jr.   3.70 WORK ON DRAFTING MOTION FOR SUMMARY JUDGMENT.

06/14/10 J Lomas Jr.   1.60 REVIEW TRANSCRIPTS OF BRIAN BURKE AND HUGH
                            WILMOT DEPOSITIONS; WORK ON DRAFTING MOTION
                            FOR SUMMARY JUDGMENT.

06/15/10 W O'Brien      .40 WORKED ON SUMMARY JUDGMENT AND DISMISSAL
                            STRATEGY.

06/15/10 J Lomas Jr.   7.90 RESEARCH LAW IN SUPPORT OF MOTION FOR SUMMARY
                            JUDGMENT; WORK ON DRAFTING BRIEF IN SUPPORT
                            OF MOTION FOR SUMMARY JUDGMENT; REVIEW
                            CORRESPONDENCE FROM PLAINTIFF'S COUNSEL
                            REGARDING DISCOVERY ISSUES; DRAFT AND SEND
                            CORRESPONDENCE TO PLAINTIFF'S COUNSEL
                            REGARDING DISCOVERY ISSUES.

06/16/10 W O'Brien      .30 WORKED ON SUMMARY JUDGMENT MOTION; REVISED
                            LETTER TO OPPOSING COUNSEL.

06/16/10 J Lomas Jr.   4.40 WORK ON MOTION FOR SUMMARY JUDGMENT; DRAFT
                            LETTER TO BURKE'S COUNSEL REGARDING DISCOVERY
                            DEFICIENCIES AND BURKE'S SUBPOENA TO THE GPO.

06/17/10 W O'Brien      .40 WORKED FURTHER ON SUMMARY JUDGMENT MOTION;
                            REVISED LETTER TO OPPOSING COUNSEL.

06/17/10 J Lomas Jr.    7.90 FINALIZE AND SEND LETTER TO BURKE'S COUNSEL
                             REGARDING DISCOVERY ISSUES; WORK ON MOTION
                             FOR SUMMARY JUDGMENT.

06/18/10 W O'Brien       .70 REVISED MOTION FOR SUMMARY JUDGMENT; ANALYZED
                             ISSUES REGARDING SANCTIONS.

06/18/10 J Lomas Jr.    2.10 WORK ON MOTION FOR SUMMARY JUDGMENT.

06/18/10 H Kegan         .20 UPDATE CORRESPONDENCE FILES PER REQUEST OF
                             MR. LOMAS.

06/19/10 J Lomas Jr.    2.90 WORK ON MOTION FOR SUMMARY JUDGMENT.

06/20/10 J Lomas Jr.     .30 WORK ON STATEMENT OF UNDISPUTED MATERIAL
                             FACTS FOR MOTION FOR SUMMARY JUDGMENT.

06/21/10 J Lomas Jr.    1.20 WORK ON STATEMENT OF UNDISPUTED MATERIAL
                             FACTS FOR MOTION FOR SUMMARY JUDGMENT;
                             STRATEGIZE REGARDING NEXT STEPS AND POTENTIAL
                             RULE 11 MOTION; WORK WITH PARALEGAL TO BEGIN
                             CITE CHECKING; CALL AUSA DARRELL VALDEZ RE:
                             STATUS OF GPO DECLARATIONS.

06/22/10 W O'Brien       .60 WORKED ON DECLARATIONS FOR SUMMARY JUDGMENT;
                             REVISED LETTER ON SANCTIONS AND COSTS.

06/22/10 J Lomas Jr.    2.70 WORK ON MOTION FOR SUMMARY JUDGMENT; DRAFT
                             AND SEND EMAIL TO AUSA DARRELL VALDEZ RE: GPO
                             DECLARATIONS IN SUPPORT OF MOTION FOR SUMMARY
                             JUDGMENT; RESEARCH SCOPE OF FCA STATUTORY
                             REMEDY FOR FRIVOLOUS CASES; RESEARCH SCOPE OF
                             RULE 11 SANCTIONS AND TIME LIMITATIONS FOR
                             FILING A RULE 11 MOTION; REVIEW RULE 11
                             MOTION PREVIOUSLY FILED IN CASE AND CONSIDER
                             POTENTIAL UPDATES; DRAFT LETTER TO BURKE'S
                             COUNSEL REGARDING OUR INTENTION TO SEEK FCA
                             STATUTORY REMEDY FOR FRIVOLOUS CASES.

06/22/10 C Wagner       1.00 ASSISTED WITH CITE-CHECKING MOTION FOR
                             SUMMARY JUDGMENT.

06/22/10 H Kegan        6.00 COMPLETE CITE-CHECKING OF STATEMENT OF
                             UNDISPUTED MATERIAL FACTS AND MOTION FOR
                             SUMMARY JUDGMENT PER REQUEST OF MR. LOMAS;
                             ENSURE PROPER FORMATTING; VALIDITY, ACCURACY
                             OF QUOTATIONS AND LEGAL CITATIONS.

06/23/10 W O'Brien       .60 FURTHER WORKED ON OBTAINING DECLARATIONS FROM
                             GOVERNMENT OFFICIAL FOR SUMMARY JUDGMENT;
                             WORKED ON STRATEGY ███████████████████
                             ████████; FURTHER ANALYZED ISSUES REGARDING
                             SANCTIONS AND COSTS

06/23/10 J Lomas Jr.    1.80 WORK ON MOTION FOR SUMMARY JUDGMENT; CALL
                             DARRELL VALDEZ RE: STATUS OF DECLARATIONS;
                             STRATEGIZE RE: OPTIONS IF GPO DECLARATIONS
                             ARE NOT EXECUTED IN TIME.

06/24/10 W O'Brien       .70 TELEPHONE CONFERENCE WITH GOVERNMENT PRINTING
                             OFFICE COUNSEL AND FURTHER WORKED ON OBTAINING
                             DECLARATIONS FROM GOVERNMENT OFFICIAL FOR
                             SUMMARY JUDGMENT; ████████████████████████
                             ██████████CONTINUED WORKING ON
                             METHODS OF OBTAINING SANCTIONS AND COSTS.

06/24/10 J Lomas Jr.   10.60 WORK ON, FINALIZE, AND FINAL MOTION FOR
                             SUMMARY JUDGMENT, BRIEF IN SUPPORT OF SUMMARY
                             JUDGMENT MOTION, DECLARATION IN SUPPORT OF
                             SUMMARY JUDGMENT MOTION, AND PROPOSED ORDER
                             IN SUPPORT OF SUMMARY JUDGMENT MOTION; WORK
                             WITH GPO COUNSEL TO OBTAIN EXECUTED
                             DECLARATION OF GPO REPRESENTATIVE RAYMOND
                             THOMAS SULLIVAN; DRAFT AND SEND
                             CORRESPONDENCE TO H. WILMOT REGARDING REVIEW
                             DEPOSITION TRANSCRIPT.

06/28/10 W O'Brien      1.10 ████████████████████████████████████████████
                             ██████████CONFERRED WITH GPO.

06/28/10 J Lomas Jr.     .20 CALCULATE BURKE'S DEADLINE FOR FILING AN
                             OPPOSITION TO RECORD PRESS'S MOTION FOR
                             SUMMARY JUDGMENT; CONSIDER WHEN TO RECONNECT
                             WITH GPO'S COUNSEL CONCERNING THE ADGERSON
                             DECLARATION.

06/29/10 J Lomas Jr.     .20 STRATEGIZE REGARDING NEXT STEPS WITH RESPECT
                             TO BURKE'S SUBPOENA TO THE GPO.

06/30/10 J Lomas Jr.     .50 REVIEW TRANSCRIPT OF HUGH WILMOT FOR ERRORS
                             TO LOG ON ERRATA SHEET; REVIEW KEY UPCOMING
                             DATES AND DEADLINES IN CASE.



| | | | |
|---|---|---|---|
| Albany | New York | | |
| Atlanta | Philadelphia | | |
| Brussels | San Diego | | |
| Denver | San Francisco | | |
| Los Angeles | Washington, DC | | |

# McKenna Long
# & Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

*Wire Transfer Instructions*
Bank Name: SunTrust Bank
Bank Address: 25 Park Place, 26th Floor, Atlanta, GA 30303
ABA Number: 061000104
Swift Code/Bank Code: SNTRUS3A
Account Name: McKenna Long & Aldridge LLP
Account Number: ████8057

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. ██████458


Record Press, Inc.
Attn: Hugh  Wilmot
229 West 36th Street, 8th Fl.
New York, , NY 10018


Client No.: 030620                Invoice No. 717267
Matter No.: 030620.00001          Invoice Date: August 10, 2010
===================================================================

     FOR PROFESSIONAL SERVICES RENDERED through July 31, 2010
     RE: QUI TAM


* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------|---------|--------|
| W. O'Brien | 3.90 | 530.00 | 2,067.00 |
| J.W. Lomas Jr. | 27.80 | 405.00 | 11,259.00 |
| H. Kegan | 2.50 | 85.00 | 212.50 |
| Total | 34.20 | | 13,538.50 |


TOTAL FEES:                                     $ 13,538.50

EXPENSES:

     COPY CHARGES                    0.15
     LONG DISTANCE TELEPHONE         3.99
     PACER SEARCHES                  1.28
     WESTLAW RESEARCH              416.75

TOTAL EXPENSES:                          $    422.17

T O T A L   T H I S   S T A T E M E N T :       $ 13,960.67

DESCRIPTION OF SERVICES

07/01/10 W O'Brien      .40 TELEPHONE CONFERENCES WITH COUNSEL FOR GPO
                            REGARDING DECLARATIONS

07/01/10 J Lomas Jr.    .10 DRAFT AND SEND CORRESPONDENCE TO H. WILMOT
                            REGARDING DEPOSITION TRANSCRIPT ERRORS;
                            REVIEW CORRESPONDENCE FROM WILL O'BRIEN
                            REGARDING DISCUSSION WITH GPO COUNSEL.

07/02/10 J Lomas Jr.    .30 WORK WITH H. WILMOT TO FINALIZE ERRATA SHEET
                            REGARDING MR. WILMOT'S DEPOSITION TRANSCRIPT;
                            REVIEW CORRESPONDENCE FROM CALVIN ADGERSON
                            WITH SIGNED DECLARATION ATTACHED.

07/13/10 J Lomas Jr.   2.40 CONSIDER RESPONSE TO BURKE'S FAILURE TO
                            TIMELY RESPOND TO RECORD PRESS'S MOTION FOR
                            SUMMARY JUDGMENT; CONFERENCE CALL WITH
                            OPPOSING COUNSEL RE: BURKE'S FAILURE TO
                            TIMELY RESPOND TO RECORD PRESS'S MOTION FOR
                            SUMMARY JUDGMENT AND STILL OUTSTANDING
                            DISCOVERY ISSUES; DRAFT AND SEND LETTER TO
                            OPPOSING COUNSEL REGARDING THE SAME.

07/14/10 W O'Brien      .60 TELEPHONE CONFERENCES WITH OPPOSING COUNSEL
                            REGARDING BURKE'S TO TIMELY FILE OPPOSITION
                            TO SUMMARY JUDGMENT AND PRIVILEGE LOGS ███
                            ████████████████████████████████

07/14/10 J Lomas Jr.    .40 CONSIDER WHETHER TO FILE A MOTION WITH COURT
                            REGARDING BURKE'S FAILURE TO TIMELY OPPOSE
                            RECORD PRESS'S MOTION FOR SUMMARY JUDGMENT.

07/15/10 W O'Brien      .60 CONFERRED WITH ASSISTANT US ATTORNEY
                            REGARDING BURKE SUBPOENA AND SUMMARY JUDGMENT

07/16/10 W O'Brien      .60 REVIEWED BURKE'S OPPOSITION TO SUMMARY
                            JUDGMENT.

07/16/10 J Lomas Jr.    .50 REVIEW BURKE'S OPPOSITION TO RECORD PRESS'S
                            MOTION FOR SUMMARY JUDGMENT; REVIEW PRIVILEGE
                            LOG SERVED BY BURKE'S COUNSEL.

07/19/10 J Lomas Jr.   2.10 REVIEW BURKE'S OPPOSITION BRIEF; DRAFT REPLY
                            BRIEF IN SUPPORT OF MOTION FOR SUMMARY
                            JUDGMENT.

07/20/10 J Lomas Jr.   3.30 REVIEW BURKE'S OPPOSITION BRIEF; DRAFT
                            OUTLINE OF REPLY BRIEF ARGUMENTS.

07/21/10 J Lomas Jr.   6.10 DRAFT REPLY BRIEF IN SUPPORT OF MOTION FOR
                            SUMMARY JUDGMENT; RESEARCH LAW IN SUPPORT OF
                            MOTION FOR SUMMARY JUDGMENT.

07/22/10 W O'Brien     1.20 WORKED ON SUMMARY JUDGMENT REPLY BRIEF

07/22/10 J Lomas Jr.   4.60 DRAFT, REVIEW AND REVISE REPLY BRIEF IN
                            SUPPORT OF MOTION FOR SUMMARY JUDGMENT.

07/23/10 W O'Brien      .50 WORKED ON SUMMARY JUDGMENT REPLY BRIEF

07/23/10 J Lomas Jr.   3.40 DRAFT REPLY BRIEF IN SUPPORT OF MOTION FOR
                            SUMMARY JUDGMENT.

07/25/10 J Lomas Jr.    .80 REVIEW AND REVISE REPLY BRIEF IN SUPPORT OF
                            MOTION FOR SUMMARY JUDGMENT.

07/26/10 J Lomas Jr.   3.80 REVIEW, FINALIZE, AND SERVE REPLY BRIEF IN
                            SUPPORT OF MOTION FOR SUMMARY JUDGMENT.

07/26/10 H Kegan       2.50 COMPLETE CITE-CHECK OF RECORD PRESS'S REPLY
                            TO BURKE'S OPPOSITION PER REQUEST OF MR.
                            LOMAS.



# McKenna Long
# & Aldridge LLP
Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

*Wire Transfer Instructions*
Bank Name: SunTrust Bank
Bank Address: 25 Park Place, 26th Floor, Atlanta, GA 30303
ABA Number: 061000104
Swift Code/Bank Code: SNTRUS3A
Account Name: McKenna Long & Aldridge LLP
Account Number: ████8057

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. ██████458

Record Press, Inc.
Attn: Hugh  Wilmot
229 West 36th Street, 8th Fl.
New York, , NY 10018


Client No.: 030620              Invoice No. 721091
Matter No.: 030620.00001       Invoice Date: September 7, 2010
===================================================================

     FOR PROFESSIONAL SERVICES RENDERED through August 31, 2010
     RE: QUI TAM

EXPENSES:

     PACER SEARCHES                    0.40
     WESTLAW RESEARCH                 10.74

TOTAL EXPENSES:                              $    11.14

T O T A L   T H I S   S T A T E M E N T:     $    11.14



# McKenna Long
# & Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

*Wire Transfer Instructions*
Bank Name: SunTrust Bank
Bank Address: 25 Park Place, 26th Floor, Atlanta, GA 30303
ABA Number: 061000104
Swift Code/Bank Code: SNTRUS3A
Account Name: McKenna Long & Aldridge LLP
Account Number: █████8057

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. ████████458

Record Press, Inc.
Attn: Hugh  Wilmot
229 West 36th Street, 8th Fl.
New York, , NY 10018


Client No.: 030620            Invoice No. 725577
Matter No.: 030620.00001      Invoice Date: October 11, 2010
=====================================================================

    FOR PROFESSIONAL SERVICES RENDERED through September 30, 2010
    RE: QUI TAM


* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
| --- | --- | --- | --- |
| J.W. Lomas Jr. | 0.50 | 405.00 | 202.50 |
| Total | 0.50 | | 202.50 |


TOTAL FEES:                               $    202.50

EXPENSES:

    PACER SEARCHES                 1.20

TOTAL EXPENSES:                           $      1.20

T O T A L  T H I S  S T A T E M E N T:    $    203.70

DESCRIPTION OF SERVICES

09/08/10 J Lomas Jr.    .20 STRATEGIZE REGARDING NEXT STEPS, MOTION FOR
                            SUMMARY JUDGMENT AND CONSIDERING EXPERT WITNESS
                            STRATEGY.

09/22/10 J Lomas Jr.    .30 DISCUSS STRATEGY GIVEN PLAINTIFF FAILED TO
                            SERVE AN EXPERT REPORT; DRAFT AND SEND
                            CORRESPONDENCE TO H. WILMOT REGARDING STATUS
                            OF THE CASE.



# McKenna Long
# & Aldridge LLP

Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

*Wire Transfer Instructions*
Bank Name: SunTrust Bank
Bank Address: 25 Park Place, 26th Floor, Atlanta, GA 30303
ABA Number: 061000104
Swift Code/Bank Code: SNTRUS3A
Account Name: McKenna Long & Aldridge LLP
Account Number: ▆▆▆8057

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. ▆▆▆▆▆458

Record Press, Inc.
Attn: Hugh  Wilmot
229 West 36th Street, 8th Fl.
New York, , NY 10018


Client No.: 030620              Invoice No. 729734
Matter No.: 030620.00001        Invoice Date: November 8, 2010
=====================================================================

     FOR PROFESSIONAL SERVICES RENDERED through October 31, 2010
     RE: QUI TAM


* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

                            Hours          Billed              Bill
Name                        Worked       Per Hour            Amount
----------------------     --------     ---------      ------------
W. O'Brien                     2.30        530.00          1,219.00
J.W. Lomas Jr.                18.20        405.00          7,371.00
======================     ========     =========      ============
Total                         20.50                        8,590.00


TOTAL FEES:                                            $  8,590.00

EXPENSES:

     PACER SEARCHES                         1.60

TOTAL EXPENSES:                                       $      1.60

T O T A L   T H I S   S T A T E M E N T :             $  8,591.60

DESCRIPTION OF SERVICES

10/05/10 J Lomas Jr.    .40 REVIEW SCHEDULING ORDER TO IDENTIFY DATES FOR
                            TRIAL AND PRE-TRIAL HEARING; REVIEW LOCAL RULE
                            16.5 TO DETERMINE PRE-TRIAL STATEMENT
                            REQUIREMENTS; DRAFT CORRESPONDENCE RECOMMENDING
                            MOVING FORWARD WITH PREPARING THE PRE-TRIAL
                            STATEMENT AND SCHEDULING WITNESSES.

10/06/10 J Lomas Jr.    .20 CALL AUSA DARRELL VALDEZ CONCERNING SCHEDULING
                            GPO WITNESSES FOR TRIAL AND TRIAL PREP; DRAFT
                            AND SEND CORRESPONDENCE TO AUSA VALDEZ
                            REGARDING THE SAME; DRAFT AND SEND
                            CORRESPONDENCE TO H. WILMOT CONCERNING
                            SCHEDULING TIME FOR TRIAL AND TRIAL PREP.

10/11/10 J Lomas Jr.   1.60 REVIEW LOCAL RULES REGARDING PRE-TRIAL
                            STATEMENT; REVIEW PLEADINGS IN PREPARATION
                            FOR BEGINNING PRE-TRIAL STATEMENT.

10/13/10 J Lomas Jr.    .80 DRAFT AND SEND CORRESPONDENCE TO HUGH WILMOT
                            OUTLINING OPTIONS REGARDING THE PRE-TRIAL
                            STATEMENT AND OUR RECOMMENDATION TO MOVE
                            FORWARD WITH PREPARING AND FILING THE PRE-TRIAL
                            STATEMENT BY THE OCTOBER 20 DEADLINE.

10/15/10 J Lomas Jr.   4.40 REVIEW DOCUMENTS TO USE AS EXHIBITS AT TRIAL;
                            DRAFT PRE-TRIAL STATEMENT; REVIEW PLEADINGS
                            AND DEPOSITION TRANSCRIPTS FOR PREPARING
                            PRE-TRIAL STATEMENT.

10/17/10 W O'Brien      .60 REVISED MANDATORY PRE-TRIAL REPORT.

10/18/10 W O'Brien      .70 WORKED FURTHER ON MANDATORY PRE-TRIAL REPORT.

10/18/10 J Lomas Jr.   2.40 ███████████████████████████████████
                            ███████████████████████████ REVIEW AND REVISE
                            DRAFT PRE-TRIAL STATEMENT AND CIRCULATE TO
                            NICK LEWIN FOR COMMENT.

10/19/10 W O'Brien      .60 FINALIZED MANDATORY PRE-TRIAL REPORT; ANALYZED
                            DAMAGES ISSUES.

10/19/10 J Lomas Jr.   3.70 DRAFT AND SEND CORRESPONDENCE TO AUSA DARRELL
                            VALDEZ ASKING ABOUT AVAILABILITY OF MR.
                            SULLIVAN AND MR. ADGERSON FROM THE GPO AT
                            TRIAL; ████████████████████████████████████
                            ███████████████████████████████████████
                            ████████████████████████████████ WORK
                            ON PRE-TRIAL STATEMENT; REVIEW BRIAN BURKE
                            DEPOSITION TRANSCRIPT FOR DEPOSITION
                            CITATIONS TO USE AT TRIAL.

10/20/10 W O'Brien      .40 ANALYZED ADDITIONAL ISSUES FOR MANDATORY
                            PRE-TRIAL REPORT; FURTHER ANALYZED DAMAGES
                            ISSUES.

10/20/10 J Lomas Jr.   3.20 REVIEW, REVISE, FINALIZE AND FILE PRE-TRIAL
                            STATEMENT; RESEARCH CONSEQUENCES FOR BURKE'S
                            FAILURE TO TIMELY FILE A PRE-TRIAL STATEMENT.

10/21/10 J Lomas Jr.    .40 REVIEW MINUTE ORDER FROM COURT ASKING PARTIES
                            TO SUBMIT NOTICE OF CONSENT TO MAGISTRATE;
                            REVIEW CASE INFORMATION FOR ANY POTENTIAL
                            PRIOR CONSENT; CONSIDER WHETHER TO CONSENT TO
                            MAGISTRATE.

10/22/10 J Lomas Jr.    .80 CONSIDER WHETHER TO CONSENT TO MAGISTRATE FOR
                            REMAINDER OF CASE; DRAFT AND SEND
                            CORRESPONDENCE TO H. WILMOT CONCERNING OUR
                            RECOMMENDATION TO CONSENT TO THE REMAINDER OF
                            THE CASE BEING HANDLED BY THE MAGISTRATE;
                            CALL BURKE'S COUNSEL TO ASK FOR HIS CONSENT
                            TO THE CASE BEING HANDLED BY THE MAGISTRATE.

10/25/10 J Lomas Jr.    .10 REVIEW CORRESPONDENCE FROM PLAINTIFFS'
                            COUNSEL REGARDING BURKE'S CONSENT TO A
                            MAGISTRATE.

10/27/10 J Lomas Jr.    .20 PREPARE AND FILE NOTICE OF CONSENT TO HAVE
                            MAGISTRATE HANDLE THE REMAINDER OF THE CASE.



# McKenna Long & Aldridge LLP

Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

*Wire Transfer Instructions*
Bank Name: SunTrust Bank
Bank Address: 25 Park Place, 26th Floor, Atlanta, GA 30303
ABA Number: 061000104
Swift Code/Bank Code: SNTRUS3A
Account Name: McKenna Long & Aldridge LLP
Account Number: ████8057

```
                                   ATTORNEY-CLIENT PRIVILEGED
                                   TAX ID NO. ██████458


       Record Press, Inc.
       Attn: Hugh  Wilmot
       229 West 36th Street, 8th Fl.
       New York, , NY 10018


       Client No.: 030620            Invoice No. 733375
       Matter No.: 030620.00001      Invoice Date: December 2, 2010
       ==================================================================

           FOR PROFESSIONAL SERVICES RENDERED through November 30, 2010
           RE: QUI TAM


       * * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *
                              Hours          Billed               Bill
       Name                   Worked        Per Hour            Amount
       ----------------------  --------     ---------       ------------
       W. O'Brien                3.30         530.00           1,749.00
       J.W. Lomas Jr.           41.30         405.00          16,726.50
       H. Kegan                  0.70          85.00              59.50
       =====================   ========     =========       ============
       Total                    45.30                         18,535.00

       TOTAL FEES:                                         $ 18,535.00

       EXPENSES:

           COPY CHARGES                       18.15
           LOCAL TRAVEL                       22.00
           LONG DISTANCE TELEPHONE             2.18
           PACER SEARCHES                      1.20
           WESTLAW RESEARCH                  180.08

       TOTAL EXPENSES:                                    $    223.61

       T O T A L  T H I S  S T A T E M E N T :            $ 18,758.61
```

DESCRIPTION OF SERVICES

11/02/10 W O'Brien      .40 ANALYZED ISSUES FOR TRIAL.

11/02/10 J Lomas Jr.   7.20 PREPARE FOR PRE-TRIAL CONFERENCE, INCLUDING
                           PREPARING FOR ARGUING MOTION FOR SUMMARY
                           JUDGMENT BY REVIEWING BRIEFING, PREPARING
                           ARGUMENT OUTLINE, CONFIRMING THE AUTHORITY ON
                           WHICH WE RELIED IS STILL GOOD LAW, REVIEW
                           BURKE DEPOSITION TRANSCRIPT; REVIEW AND
                           ANALYZE BURKE'S PRE-TRIAL STATEMENT;
                           STRATEGIZE RE: PRE-TRIAL CONFERENCE.

11/03/10 W O'Brien     1.20 MET WITH JUDGE ROBINSON IN CHAMBERS FOR
                           MANDATORY PRE-TRIAL CONFERENCE; ANALYZED
                           TRIAL STRATEGY.

11/03/10 J Lomas Jr.   8.30 PREPARE FOR PRE-TRIAL CONFERENCE, INCLUDING
                           PREPARING TO ARGUE SUMMARY JUDGMENT MOTION;
                           REVIEWING THE PARTIES' PRE-TRIAL STATEMENTS;
                           AND REVIEWING THE LOCAL RULE CONCERNING THE
                           PRE-TRIAL CONFERENCE; PARTICIPATE IN THE
                           PRE-TRIAL CONFERENCE; CONSIDER AND DISCUSS
                           ISSUES RAISED BY MAGISTRATE AT THE PRE-TRIAL
                           CONFERENCE INCLUDING BENCH VERSUS JURY TRIAL,
                           BIFURCATION OF THE COUNTERCLAIM, BIFURCATION OF
                           LIABILITY AND DAMAGES, AND THE NEW TRIAL DATE;
                           CALL AND SEND CORRESPONDENCE TO AUSA DARRELL
                           VALDEZ UPDATING HIM ON PRE-TRIAL CONFERENCE AND
                           REQUESTING HE CONFIRM AVAILABILITY OF GPO
                           WITNESSES FOR THE NEW TRIAL DATE; DRAFT AND
                           SEND CORRESPONDENCE TO H. WILMOT UPDATING HIM
                           ON PRE-TRIAL CONFERENCE; DRAFT AND SEND
                           CORRESPONDENCE TO N. LEWIN AND H. WILMOT
                           CONCERNING SUMMARY JUDGMENT MOTION STATUS.

11/04/10 J Lomas Jr.     .30 REVIEW CORRESPONDENCE FROM AUSA DARRELL
                             VALDEZ REGARDING AVAILABILITY OF GPO
                             WITNESSES FOR TRIAL; REVIEW ORDER FROM COURT
                             REGARDING CASE SCHEDULE; JOINT CALL WITH
                             BURKE'S COUNSEL WITH COURT CONCERNING COURT'S
                             ORDER REGARDING CASE SCHEDULE.

11/09/10 J Lomas Jr.     .60 STRATEGIZE REGARDING TRIAL PREPARATION.

11/16/10 H Kegan         .70 ASSIST IN COMPILING TRIAL PREP MATERIALS FOR
                             MR. O'BRIEN.

11/22/10 W O'Brien       .60 FINALIZED PRE-TRIAL OBJECTIONS.

11/22/10 J Lomas Jr.    4.80 REVIEW BURKE'S SUPPLEMENTAL PRE-TRIAL
                             STATEMENT; WORK ON, FINALIZE, FILE AND SERVE
                             RECORD PRESS'S OBJECTIONS TO BURKE'S
                             SUPPLEMENTAL PRE-TRIAL STATEMENT.

11/23/10 W O'Brien       .30 FOLLOWED UP ON TRIAL WITNESS ISSUES.

11/23/10 J Lomas Jr.    7.20 WORK ON DIRECT EXAM OUTLINES FOR RAYMOND
                             SULLIVAN AND HUGH WILMOT; LISTEN TO VOICEMAIL
                             FROM BURKE'S COUNSEL REGARDING RECORD PRESS'S
                             OBJECTIONS TO BURKE'S PRE-TRIAL STATEMENT; CALL
                             BURKE'S COUNSEL REGARDING RECORD PRESS'S
                             OBJECTIONS TO BURKE'S PRE-TRIAL STATEMENT;
                             DRAFT AND SEND CORRESPONDENCE TO BURKE'S
                             COUNSEL REGARDING RECORD PRESS'S OBJECTIONS TO
                             BURKE'S PRE-TRIAL STATEMENT.

11/24/10 W O'Brien       .40 ANALYZED TRIAL WITNESS ISSUES.

11/29/10 W O'Brien       .40 ANALYZED CROSS EXAMINATION ISSUES FOR MR.
                             BURKE.

11/29/10 J Lomas Jr.    7.20 WORK ON DIRECT EXAMINATIONS OF HUGH WILMOT
                             AND RAYMOND SULLIVAN; WORK ON
                             CROSS-EXAMINATION OF BRIAN BURKE.

11/30/10 J Lomas Jr.    5.70 WORK ON DIRECT EXAMINATIONS OF HUGH WILMOT,
                             CALVIN ADGERSON, AND RAYMOND SULLIVAN; WORK
                             ON CROSS-EXAMINATION OF BRIAN BURKE; WORK ON
                             TRIAL PREP OUTLINES FOR HUGH WILMOT, CALVIN
                             ADGERSON, AND RAYMOND SULLIVAN; STRATEGIZE
                             REGARDING TRIAL PREPARATION.

Albany     New York
Atlanta     Philadelphia
Brussels     San Diego
Denver     San Francisco
Los Angeles     Washington, DC

# McKenna Long
# & Aldridge LLP

Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Wire Transfer Instructions
Bank Name: SunTrust Bank
Bank Address: 25 Park Place, 26th Floor, Atlanta, GA 30303
ABA Number: 061000104
Swift Code/Bank Code: SNTRUS3A
Account Name: McKenna Long & Aldridge LLP
Account Number: ████8057

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. ██████458

Record Press, Inc.
Attn: Hugh  Wilmot
229 West 36th Street, 8th Fl.
New York, , NY 10018

Client No.: 030620          Invoice No. 738005
Matter No.: 030620.00001    Invoice Date: January 11, 2011
====================================================================

    FOR PROFESSIONAL SERVICES RENDERED through December 31, 2010
    RE: QUI TAM

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------|---------|--------|
| W. O'Brien | 7.50 | 530.00 | 3,975.00 |
| J.W. Lomas Jr. | 51.90 | 405.00 | 21,019.50 |
| H. Kegan | 11.80 | 85.00 | 1,003.00 |
| Total | 71.20 | | 25,997.50 |

TOTAL FEES:                                     $ 25,997.50

EXPENSES:

    COPY CHARGES                      39.60
    LEXIS SEARCHES                    84.45
    LOCAL TRAVEL                      20.00
    LONG DISTANCE TELEPHONE            9.07
    PACER SEARCHES                     8.72
    WESTLAW RESEARCH               1,194.70
    WITNESS FEES                      50.00

TOTAL EXPENSES:                                 $  1,406.54

T O T A L   T H I S   S T A T E M E N T :       $ 27,404.04

DESCRIPTION OF SERVICES

12/01/10 J Lomas Jr.    3.30 REVIEW LOCAL AND FEDERAL RULES FOR ANY
                             DEADLINES REGARDING TRIAL; STRATEGIZE RE:
                             TRIAL, INCLUDING CONSIDERING WHETHER TO USE
                             VIDEO AND OTHER TECHNOLOGY, WHETHER TO FILE
                             ANY MOTIONS IN LIMINE; DRAFT AND SEND
                             CORRESPONDENCE TO AUSA DARRELL VALDEZ
                             REGARDING TRIAL PREP WITH MR. CALVIN ADGERSON
                             AND MR. RAYMOND SULLIVAN.

12/01/10 H Kegan        1.10 COMMUNICATE WITH MR. LOMAS, WITH LITIGATION
                             SUPPORT TEAM, AND WITH VENDOR IN ORDER TO
                             RETRIEVE VIDEO FOOTAGE OF MAY 25TH DEPOSITION
                             OF BRIAN BURKE.

12/05/10 J Lomas Jr.     .60 WORK ON OPENING STATEMENT.

12/06/10 J Lomas Jr.    2.20 WORK ON OPENING STATEMENT; COORDINATE
                             LOGISTICS FOR TRIAL PREP WITH MR. ADGERSON
                             AND MR. SULLIVAN FROM THE GPO.

12/07/10 J Lomas Jr.    3.90 PREPARE FOR TRIAL PREP OF CALVIN ADGERSON AND
                             RAYMOND SULLIVAN; DRAFT OPENING STATEMENT.

12/08/10 W O'Brien      2.50 PREPARED GPO WITNESSES SULLIVAN AND ADGERSON
                             FOR TRIAL; CONFERRED WITH AUSA VALDEZ AND GPO
                             COUNSEL MR. POTTER.

12/08/10 J Lomas Jr.    6.10 PREPARE FOR AND PARTICIPATE IN TRIAL
                             PREPARATION WITH WITNESSES MR. ADGERSON AND
                             MR. SULLIVAN; STRATEGIZE REGARDING TRIAL
                             MOTIONS INCLUDING MOTIONS IN LIMINE AND RULE
                             50 MOTION; RESEARCH LAW REGARDING OPINION
                             TESTIMONY ON THE MEANING AND INTERPRETATION
                             OF A CONTRACT; REVIEW RECENT CASE CONCERNING
                             FALSE CLAIMS ACT LIABILITY AND CONSIDER
                             WHETHER TO PROVIDE A NOTICE OF SUPPLEMENTAL
                             AUTHORITY IN OUR CASE.

12/09/10 J Lomas Jr.   4.60 RESEARCH LAW IN SUPPORT OF MOTION IN LIMINE
                            TO PRECLUDE BURKE TESTIMONY; DRAFT MOTION IN
                            LIMINE; RESEARCH LAW REGARDING POTENTIAL RULE
                            52(C) MOTION; BEGIN WORKING ON 52(C) MOTION
                            OUTLINE; WORK ON TRIAL SUBPOENAS TO MR.
                            ADGERSON AND MR. SULLIVAN.

12/10/10 W O'Brien      .70 TELEPHONE CONFERENCE WITH MR. WILMOT RE: TRIAL
                            TESTIMONY AND STRATEGY.

12/10/10 J Lomas Jr.   3.80 DEPOSITION PREPARATION CALL WITH HUGH WILMOT;
                            WORK ON MOTION IN LIMINE TO EXCLUDE BURKE
                            TESTIMONY REGARDING RECORD PRESS-GPO
                            CONTRACT; FINALIZE AND SERVE SUBPOENAS TO MR.
                            ADGERSON AND MR. SULLIVAN; COORDINATE
                            PRODUCTION OF TRIAL WITNESS BINDERS.

12/10/10 H Kegan        .50 MEET WITH MS. EBERHART TO DISCUSS SCHEDULE AND
                            AVAILABILITY FOR RECORD PRESS TRIAL.

12/11/10 J Lomas Jr.   3.80 WORK ON MOTION IN LIMINE TO PRECLUDE BURKE
                            TESTIMONY REGARDING THE RECORD PRESS-GPO
                            CONTRACT; REVIEW AND ORGANIZE TRIAL EXHIBITS;
                            PHONE CALL WITH MR. WILMOT REGARDING
                            ███████████████████████████████████████
                            ██████████████████████████████; SERVE
                            SUBPOENAS TO MR. ADGERSON AND MR. SULLIVAN.

12/12/10 J Lomas Jr.   1.30 WORK ON MOTION IN LIMINE TO PRECLUDE BURKE
                            TESTIMONY ON RECORD PRESS-GPO CONTRACT;
                            REVIEW AND ORGANIZE TRIAL EXHIBITS; CONSIDER
                            TECHNOLOGY NEEDS AT TRIAL.

12/13/10 J Lomas Jr.   1.40 WORK ON MOTION IN LIMINE TO EXCLUDE BURKE
                            TESTIMONY.

12/14/10 W O'Brien      .60 WORKED ON MOTION IN LIMINE AND
                            CROSS-EXAMINATION ISSUES.

12/14/10 J Lomas Jr.    4.20 REVIEW BURKE'S SECOND SUPPLEMENTAL PRE-TRIAL
                             STATEMENT; PHONE CONFERENCE WITH BURKE'S
                             COUNSEL REGARDING RECORD PRESS'S MOTION IN
                             LIMINE AND BURKE'S PROPOSED MOTION TO ADMIT
                             EXPERT TESTIMONY; DRAFT MOTION TO STRIKE
                             BURKE'S SECOND SUPPLEMENTAL PRE-TRIAL
                             STATEMENT.

12/14/10 H Kegan        5.90 PREPARE WITNESS EXHIBIT BINDERS FOR TRIAL PER
                             REQUEST OF MR. LOMAS.

12/15/10 W O'Brien       .60 WORKED ON MOTION IN LIMINE OBJECTIONS.

12/15/10 J Lomas Jr.    4.40 REVIEW BURKE'S MOTION TO ADMIT EXPERT
                             TESTIMONY AND CONTINUE TRIAL; DRAFT
                             OPPOSITION TO BURKE'S EMERGENCY MOTION TO
                             ADMIT EXPERT TESTIMONY AND CONTINUE TRIAL;
                             RESEARCH LAW REGARDING LATE IDENTIFICATION OF
                             EXPERT WITNESSES.

12/16/10 W O'Brien       .70 WORKED ON MOTION IN LIMINE AND OBJECTIONS.

12/16/10 J Lomas Jr.    2.30 FINALIZE AND FILE OPPOSITION TO BURKE'S
                             EMERGENCY MOTION TO ADMIT EXPERT TESTIMONY
                             AND CONTINUE THE TRIAL DATE; FINALIZE AND
                             FILE MOTION IN LIMINE TO EXCLUDE BURKE
                             TESTIMONY REGARDING THE GPO-RECORD PRESS
                             CONTRACT; FINALIZE AND FILE MOTION TO STRIKE
                             PLAINTIFF'S SECOND SUPPLEMENTAL PRE-TRIAL
                             STATEMENT AND TO EXCLUDE DAMAGES EVIDENCE.

12/16/10 H Kegan        4.30 CIRCULATE FILINGS DOWNLOADED FROM COURT ONLINE
                             ACCESS; COMMUNICATE WITH VENDOR TO NEGOTIATE
                             PRICE OF DEPOSITION VIDEO AND DEPOSITION
                             TRANSCRIPT; CONTINUE PREPARATION FOR TRIAL PER
                             REQUEST OF MR. LOMAS; COMMUNICATE WITH COURIER
                             TO ARRANGE DELIVERY OF COURTESY COPY OF FILINGS
                             TO COURT.

12/17/10 J Lomas Jr.    4.80  PREPARE FOR TRIAL BY REVIEWING TRIAL EXHIBITS
                              AND BINDERS, IDENTIFYING BURKE DEPOSITION
                              EXCERPTS TO PLAY VIA VIDEO AT TRIAL, AND REVIEW
                              OPENING STATEMENT; REVIEW COURT ORDER REGARDING
                              BURKE'S MOTION TO ADMIT EXPERT TESTIMONY AND
                              CONTINUE TRIAL; PHONE CALL WITH HUGH WILMOT
                              REGARDING COURT ORDER; DRAFT EMAIL TO DARRELL
                              VALDEZ REGARDING COURT ORDER.

12/20/10 J Lomas Jr.    1.30  REVIEW AND ANALYZE PLANTIFF'S OPPOSITIONS TO
                              RECORD PRESS'S MOTION TO STRIKE SECOND
                              SUPPLEMENTAL PRE-TRIAL STATEMENT AND RECORD
                              PRESS'S MOTION TO EXCLUDE TESTIMONY FROM
                              BRIAN BURKE; STRATEGIZE REGARDING NEXT STEPS.

12/21/10 W O'Brien       .60  TELEPHONE CONFERENCE WITH AUSA VALDEZ REGARDING
                              WITNESSES AND MOTIONS.

12/22/10 W O'Brien       .50  ANALYZED ISSUES FOR MOTIONS IN LIMINE.

12/23/10 W O'Brien       .40  ANALYZED FURTHER ISSUES FOR MOTIONS IN LIMINE.

12/27/10 J Lomas Jr.    2.60  REVIEW AND ANALYZE PLAINTIFFS' OPPOSITIONS TO
                              RECORD PRESS'S MOTION IN LIMINE TO EXCLUDE
                              BURKE TESTIMONY AND MOTION TO STRIKE BURKE'S
                              UNTIMELY DAMAGES DISCLOSURE; DRAFT REPLY
                              BRIEFS IN SUPPORT OF RECORD PRESS'S MOTION IN
                              LIMINE TO EXCLUDE BURKE TESTIMONY AND MOTION
                              TO STRIKE BURKE'S UNTIMELY DAMAGES DISCLOSURE.

12/28/10 J Lomas Jr.    1.10  REVISE REPLY BRIEFS IN SUPPORT OF RECORD
                              PRESS'S MOTIONS TO EXCLUDE BURKE'S TESTIMONY
                              AND DAMAGES EVIDENCE; SEND REQUEST TO LIBRARY
                              TO RESEARCH BURKE'S DAMAGES EXPERT.

12/29/10 W O'Brien       .90  ANALYZED ISSUES FOR MOTIONS TO EXCLUDE BURKE'S
                              TESTIMONY AND STRIKE CLAIMS FOR
                              DAMAGES/EXPERTS.

12/29/10 J Lomas Jr.     .20  FINALIZE, FILE AND SERVE REPLY BRIEFS IN
                              SUPPORT OF RECORD PRESS'S MOTIONS TO EXCLUDE
                              BURKE'S TESTIMONY AND DAMAGES EVIDENCE.

Albany          New York
Atlanta         Philadelphia
Brussels        San Diego
Denver          San Francisco
Los Angeles     Washington, DC



# McKenna Long
# & Aldridge LLP
Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

*Wire Transfer Instructions*
Bank Name: SunTrust Bank
Bank Address: 25 Park Place, 26th Floor, Atlanta, GA 30303
ABA Number: 061000104
Swift Code/Bank Code: SNTRUS3A
Account Name: McKenna Long & Aldridge LLP
Account Number: ████8057

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. ███████458

Record Press, Inc.
Attn: Hugh  Wilmot
229 West 36th Street, 8th Fl.
New York, , NY 10018

Client No.: 030620                 Invoice No. 741494
Matter No.: 030620.00001           Invoice Date: February 7, 2011
=====================================================================

     FOR PROFESSIONAL SERVICES RENDERED through January 31, 2011
     RE: QUI TAM


* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

|                        | Hours Worked | Billed Per Hour | Bill Amount |
| ---------------------- | ------------ | --------------- | ----------- |
| W. O'Brien             | 8.10         | 530.00          | 4,293.00    |
| J.W. Lomas Jr.         | 38.80        | 405.00          | 15,714.00   |
| H. Kegan               | 0.70         | 85.00           | 59.50       |
| Total                  | 47.60        |                 | 20,066.50   |

TOTAL FEES:                                          $ 20,066.50

EXPENSES:

        COPY CHARGES                     20.25
        LITIGATION SUPPORT VENDORS      103.58
        LONG DISTANCE TELEPHONE          28.28
        MEALS                            54.86

TOTAL EXPENSES:                          $    206.97

T O T A L   T H I S   S T A T E M E N T :      $ 20,273.47

DESCRIPTION OF SERVICES

01/03/11 W O'Brien     .70 TELEPHONE CONFERENCES WITH ASSISTANT US
                           ATTORNEY VALDEZ; ANALYZED ISSUES FOR MOTIONS TO
                           EXCLUDE BURKE'S TESTIMONY AND STRIKE CLAIMS FOR
                           DAMAGES/EXPERTS.

01/03/11 J Lomas Jr.  3.80 REVIEW INFORMATION CONCERNING PLAINTIFF'S
                           EXPERT MORRIS GOCIAL; BEGIN PREPARING FOR
                           STATUS CONFERENCE BY REVIEWING PENDING MOTIONS;
                           DRAFT AND SEND CORRESPONDENCE TO AUSA DARRELL
                           VALDEZ TO CONFIRM GPO WITNESS AVAILABILITY FOR
                           TRIAL AND TRIAL PREP; PHONE CALL WITH BURKE'S
                           COUNSEL REGARDING BURKE'S REQUEST TO POSTPONE
                           THE STATUS CONFERENCE; DRAFT AND SEND
                           CORRESPONDENCE TO HUGH WILMOT REGARDING
                           PLAINTIFF'S REQUEST TO POSTPONE THE STATUS
                           CONFERENCE.

01/04/11 W O'Brien     .60 TELEPHONE CONFERENCES WITH ASSISTANT US
                           ATTORNEY VALDEZ; ANALYZED ISSUES FOR MOTIONS TO
                           EXCLUDE BURKE'S TESTIMONY AND STRIKE CLAIMS FOR
                           DAMAGES/EXPERTS.

01/04/11 J Lomas Jr.  5.20 CALL WITH BURKE'S COUNSEL REGARDING HIS
                           REQUEST TO POSTPONE THE STATUS CONFERENCE;
                           REVIEW BURKE' S MOTION TO CONTINUE THE STATUS
                           CONFERENCE; DRAFT AND FILE OPPOSITION TO
                           BURKE'S MOTION TO CONTINUE THE STATUS
                           CONFERENCE; REVIEW AND ANALYZE PLAINTIFF'S
                           EXPERT REPORT; DRAFT AND SEND CORRESPONDENCE
                           TO HUGH WILMOT AND NICK LEWIN REGARDING
                           PLAINTIFF'S EXPERT REPORT.

01/05/11 W O'Brien     .40 TELEPHONE CONFERENCES WITH ASSISTANT US
                           ATTORNEY VALDEZ.

01/24/11 W O'Brien      .60 TELEPHONE CONFERENCES WITH ASSISTANT U.S.
                            ATTORNEY VALDEZ REGARDING WITNESSES FOR TRIAL
                            AND MOTIONS; CONFERRED WITH OPPOSING COUNSEL
                            RE: HEARING.

01/24/11 J Lomas Jr.    .30 REVIEW SUBPOENAS TO ATTEND THE JANUARY 31
                            STATUS CONFERENCE ISSUED BY BURKE'S COUNSEL AND
                            DIRECTED TO HUGH WILMOT AND CALVIN ADGERSON;
                            CONTACT BURKE'S COUNSEL CONCERNING THE
                            SUBPOENAS; SEND CORRESPONDENCE TO AUSA VALDEZ
                            REGARDING THE SUBPOENAS.

01/25/11 J Lomas Jr.   3.80 RESTART TRIAL PREPARATION INCLUDING IDENTIFYING
                            PARALEGAL/TECHNICAL RESOURCES FOR TRIAL;
                            PREPARE FOR JANUARY 31 STATUS CONFERENCE
                            INCLUDING REVIEWING THE BRIEFING FOR THE
                            PENDING MOTIONS, OUTLINING ARGUMENTS OPPOSING
                            BURKE'S ATTEMPT TO ADMIT EXPERT TESTIMONY AND
                            SUPPORTING RECORD PRESS'S MOTION TO EXCLUDE
                            DAMAGES EVIDENCE AND BURKE'S TESTIMONY
                            REGARDING THE INTERPRETATION OF THE RECORD
                            PRESS-GPO CONTRACT; REVIEW AND ANALYZE BURKE'S
                            DAMAGES EXPERT REPORT, INCLUDING THE EXPERT'S
                            DAMAGES CALCULATION SPREADSHEET, FOR AREAS OF
                            ATTACK.

01/26/11 J Lomas Jr.   4.70 PREPARE FOR JANUARY 31 STATUS CONFERENCE
                            INCLUDING OUTLINING ARGUMENTS OPPOSING BURKE'S
                            ATTEMPT TO ADMIT EXPERT TESTIMONY AND
                            SUPPORTING RECORD PRESS'S MOTION TO EXCLUDE
                            DAMAGES EVIDENCE AND BURKE'S TESTIMONY
                            REGARDING THE INTERPRETATION OF THE RECORD
                            PRESS-GPO CONTRACT; REVIEW AND ANALYZE BURKE'S
                            DAMAGES EXPERT REPORT, INCLUDING THE EXPERT'S
                            DAMAGES CALCULATION SPREADSHEET, FOR AREAS OF
                            ATTACK.

01/27/11 J Lomas Jr.   4.10 PREPARE FOR JANUARY 31 COURT HEARING
                            REGARDING PENDING MOTIONS BY REVIEWING THE
                            BRIEFING FOR THE PENDING MOTIONS AND
                            PLAINTIFFS' EXPERT REPORT; RESEARCHING LAW
                            REGARDING STANDARDS FOR MOTIONS FOR LEAVE TO
                            FILE A DOCUMENT AFTER THE DEADLINE HAS PASSED
                            AND EXPERT WITNESS ADMISSIBILITY; AND
                            PREPARING ARGUMENT OUTLINES.

01/28/11 J Lomas Jr.    4.40  PREPARE FOR AND FIRST CHAIR STATUS CONFERENCE
                              REGARDING ALL PENDING PRE-TRIAL MOTIONS;
                              DRAFT AND SEND CORRESPONDENCE TO HUGH WILMOT
                              AND NICK LEWIN REGARDING CASE STATUS AND
                              UPCOMING STATUS CONFERENCE; DRAFT AND SEND
                              CORRESPONDENCE TO AUSA DARRELL VALDEZ
                              REGARDING UPCOMING STATUS CONFERENCE AND GPO
                              WITNESS TRIAL PREP.

01/30/11 W O'Brien      1.60  ANALYZED EXPERT REPORT AND MOTIONS TO EXCLUDE
                              TESTIMONY FOR HEARING WITH JUDGE ROBINSON.

01/30/11 J Lomas Jr.    4.30  PREPARE FOR AND FIRST CHAIR STATUS CONFERENCE
                              REGARDING ALL PENDING PRE-TRIAL MOTIONS.

01/31/11 W O'Brien      4.20  APPEARED BEFORE JUDGE ROBINSON FOR MOTIONS TO
                              EXCLUDE BURKE TESTIMONY; STRIKE BURKE'S DAMAGES
                              CALCULATION, STRIKE EXPERT TESTIMONY, AND
                              STATUS; CONFERRED WITH ASSISTANT U.S. ATTORNEY
                              VALDEZ; PREPARED CROSS-EXAMINATION OF BURKE.

01/31/11 J Lomas Jr.    8.20  PREPARE FOR AND FIRST CHAIR STATUS CONFERENCE
                              REGARDING ALL PENDING PRE-TRIAL MOTIONS;
                              DRAFT AND SEND CORRESPONDENCE TO HUGH WILMOT
                              AND NICK LEWIN REGARDING RESULTS OF STATUS
                              CONFERENCE; CONSIDER IMPACT COURT DECISIONS
                              AT STATUS CONFERENCE ON TRIAL PREPARATION;
                              MEET WITH AUSA DARRELL VALDEZ REGARDING GPO
                              WITNESS AVAILABILITY FOR TRIAL PREP.

01/31/11 H Kegan         .70  RETRIEVE PLEADINGS AND CREATE DATABASE OF
                              ELECTRONIC FILES; COMMUNICATE WITH MS. LAM
                              REGARDING TRIAL PREPARATIONS.



Albany          New York
Atlanta         Philadelphia
Brussels        San Diego
Denver          San Francisco
Los Angeles     Washington, DC

**McKenna Long & Aldridge** LLP
Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

*Wire Transfer Instructions*
Bank Name: SunTrust Bank
Bank Address: 25 Park Place, 26th Floor, Atlanta, GA 30303
ABA Number: 061000104
Swift Code/Bank Code: SNTRUS3A
Account Name: McKenna Long & Aldridge LLP
Account Number: ████8057

```
                                        ATTORNEY-CLIENT PRIVILEGED
                                        TAX ID NO.  ██████458


         Record Press, Inc.
         Attn: Hugh  Wilmot
         229 West 36th Street, 8th Fl.
         New York, , NY 10018


         Client No.: 030620          Invoice No. 745900
         Matter No.: 030620.00001    Invoice Date: March 10, 2011
         =================================================================

              FOR PROFESSIONAL SERVICES RENDERED through February 28, 2011
              RE: QUI TAM


         * * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *
                              Hours          Billed              Bill
         Name                 Worked       Per Hour            Amount
         ---------------------  --------    ---------       -------------
         J.G. Horan              0.90        695.00              625.50
         W. O'Brien             30.50        550.00           16,775.00
         J.W. Lomas Jr.         84.40        450.00           37,980.00
         V.T. Lam               45.00        250.00           11,250.00
         =====================  ========    =========       =============
         Total                 160.80                        66,630.50


         TOTAL FEES:                                       $ 66,630.50

         EXPENSES:

              COPY CHARGES                    240.00
              DELIVERY SERVICE/MESSENGER      200.80
              DEPOSITION TRANSCRIPTS          391.00
              LOCAL TRAVEL                     39.00
              LONG DISTANCE TELEPHONE           0.72
              MEALS                            28.42
              PACER SEARCHES                    2.88

         TOTAL EXPENSES:                                   $    902.82

         T O T A L  T H I S  S T A T E M E N T:            $ 67,533.32
```

DESCRIPTION OF SERVICES


02/01/11 J Lomas Jr.    3.20 WORK ON TRIAL PREPARATION; PREPARE SUBPOENAS
                             TO GPO WITNESSES CALVIN ADGERSON AND TOM
                             SULLIVAN; WORK ON CROSS-EXAMINATION OUTLINES
                             FOR BURKE'S EXPERT MORRIS GOCIAL; CALL WITH
                             HUGH WILMOT TO GIVE AN UPDATE ON THE JANUARY
                             31, 2011 STATUS CONFERENCE.

02/02/11 J Lomas Jr.     .30 REVIEW CORRESPONDENCE FROM AUSA DARRELL VALDEZ
                             REGARDING GPO WITNESS PREP AND AVAILABILITY FOR
                             TRIAL; DRAFT AND SEND CORRESPONDENCE TO AUSA
                             DARRELL VALDEZ REGARDING GPO WITNESS PREP AND
                             AVAILABILITY FOR TRIAL.

02/04/11 W O'Brien      2.00 WORKED ON CROSS-EXAMINATION OF BURKE; ANALYZED
                             ISSUES REGARDING RECOVERY OF COSTS.

02/04/11 J Lomas Jr.    2.20 REVIEW AND ANALYZE TRIAL EXHIBIT LIST; REVIEW
                             LOCAL RULES AND FEDERAL RULES REGARDING
                             IDENTIFYING EXHIBITS BEFORE TRIAL; COORDINATE
                             INVOLVEMENT OF PARALEGAL VALERIE LAM INTO
                             TRIAL PREPARATION EFFORTS; STRATEGIZE
                             REGARDING USE OF EXHIBITS AND DEPOSITION
                             VIDEO CLIPS AT TRIAL.

02/04/11 V Lam          3.00 COMPILED AND PREPARED WORKING COPIES OF
                             DEPOSITION EXHIBITS AS REQUESTED AND PROVIDED
                             SAME TO MR. O'BRIEN; MEETING WITH MR. O'BRIEN
                             AND MR. LOMAS REGARDING PRELIMINARY TRIAL
                             LOGISTICS AND ACTION ITEMS; RESEARCHED COURT
                             WEBSITE FOR RULES REGARDING MATERIALS FOR
                             TRIAL AND CONTACTED COURTHOUSE IT DEPARTMENT
                             REGARDING SAME; LEFT VOICEMAIL WITH JUDGE
                             ROBINSON'S COURT DEPUTY REGARDING TRANSCRIPT
                             FOR 1/31/2011 HEARING.

02/05/11 J Lomas Jr.   4.30 REVIEW AND ANALYZE BURKE'S EXPERT'S REPORT
                            AND DAMAGES ANALYSIS; WORK ON
                            CROSS-EXAMINATION OUTLINE FOR BURKE'S EXPERT
                            REGARDING BOTH HIS DAMAGES OPINION AND ANY
                            POTENTIAL LIABILITY OPINION; ███████████████
                            ████████████████████████████████████████████
                            ████████████████ WORK ON AN OUTLINE FOR AN
                            ORAL MOTION TO STRIKE AND/OR EXCLUDE EXPERT
                            TESTIMONY AT TRIAL.

02/06/11 J Lomas Jr.   4.20 REVIEW AND ANALYZE MR. GOCIAL'S EXPERT REPORT
                            ████████████████████████████████████████████
                            ██████████████████████████; WORK ON
                            OUTLINE FOR CROSS-EXAMINATION OF MR. GOCIAL;
                            WORK ON OUTLINE FOR ORAL ARGUMENT IN SUPPORT OF
                            A MOTION TO STRIKE MR. GOCIAL'S TESTIMONY
                            REGARDING LIABILITY; RESEARCH INFORMATION ABOUT
                            MR. ROBERT DWORSKI, IDENTIFIED BY MR. GOCIAL AS
                            AN EXPERT IN THE PRINTING INDUSTRY; ███████████
                            ████████████████████████████████████████████
                            ████████████ RESEARCH LAW REGARDING
                            ADMISSIBILITY ████████████████████████████████;
                            RESEARCH LAW REGARDING ATTACKING RELATOR'S
                            CREDIBILITY AT TRIAL.

02/07/11 W O'Brien     2.20 WORKED FURTHER ON CROSS-EXAMINATION OF BURKE;
                            ANALYZED TRIAL STRATEGY AND WITNESS TESTIMONY.

02/07/11 J Lomas Jr.   5.80 WORK ON OUTLINES FOR CROSS-EXAMINATION OF
                            BURKE'S EXPERT MORRIS GOCIAL; WORK ON OUTLINES
                            FOR ORAL MOTIONS TO PRECLUDE AND/OR STRIKE
                            MORRIS GOCIAL'S TESTIMONY AT TRIAL; REVIEW
                            DEPOSITION TRANSCRIPT OF HUGH WILMOT TO PREPARE
                            FOR MR. WILMOT'S TESTIMONY AT TRIAL; SEND
                            CORRESPONDENCE TO HUGH WILMOT ███████████████
                            ████████████████████████; WORK ON
                            OUTLINE OF DIRECT EXAMINATION OF HUGH WILMOT;
                            COORDINATE PARALEGAL EFFORTS TO WORK WITH COURT
                            TO OBTAIN TRANSCRIPT AND OBTAIN INFORMATION
                            ABOUT COURTROOM TECHNOLOGY; COORDINATE
                            LITIGATION SUPPORT EFFORTS TO PREPARE LAPTOP
                            FOR TRIAL; RESEARCH LAW REGARDING STANDARD OF
                            PROOF IN A FALSE CLAIMS ACT CASE WHEN THE

                      UNITED STATES DOES NOT INTERVENE; RESEARCH
                      BASIS FOR CROSS-EXAMINATION OF BURKE AT TRIAL.

02/07/11 V Lam        2.80 COORDINATED WITH COURT DEPUTY AND COURTHOUSE IT
                      ADMINISTRATOR REGARDING TECHNOLOGICAL NEEDS FOR
                      TRIAL; TELECONFERENCE WITH MR. O'BRIEN AND MR.
                      LOMAS REGARDING SAME; PROVIDED MR. LOMAS WITH
                      CHECKLIST OF ELECTRONIC ITEMS TO BE LOADED TO
                      LAPTOP; CONFIRMED TIME ESTIMATES FOR LITIGATION
                      SUPPORT DEPARTMENT PER MR. O'BRIEN; COMPILED
                      AND ORGANIZED DISCOVERY REQUESTS AND RESPONSES
                      PER MR. LOMAS.

02/08/11 W O'Brien    2.40 TELEPHONE CONFERENCES WITH AUSA VALDEZ;
                      CONTINUED WORKING ON CROSS-EXAMINATION OF BURKE
                      AND EXPERT; FURTHER ANALYZED TRIAL STRATEGY AND
                      WITNESS TESTIMONY.

02/08/11 J Lomas Jr.  8.30 STRATEGIZE REGARDING TRIAL WITH MLA PARTNER
                      AND FORMER AUSA JACK HORAN; RESEARCH ISSUES
                      RELATED TO FALSE CLAIMS LIABILITY; WORK ON
                      CROSS-EXAMINATIONS OF RELATOR'S EXPERT MORRIS
                      GOCIAL; WORK ON DIRECT EXAMINATION OF CALVIN
                      ADGERSON; WORK ON DIRECT EXAMINATION OF
                      THOMAS SULLIVAN; WORK ON PREPARING HEARSAY
                      ARGUMENT CONCERNING BURKE'S POTENTIAL
                      TESTIMONY RE: HIS CONVERSATION WITH CALVIN
                      ADGERSON; IDENTIFY POTENTIAL OBJECTIONS TO
                      RELATOR'S EVIDENCE AT TRIAL.

02/08/11 J Horan       .90 CONFERRED WITH TRIAL TEAM REGARDING STATUS
                      AND STRATEGY.

02/09/11 W O'Brien    2.50 TELEPHONE CONFERENCES WITH AUSA VALDEZ AND
                      COUNSEL FOR GPO, ROY POTTER; ANALYZED EXHIBITS
                      FOR TRIAL; CONTINUED WORKING ON
                      CROSS-EXAMINATION OF BURKE AND EXPERT; FURTHER
                      ANALYZED TRIAL STRATEGY AND WITNESS TESTIMONY.

02/09/11 J Lomas Jr.  4.10 REVIEW TRIAL EXHIBITS TO IDENTIFY POTENTIAL
                      ISSUES ON WHICH TO CROSS-EXAMINE BURKE; WORK
                      ON OPENING STATEMENT; WORK ON MOTION TO
                      STRIKE/PRECLUDE A LIABILITY OPINION AT TRIAL
                      FROM MR. GOCIAL; DRAFT CORRESPONDENCE TO

                DARRELL VALDEZ AND ROY POTTER REGARDING
THOMAS SULLIVAN'S WITNESS PREPARATION; WORK
ON DIRECT EXAMINATION OF THOMAS SULLIVAN;
WORK ON DIRECT EXAMINATION OF HUGH WILMOT;
REVIEW BURKE'S DISCOVERY RESPONSES FOR
ADMISSIONS TO USE AT TRIAL; STRATEGIZE
REGARDING TRIAL PREPARATIONS.

02/09/11 V Lam        5.80 TELECONFERENCE WITH COURTHOUSE IT ADMINISTRATOR
TO SCHEDULE TECHNOLOGY TEST MEETING; PREPARED
ELECTRONIC FILES FOR UPLOAD TO LAPTOP FOR
TRIAL; MEETING WITH MR. LOMAS AND MR. O'BRIEN
REGARDING STATUS OF ACTION ITEMS; COORDINATED
WITH LITIGATION SUPPORT REGARDING TRIAL
DIRECTOR AND LAPTOP PREPARATION.

02/10/11 W O'Brien    2.60 TELEPHONE CONFERENCES WITH AUSA VALDEZ AND
COUNSEL FOR GPO, ROY POTTER; FURTHER ANALYZED
EXHIBITS FOR TRIAL; CONTINUED WORKING ON
CROSS-EXAMINATION OF BURKE AND EXPERT; FURTHER
ANALYZED TRIAL STRATEGY AND WITNESS TESTIMONY.

02/10/11 J Lomas Jr.  7.60 WORK ON EXAMINATIONS OF CALVIN ADGERSON AND
TOM SULLIVAN; PREPARE CROSS-EXAMINATION
QUESTIONS TO USE WITH MR. ADGERSON AND MR.
SULLIVAN DURING TRIAL PREPARATION; REVIEW AND
REVISE MEMO TO HUGH WILMOT REGARDING CASE
STATUS; WORK ON OPENING STATEMENT; IDENTIFY
DOCUMENTS WE NEED TO HAVE WITH US AT TRIAL;
IDENTIFY POTENTIAL OBJECTIONS WE NEED TO BE
PREPARED TO MAKE AT TRIAL; DRAFT RULE 52(C)
MOTION TO HAVE READY FOR TRIAL.

02/10/11 V Lam        5.20 COMPILED SUPPLIES IN PREPARATION FOR TRIAL;
COMPILED PLEADINGS, EXHIBITS AND OTHER
DOCUMENTS IN PREPARATION FOR TRIAL; SEARCHED
DOCUMENTS AND PROVIDES SAME TO MR. LOMAS.

02/11/11 W O'Brien    3.90 PREPARED GPO WITNESSES FOR TRIAL; WORKED ON ALL
EXAMINATIONS; ANALYZED TRIAL EXHIBITS.

02/11/11 J Lomas Jr.  8.60 PREPARE FOR TRIAL, INCLUDING: WORK ON OPENING
STATEMENT, MEET WITH AND PREPARE MR. CALVIN
ADGERSON AND MR. TOM SULLIVAN FOR THEIR
TESTIMONY, WORK ON CLOSING STATEMENT, WORK ON
RULE 52(C) MOTION, WORK ON MOTION TO STRIKE

                    AND/OR EXCLUDE EXPERT OPINION TESTIMONY
                    REGARDING LIABILITY, WORK ON PAROL EVIDENCE
                    ARGUMENT, WORK ON HEARSAY ARGUMENTS CONCERNING
                    MR. CALVIN ADGERSON'S PHONE CALL WITH BRIAN
                    BURKE, REVISE EXAMINATIONS OF MR. CALVIN
                    ADGERSON AND MR. TOM SULLIVAN, DRAFT LETTER TO
                    COURT REGARDING EQUIPMENT WE INTEND TO BRING IN
                    AT TRIAL.

02/11/11 V Lam        7.10 COMPILED PLEADINGS, EXHIBITS AND OTHER
                    DOCUMENTS IN PREPARATION FOR TRIAL; BEGAN
                    WORKBOOK CREATION FOR OPENING STATEMENT AND
                    WITNESS TESTIMONIES; VISITED COURTHOUSE TO TEST
                    TECHNOLOGY FOR TRIAL; MEETING WITH CASE TEAM
                    REGARDING STATUS OF ALL ACTION ITEMS AND
                    TIMELINE.

02/12/11 W O'Brien    2.60 ANALYZED EXPERT ISSUES AND MOTIONS TO STRIKE;
                    ANALYZED EVIDENTIARY ISSUES FOR TRIAL.

02/12/11 J Lomas Jr.  8.40 PREPARE FOR TRIAL, INCLUDING: WORK ON OPENING
                    STATEMENT, WORK ON EXAMINATION OF HUGH WILMOT,
                    WORK ON CLOSING STATEMENT, WORK ON RULE 52(C)
                    MOTION, WORK ON MOTION TO STRIKE AND/OR EXCLUDE
                    EXPERT OPINION TESTIMONY REGARDING LIABILITY,
                    WORK ON PAROL EVIDENCE ARGUMENT, WORK ON
                    HEARSAY ARGUMENTS CONCERNING MR. CALVIN
                    ADGERSON'S PHONE CALL WITH BRIAN BURKE,
                    FINALIZE EXAMINATIONS OF MR. CALVIN ADGERSON
                    AND MR. TOM SULLIVAN.

02/13/11 W O'Brien    2.50 PREPARED MR. WILMOT FOR TRIAL; WORKED ON
                    ARGUMENTS TO PRECLUDE BURKE'S STATEMENTS AND
                    EVIDENCE AT TRIAL; FURTHER ANALYZED EXPERT
                    ISSUES AND MOTIONS TO STRIKE.

02/13/11 J Lomas Jr.  8.70 PREPARE FOR TRIAL, INCLUDING: WORK ON OPENING
                    STATEMENT, WORK ON EXAMINATION OF HUGH WILMOT,
                    WORK ON CLOSING STATEMENT, WORK ON RULE 52(C)
                    MOTION ARGUMENT, WORK ON ARGUMENT TO STRIKE
                    AND/OR EXCLUDE EXPERT OPINION TESTIMONY
                    REGARDING LIABILITY, RESEARCH LAW REGARDING
                    MATERIALITY REQUIREMENT FOR FALSE CLAIMS ACT
                    LIABILITY, WORK ON PAROL EVIDENCE ARGUMENT.

02/13/11 V Lam          9.70 REVISED TRIAL DIRECTOR EXHIBITS AS INSTRUCTED
                             BY MR. LOMAS AND MR. O'BRIEN; PROVIDED
                             ATTORNEYS WITH DOCUMENTS AS INSTRUCTED IN
                             RELATION TO OUTLINE REVISIONS; PERFORMED
                             DRY-RUNS OF EXAMINATIONS AND OPEN STATEMENT
                             WITH MR. LOMAS AND MR. O'BRIEN IN RELATION TO
                             EXHIBIT DISPLAYS IN TRIAL DIRECTOR.

02/14/11 W O'Brien      6.50 TRIAL BEFORE JUDGE ROBINSON; CONFERRED WITH
                             ASSISTANT US ATTORNEY REGARDING MOTIONS AND
                             WITNESSES.

02/14/11 J Lomas Jr.    7.80 COMPLETE FINAL PREPARATIONS FOR TRIAL; FIRST
                             CHAIR TRIAL INCLUDING: GIVE OPENING
                             STATEMENT; CONDUCT EXAMINATIONS OF MR. HUGH
                             WILMOT, MR. CALVIN ADGERSON, AND MR. TOM
                             SULLIVAN; AND ARGUE RULE 52(C) MOTION FOR
                             JUDGMENT.

02/14/11 V Lam          6.70 ATTENDED TRAIL AT U.S. DISTRICT COURT;
                             SUPPORTED ATTORNEYS WITH TRIAL DIRECTOR AND
                             PROVIDED HARDCOPY EXHIBITS AND PLEADINGS AS
                             NECESSARY.

02/14/11 V Lam          2.70 TRANSPORTED MATERIALS TO COURTHOUSE FOR
                             TRIAL; SET UP TECHNOLOGY AND HARDCOPY
                             DOCUMENTS FOR COURTROOM; TESTED TECHNOLOGY IN
                             COURTROOM; TRANSPORTED MATERIALS FROM
                             COURTHOUSE AT CLOSE OF TRIAL; CONTACTED COURT
                             REPORTERS REGARDING TURNAROUND TIME AND COSTS
                             FOR TRANSCRIPTS.

02/15/11 V Lam          2.00 PERFORMED DOCUMENT DESTRUCTION OF UNUSED
                             HARDCOPIES OF DOCUMENTS FROM TRIAL;
                             TRANSFERRED ELECTRONIC COPIES OF TRIAL
                             DOCUMENTS TO DM FOR ARCHIVING; CLEANED LAPTOP
                             AND TRANSFERRED DOCUMENTS TO DM FOR
                             ARCHIVING.

02/22/11 J Lomas Jr.    1.80 REVIEW AND ANALYZE OMNIBUS MOTION TO DISMISS
                             SERVED BY BRIAN BURKE; DRAFT AND SEND
                             CORRESPONDENCE TO HUGH WILMOT REGARDING BURKE'S
                             MOTION; DRAFT AND SEND CORRESPONDENCE TO
                             DARRELL VALDEZ AND ROY POTTER REGARDING BURKE'S
                             MOTION.

02/23/11 W O'Brien      .60 ANALYZED BURKE'S OMNIBUS MOTION AND POSSIBLE
                            MOTIONS TO STRIKE.

02/24/11 W O'Brien      .50 WORKED ON STRATEGY WITH US ATTORNEYS' OFFICE;
                            FURTHER ANALYZED BURKE'S OMNIBUS MOTION AND
                            POSSIBLE MOTIONS TO STRIKE.

02/25/11 W O'Brien      .30 WORKED ON RESPONSE TO BURKE'S OMNIBUS MOTION
                            AND POSSIBLE MOTIONS TO STRIKE.

02/25/11 J Lomas Jr.   1.20 REVIEW AND ANALYZE BRIAN BURKE'S OMNIBUS
                            MOTION TO DISMISS RECORD PRESS'S COUNTERCLAIM
                            AND RELATED RELIEF; DRAFT AND SEND
                            CORRESPONDENCE TO HUGH WILMOT REGARDING
                            BURKE'S MOTION AND OUTLINING OUR PROPOSED
                            STRATEGY.

02/26/11 W O'Brien      .60 WORKED FURTHER ON RESPONSE TO BURKE'S OMNIBUS
                            MOTION AND POSSIBLE MOTIONS TO STRIKE.

02/26/11 J Lomas Jr.   3.20 REVIEW AND ANALYZE BRIAN BURKE'S OMNIBUS
                            MOTION TO DISMISS RECORD PRESS'S
                            COUNTERCLAIM; BEGIN DRAFTING RESPONSE;
                            RESEARCH ISSUES RELATED TO BRIAN BURKE'S
                            MOTION TO DISMISS.

02/28/11 W O'Brien     1.30 ANALYZED ISSUES REGARDING COUNTERCLAIMS;
                            REVISED OPPOSITION TO OMNIBUS MOTION OF
                            RELATOR.

02/28/11 J Lomas Jr.   4.70 WORK ON OPPOSITION TO BURKE'S MOTION; WORK ON
                            MOTION TO VOLUNTARILY DISMISS RECORD PRESS'S
                            COUNTERCLAIM.



# McKenna Long
# & Aldridge LLP
### Attorneys at Law

Albany    New York
Atlanta    Philadelphia
Brussels    San Diego
Denver    San Francisco
Los Angeles    Washington, DC

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

*Wire Transfer Instructions*
Bank Name: SunTrust Bank
Bank Address: 25 Park Place, 26th Floor, Atlanta, GA 30303
ABA Number: 061000104
Swift Code/Bank Code: SNTRUS3A
Account Name: McKenna Long & Aldridge LLP
Account Number: ███8057

```
                              ATTORNEY-CLIENT PRIVILEGED
                              TAX ID NO. ██████458


Record Press, Inc.
Attn: Hugh  Wilmot
229 West 36th Street, 8th Fl.
New York , , NY 10018


Client No.: 030620            Invoice No. 749973
Matter No.: 030620.00001      Invoice Date: April 11, 2011
====================================================================

    FOR PROFESSIONAL SERVICES RENDERED through March 31, 2011
    RE: ***** INTERNAL INVOICE ONLY ****
        ***** SEE DOC. NO. DC 50769866 *****


* * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

                    Hours          Billed            Bill
Name                Worked         Per Hour         Amount
---------------------  --------   ---------   ------------
W. O'Brien               5.40        550.00        2,970.00
J.W. Lomas Jr.           9.60        450.00        4,320.00
=====================   ========   =========   ============
Total                   15.00                       7,290.00


TOTAL FEES:                                    $  7,290.00

EXPENSES:

    DELIVERY SERVICE/MESSENGER          45.00
    DEPOSITION TRANSCRIPTS             397.85
    LEXIS SEARCHES                     166.68
    LOCAL TRAVEL                        60.00
    LONG DISTANCE TELEPHONE             3.61
    MEALS                              50.00
    PACER SEARCHES                      3.60
    WESTLAW RESEARCH                 2,037.62

TOTAL EXPENSES:                                $  2,764.36

T O T A L   T H I S   S T A T E M E N T :      $ 10,054.36
```

DESCRIPTION OF SERVICES


03/01/11 W O'Brien      .60 FURTHER ANALYZED ISSUES REGARDING
                            COUNTERCLAIMS; REVISED OPPOSITION TO OMNIBUS
                            MOTION OF RELATOR.

03/01/11 J Lomas Jr.   2.40 WORK ON OPPOSITION TO BURKE'S OMNIBUS MOTION
                            TO STRIKE RECORD PRESS'S COUNTERCLAIM; DRAFT
                            VOLUNTARY MOTION TO DISMISS RECORD PRESS'S
                            COUNTERCLAIM WITHOUT PREJUDICE.

03/02/11 W O'Brien      .70 FURTHER ANALYZED ISSUES REGARDING
                            COUNTERCLAIMS; REVISED OPPOSITION TO OMNIBUS
                            MOTION OF RELATOR.

03/02/11 J Lomas Jr.   2.30 FINALIZE AND FILE OPPOSITION TO BURKE'S
                            OMNIBUS MOTION TO STRIKE RECORD PRESS'S
                            COUNTERCLAIM AND VOLUNTARY MOTION TO DISMISS
                            RECORD PRESS'S COUNTERCLAIM WITHOUT
                            PREJUDICE.

03/16/11 W O'Brien      .70 WORKED ON STRATEGY OF OPPOSITIONS TO MULTIPLE
                            MOTIONS FILED BY RELATOR.

03/17/11 W O'Brien      .60 WORKED FURTHER ON STRATEGY OF OPPOSITIONS TO
                            MULTIPLE MOTIONS FILED BY RELATOR.

03/21/11 J Lomas Jr.    .80 REVIEW AND ANALYZE BURKE'S OPPOSITION TO
                            RECORD PRESS'S MOTION TO DISMISS RECORD
                            PRESS'S COUNTERCLAIM WITHOUT PREJUDICE AND
                            BURKE'S MOTION IN LIMINE.

03/22/11 W O'Brien      .70 REVISED OPPOSITIONS TO MOTIONS.

03/22/11 J Lomas Jr.   4.10 WORK ON AND FILE OPPOSITION TO BURKE'S MOTION
                            IN LIMINE; WORK ON AND FILE REPLY BRIEF IN
                            SUPPORT OF RECORD PRESS'S MOTION TO DISMISS
                            COUNTERCLAIM WITHOUT PREJUDICE.

03/23/11 W O'Brien       .60 FURTHER REVISED OPPOSITIONS TO MOTIONS OF
                             BURKE.

03/24/11 W O'Brien       .60 FURTHER REVISED OPPOSITIONS TO MOTIONS OF
                             BURKE; ANALYZED ISSUES REGARDING SEEKING COSTS.

03/27/11 W O'Brien       .50 ANALYZED ISSUES REGARDING DISMISSAL OF BURKE'S
                             MOTIONS AND SEEKING COSTS.

03/31/11 W O'Brien       .40 TELEPHONE CONFERENCES WITH REGARDING RELATOR'S
                             MOTIONS AND ANALYZED ISSUES REGARDING SEEKING
                             COSTS.



Albany          New York
Atlanta         Philadelphia
Brussels        San Diego
Denver          San Francisco
Los Angeles     Washington, DC

## McKenna Long
## & Aldridge LLP
Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

*Wire Transfer Instructions*
Bank Name: SunTrust Bank
Bank Address: 25 Park Place, 26th Floor, Atlanta, GA 30303
ABA Number: 061000104
Swift Code/Bank Code: SNTRUS3A
Account Name: McKenna Long & Aldridge LLP
Account Number: ███8057

```
                                ATTORNEY-CLIENT PRIVILEGED
                                TAX ID NO. ███████458


Record Press, Inc.
Attn: Hugh  Wilmot
229 West 36th Street, 8th Fl.
New York, , NY 10018


Client No.: 030620              Invoice No. 754263
Matter No.: 030620.00001        Invoice Date: May 9, 2011
====================================================================

    FOR PROFESSIONAL SERVICES RENDERED through April 30, 2011
    RE: QUI TAM


* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

                           Hours        Billed              Bill
Name                       Worked     Per Hour            Amount
----------------------    --------    ---------      ------------
W. O'Brien                   2.40       550.00          1,320.00
J.W. Lomas Jr.               4.90       450.00          2,205.00
======================    ========    =========      ============
Total                        7.30                       3,525.00


TOTAL FEES:                                       $   3,525.00

EXPENSES:

    PACER SEARCHES                      4.80

TOTAL EXPENSES:                                   $       4.80

T O T A L   T H I S   S T A T E M E N T :         $   3,529.80
```

DESCRIPTION OF SERVICES


04/01/11 W O'Brien       .30 ANALYZED RESPONSE TO RELATOR'S POST-TRIAL
                             MOTIONS.

04/04/11 W O'Brien       .30 REVISED OPPOSITION.

04/04/11 J Lomas Jr.    2.60 REVIEW AND ANALYZE BURKE'S OMNIBUS MOTION II;
                             DRAFT OPPOSITION TO BURKE'S OMNIBUS MOTION
                             II; DRAFT AND SEND CORRESPONDENCE TO HUGH
                             WILMOT REGARDING BURKE'S MOTION AND DRAFT
                             OPPOSITION.

04/05/11 J Lomas Jr.     .40 REVIEW AND REVISE OPPOSITION TO BURKE'S
                             OMNIBUS MOTION II.

04/06/11 W O'Brien       .40 REVISED OPPOSITION TO MOTIONS.

04/06/11 J Lomas Jr.     .30 FINALIZE, FILE AND SERVE OPPOSITION TO
                             BURKE'S OMNIBUS MOTION II.

04/12/11 W O'Brien       .60 ANALYZED ISSUES REGARDING RELATOR'S ATTEMPT TO
                             ASSIGN CLAIMS.

04/12/11 J Lomas Jr.     .30 REVIEW AND ANALYZE CIVIL STATEMENT FILED BY
                             BRIAN BURKE REGARDING A PURPORTED ASSIGNMENT
                             OF HIS CLAIM TO A NEVADA LLC; REVIEW LLC
                             CORPORATE DOCUMENTS; CONSIDER RESPONSE.

04/13/11 W O'Brien       .50 FURTHER ANALYZED ISSUES REGARDING RELATOR'S
                             ATTEMPT TO ASSIGN CLAIMS.

04/13/11 J Lomas Jr.     .30 CONSIDER RESPONSE TO BURKE'S PURPORTED
                             ASSIGNMENT OF HIS CLAIM TO A NEVADA LLC AND
                             DRAFT AND SEND CORRESPONDENCE TO HUGH WILMOT
                             REGARDING THE SAME.

04/20/11 W O'Brien       .30 TELEPHONE CONFERENCE WITH OPPOSING COUNSEL
                             REGARDING OBJECTING TO RELATOR'S MOTION TO
                             ASSIGN CLAIMS.

04/20/11 J Lomas Jr.     .20 REVIEW CORRESPONDENCE FROM BURKE'S COUNSEL
                             TYLER KING REGARDING BURKE'S REQUEST TO
                             ASSIGN HIS FALSE CLAIMS ACT CLAIM TO A NEVADA
                             LLC; PHONE CALL WITH MR. KING REGARDING THE
                             SAME, BURKE'S PENDING MOTIONS, AND COURT'S
                             REQUEST THAT THE PARTIES SIGN AND FILE A
                             CONSENT TO MAGISTRATE FORM.

04/21/11 J Lomas Jr.     .20 PHONE CALL WITH JUDGE SULLIVAN'S COURTROOM
                             DEPUTY REGARDING COURT'S REQUEST TO SIGN
                             MAGISTRATE CONSENT FORM; LEAVE VOICEMAIL WITH
                             AND DRAFT AND SEND CORRESPONDENCE TO BURKE'S
                             COUNSEL MR. KING REGARDING THE SAME AND
                             BURKE'S REQUEST THAT WE CONSENT TO A MOTION
                             TO ASSIGN BURKE'S CLAIM TO A NEVADA LLC;
                             REVIEW RESPONSE FROM MR. KING'S COUNSEL.

04/27/11 J Lomas Jr.     .20 REVIEW CIVIL STATEMENT FILED BY BRIAN BURKE
                             CONCERNING THE WITHDRAWAL OF HIS ATTEMPTED
                             ASSIGNMENT OF HIS FALSE CLAIMS ACT CLAIM;
                             CALL AND LEAVE VOICEMAIL FOR BURKE'S COUNSEL
                             CONCERNING STATUS OF MAGISTRATE CONSENT FORM;
                             DRAFT AND SEND CORRESPONDENCE TO BURKE'S
                             COUNSEL CONCERNING STATUS OF MAGISTRATE
                             CONSENT FORM.

04/29/11 J Lomas Jr.     .40 REVIEW SIGNED MAGISTRATE CONSENT FORM SENT BY
                             COUNSEL FOR BRIAN BURKE; DISCUSS MAGISTRATE
                             CONSENT FORM WITH AUSA DARRELL VALDEZ; SIGN
                             AND FILE MAGISTRATE CONSENT FORM; DRAFT AND
                             SEND CORRESPONDENCE TO HUGH WILMOT CONCERNING
                             CASE STATUS.



# McKenna Long
# & Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

*Wire Transfer Instructions*
Bank Name: SunTrust Bank
Bank Address: 25 Park Place, 26th Floor, Atlanta, GA 30303
ABA Number: 061000104
Swift Code/Bank Code: SNTRUS3A
Account Name: McKenna Long & Aldridge LLP
Account Number: ████8057

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. ████████458

Record Press, Inc.
Attn: Hugh  Wilmot
229 West 36th Street, 8th Fl.
New York, , NY 10018


Client No.: 030620            Invoice No. 759992
Matter No.: 030620.00001      Invoice Date: June 13, 2011
===================================================================

     FOR PROFESSIONAL SERVICES RENDERED through May 31, 2011
     RE: QUI TAM


* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

|                       | Hours  | Billed   | Bill         |
|                       | Worked | Per Hour | Amount       |
| Name                  |        |          |              |
| --------------------- | ------ | -------- | ------------ |
| J.W. Lomas Jr.        | 0.20   | 450.00   | 90.00        |
| ===================== | ====== | ======== | ============ |
| Total                 | 0.20   |          | 90.00        |


TOTAL FEES:                                   $      90.00

EXPENSES:

     DELIVERY SERVICE/MESSENGER          15.00

TOTAL EXPENSES:                               $      15.00

T O T A L   T H I S   S T A T E M E N T :     $     105.00

DESCRIPTION OF SERVICES

05/02/11 J Lomas Jr.    .20 DRAFT AND CORRESPONDENCE TO COURT ENCLOSING
                            SIGNED CONSENT TO REFER CASE TO MAGISTRATE.



# McKenna Long
## & Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

*Wire Transfer Instructions*
Bank Name: SunTrust Bank
Bank Address: 25 Park Place, 26th Floor, Atlanta, GA 30303
ABA Number: 061000104
Swift Code/Bank Code: SNTRUS3A
Account Name: McKenna Long & Aldridge LLP
Account Number: ████8057

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. ████████458

Record Press, Inc.
Attn: Hugh  Wilmot
229 West 36th Street, 8th Fl.
New York, , NY 10018


Client No.: 030620         Invoice No. 763838
Matter No.: 030620.00001   Invoice Date: July 13, 2011
=====================================================================

   FOR PROFESSIONAL SERVICES RENDERED through June 30, 2011
   RE: QUI TAM


* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|-------|--------|--------|
| H. Kegan | 0.30 | 90.00 | 27.00 |
| Total | 0.30 | | 27.00 |


TOTAL FEES:                   $    27.00


T O T A L   T H I S   S T A T E M E N T:    $    27.00

DESCRIPTION OF SERVICES

06/29/11 H Kegan        .30 MANAGE DOCKET AND COMMUNICATE WITH COURT
                           REGARDING RETRIEVAL OF TRANSCRIPT OF FEBRUARY
                           14, 2011 PROCEEDINGS.