UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, ex rel., BRIAN BURKE<br><br>                    Plaintiffs,<br><br>        v.<br><br>RECORD PRESS, INC.,<br><br>                    Defendant. | Case No.     1:08-cv-00364<br><br>Judge:         Deborah A. Robinson |

RELATOR'S NOTICE REGARDING
OPPOSITION TO DEFENDANT'S MOTION FOR FEES AND COSTS

      Relator, by and through the undersigned, respectfully submits this Notice Regarding Opposition to Defendant's Motion for Fees and Costs, and hereto submits that Relator will rely upon the materials already provided at Document 97 and its attachments (and those incorporated by reference), and the testimony of Mr. Burke, his counsel, and Defendant's counsel, Messrs. Lomas and O'Brien.  In addition, Relator hereby provides notice that Defendant has refused to provide a copy of the contract it entered into in response to the RFP subsequent to the one for which the subject contract was entered. Defendant refuses because it incorrectly asserts that Relator misunderstood this Court's directive to Defendant, at the May 25, 2016, hearing, to provide the document.

DATED:  June 15, 2016

                                                Respectfully Submitted,

                                                /s/

                                                _____
                                                Tyler Jay King, Esq.
                                                Bar No. 979592
                                                Franklin Square Law Group
                                                1225 Eye St., NW, Ste. C-110
                                                Washington, DC  20005
                                                (202) 436-2641

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 15, 2016, a copy of the foregoing was filed electronically and thereby sent by email to the pertinent parties of record in this matter.

                                          Respectfully Submitted,

                                          /s/

                                          _____
                                          Tyler Jay King, Esq.