**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES ex rel.<br>BRIAN BURKE,<br>　　　　　　　Plaintiff,<br><br>vs.<br><br>RECORD PRESS, INC.,<br>　　　　　　　Defendant. | Civil Action No. 1:08-CV-00364-DAR |

**DEFENDANT RECORD PRESS, INC.'S RESPONSE TO RELATOR'S NOTICE REGARDING OPPOSITION TO DEFENDANT'S MOTION FOR FEES AND COSTS**

　　　Contrary to the Notice filed by Plaintiff Brian Burke on June 15, 2016 as Docket No. 108, Defendant Record Press, Inc. has not refused to provide anything.

　　　In a June 7th response to a June 6th email from Burke's counsel, Record Press's counsel explained that Record Press had multiple contracts with the U.S. Government Printing Office, and that Burke had not provided information to help identify which Record Press-GPO contract he was referring to nor why he believed such contract could be relevant to Record Press's 3-year old fee motion.

　　　Counsel for Burke never responded.  Nor did Burke raise the matter before, during, or after the June 8th hearing.  Thus, Record Press assumed Burke had abandoned the matter.

　　　Counsel for Record Press remains willing to discuss this matter with counsel for Burke if Burke's counsel makes an attempt to do so, including by helping to identify which Record Press-GPO contract he is asking about and how it is connected to Record Press's fee motion.

June 17, 2016                              Respectfully submitted,

/s/ John W. Lomas, Jr.
William T. O'Brien (DC Bar No. 450891)
John W. Lomas, Jr. (DC Bar No. 976555)
DENTONS US LLP
1900 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 496-7500
Facsimile: (202) 496-7756

*Attorneys for Defendant Record Press, Inc.*